# EXHIBIT C

Thumb Drive of Suno-Generated Outputs to be Lodged Separately with the Court