UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC., <br><br> Defendant. | Case No.: _____ |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc. Warner Music International Services Limited, and Warner Records Inc. certify as follows:

1. UMG Recordings, Inc. and Capitol Records, LLC are wholly owned indirect subsidiaries of Universal Music Group N.V., a Netherlands public limited company.  No other publicly held company owns 10% or more of the stock of UMG Recordings, Inc., or Capitol Records, LLC.  Compagnie de Cornouaille SAS and PS VII Master, L.P. own more than 10% of Universal Music Group N.V.'s stock. No other company owns 10% or more of Universal Music Group N.V.'s stock.

2. Sony Music Entertainment is a wholly owned, indirect subsidiary of Sony Group Corporation, a publicly traded company organized under the laws of Japan.  No

- 2 -

publicly traded company other than Sony Group Corporation owns 10% or more of the stock in Sony Music Entertainment.

3. Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc., are wholly owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company. AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies, own more than ten percent (10%) of Warner Music Group Corp.'s stock.

Dated:  June 24, 2024

HUESTON HENNIGAN LLP

By:  Moez M. Kaba (to be admitted *pro hac vice*)
Mariah N. Rivera (to be admitted *pro hac vice*)
Alexander R. Perry (to be admitted *pro hac vice*)
HUESTON HENNIGAN LLP
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com

Robert N. Klieger (to be admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com

Daniel J. Cloherty (BBO #565772)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, Massachusetts 02110
Telephone: (617) 481-0160
Facsimile: (617) 848-0830
dcloherty@clohertysteinberg.com

*Attorneys for Plaintiffs*
*UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc.*