✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION          ☐ APPEAL

COURT NAME AND LOCATION
District of Massachusetts (Boston)

DOCKET NO.
1:24-cv-11611

DATE FILED
6/24/2024

Format m/d/yyyy

PLAINTIFF
UMG Recordings, Inc., et al.

DEFENDANT
Suno, Inc., et al.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

DATE INCLUDED

Format m/d/yyyy

INCLUDED BY
☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading

| REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED
☐ Order      ☐ Judgment

WRITTEN OPINION ATTACHED
☐ Yes      ☐ No

DATE RENDERED

Format m/d/yyyy

CLERK

(BY) DEPUTY CLERK

DATE

Format m/d/yyyy

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon ter...
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

| Print | Save As... | Export as FDF | Print | Reset |