## AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UMG Recordings, Inc., et al.

    Plaintiff(s)

v.

Suno, Inc.

    Defendant(s)

Case No.:1:24-cv-11611-FDS
Alison Plessman  250631
HUESTON HENNIGAN LLP
620 Newport Center Dr 1300
Newport Beach, CA 92660
(949) 226-6742
*Attorneys for the Plaintiff*

Client File# UMG Recordings, Inc v. Suno, Inc.

    The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

    That on 6/27/2024 at 10:20 AM at the address of 84 State St, Boston, within Suffolk County, MA, the undersigned duly served the following document(s): Summons in a Civil Action; Complaint; Category Form; Plaintiffs' Corporate Disclosure Statement in the above entitled action upon SUNO, INC., by then and there personally delivering true and correct set(s) of the above documents into the hands of and leaving same with Corporation Service Company, Authorized Agent, by Serving Bernardo Montanez, Authorized Agent, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Male | Race: Hispanic | Age: 50 | Height: 5'8" | Weight: 180 | Hair: bald

I declare under penalty of perjury under the laws of the state of that the foregoing is true and correct.

That the fee for this Service is $ 334.70



_____  7/2/2024
William H. Dewsnap III
County:
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999                    Order #:OC180629A
Their File UMG Recordings, Inc v. Suno, Inc.