**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>                 Plaintiffs,<br><br>       v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>                 Defendant. | Civil Action No. 1:24-cv-11611-FDS |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE**

Defendant Suno, Inc. ("Suno") and Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc. ("Plaintiffs") (together, the "Parties"), respectfully request that the Court extend the time in which Suno must respond to Plaintiffs' complaint and establish a briefing schedule for Suno's potential motion to dismiss the complaint.

In support of this motion, the Parties state as follows:

1.     Plaintiff filed its complaint in this court on June 24, 2024.

2.     Suno was served on June 27, 2024.  Prior to serving Suno, Plaintiffs did not request a waiver of service pursuant to Federal Rule of Civil Procedure 4(d).

3.      Accordingly, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Suno's

current deadline to answer or otherwise respond to the complaint is July 18, 2024.

4.      Given, among other things, intervening federal holidays, Suno requests additional

time to review the allegations in the complaint and prepare an appropriate response.

5.      The Parties have discussed a proposed schedule.  The Parties' proposed schedule

is as follows:

> **August 1, 2024:**  Deadline for Suno to file its answer or otherwise responds to
> Plaintiffs' complaint.
>
> **August 29, 2024:**  Deadline for Plaintiffs to file an opposition if Suno moves to
> dismiss.
>
> **September 12, 2024:**  Deadline for Suno to file its reply (if necessary) in support
> of its motion to dismiss.

6.      This stipulation does not otherwise affect or amend any other case deadlines or

prevent any party from seeking any appropriate relief including, without limitation, expedited

discovery.

WHEREFORE, the Parties respectfully request that the Court grant their joint motion and

establish the deadlines proposed above.

Dated: July 9, 2024                                Respectfully submitted,


/s/ Daniel J. Cloherty                          /s/ Shlomo Fellig
Daniel J. Cloherty (BBO# 565772)         Shlomo Fellig  (BBO# 699643)
CLOHERTY & STEINBERG LLP              LATHAM & WATKINS LLP
One Financial Center, Suite 1120             200 Clarendon Street
Boston, Massachusetts 02110                  Boston, MA 02116
Telephone: (617) 481-0160                      Telephone: (617) 948-6000
Facsimile: (617) 848-0830                       Facsimile: (617) 948-6001
dcloherty@clohertysteinberg.com             shlomo.fellig@lw.com

Moez M. Kaba (to be admitted pro hac vice)
Mariah N. Rivera (to be admitted pro hac vice)
Alexander R. Perry (to be admitted pro hac vice)
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com

Robert N. Klieger (to be admitted pro hac vice)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com

*Counsel for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc.*

Steven N. Feldman (*pro hac vice* pending)
Nathan Taylor (*pro hac vice* pending)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
steve.feldman@lw.com
nathan.taylor@lw.com

Andrew M. Gass (*pro hac vice* pending)
Brittany N. Lovejoy (*pro hac vice* pending)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Sarang V. Damle (*pro hac vice* pending)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

*Counsel for Defendant Suno, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent July 9, 2024 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig