UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:24-cv-11611 |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDER R. PERRY

The undersigned counsel for Plaintiffs and a member of the bar of this Court hereby requests, pursuant to Local Rule 83.5.3, that Alexander R. Perry, Hueston Hennigan LLP, be permitted to practice before this Court *pro hac vice* as counsel for Plaintiffs. The undersigned submits as follows:

1. Mr. Perry's business address is 1 Little West 12th Street, New York, NY 10014; telephone number, (646) 930-4046; email address, aperry@hueston.com.

2. As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Perry is a member in good standing of the bar of the State of New York, has been admitted to practice in a number of federal courts, and there are no disciplinary proceedings pending against him.

3. Mr. Perry is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

4. My appearance as counsel for Plaintiffs is on record.

5. Counsel for Defendant Suno, Inc. assents to this motion.

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Perry to appear and practice before this Court *pro hac vice* on behalf of Plaintiffs in all proceedings in this action.

Respectfully submitted,

/s/ Daniel J. Cloherty
Daniel Cloherty (BBO #565772)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160
Dated: July 10, 2024                    dcloherty@clohertysteinberg.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that in accordance with Local Rule 7.1(a)(2), on July 9, 2024, counsel for Plaintiffs conferred with counsel for Defendant Suno, Inc., and counsel for Defendant assented to this motion.

/s/ Daniel J. Cloherty
Daniel Cloherty

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on July 10, 2024.

/s/ Daniel J. Cloherty
Daniel Cloherty