UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 1:24-cv-11611 |

## DECLARATION OF ALEXANDER R. PERRY

I, Alexander R. Perry, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am an associate at the law firm of Hueston Hennigan LLP, 1 Little West 12th Street, New York, NY 10014, and my office phone number is (646) 930-4046.

2. I am admitted to practice law in the state of New York. I am also admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York, as well as the United States Court of Appeals for the Ninth Circuit.

3. I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have no previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2024                                   Alexander R. Perry