UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>      Defendants. | Civil Action No. 1:24-cv-11611 |

### DECLARATION OF MARIAH N. RIVERA

I, Mariah N. Rivera, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am an associate at the law firm of Hueston Hennigan LLP, 1 Little West 12th Street, New York, NY 10014, and my office phone number is (646) 930-4046.

2. I am admitted to practice law in the state of New York. I am also admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York.

3. I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2024                                              _____
                                                                              Mariah N. Rivera