UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:24-cv-11611-FDS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Sarang V. Damle of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304 as an attorney representing Defendant Suno, Inc. in the above-captioned action.

Dated: July 10, 2024

Respectfully submitted,

*/s/ Sarang V. Damle*
Sarang V. Damle (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

*Counsel for Defendant Suno, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent July 10, 2024 to those identified as non-registered participants.

                                                              */s/ Sarang V. Damle*
                                                              Sarang V. Damle