UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 1:24-cv-11611-FDS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc.

Respectfully submitted,

/s/ *Moez M. Kaba*
Moez M. Kaba (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
Dated: August 1, 2024            mkaba@hueston.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on August 1, 2024.

                                          /s/ *Moez M. Kaba*
                                          Moez M. Kaba