UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 1:24-cv-11611-FDS |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VIC*E
OF ROBERT N. KLIEGER**

The undersigned counsel for Plaintiffs and a member of the bar of this Court hereby requests, pursuant to Local Rule 83.5.3, that Robert N. Klieger, Hueston Hennigan LLP, be permitted to practice before this Court *pro hac vice* as counsel for Plaintiffs. The undersigned submits as follows:

1. Mr. Klieger's business address is 523 West 6th Street, Suite 400, Los Angeles, CA 90014; telephone number, (213) 788-4310; email, rklieger@hueston.com.

2. As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Klieger is a member in good standing of the bar of the State of California, has been admitted to practice in a number of federal courts, and there are no disciplinary proceedings pending against him.

3. Mr. Klieger is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

4. My appearance as counsel for Plaintiffs is on record.

5. Counsel for Defendant Suno, Inc. assents to this motion.

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Klieger to appear and practice before this Court *pro hac vice* on behalf of Plaintiffs in all proceedings in this action.

Respectfully submitted,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160
Dated: August 2, 2024    aarnold@clohertysteinberg.com

### LOCAL RULE 7.1 CERTIFICATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), on August 1, 2024, I conferred with counsel for Defendant Suno, Inc., who assented to the relief requested herein.

/s/ *Alexandra Arnold*
Alexandra Arnold

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on August 2, 2024.

                                              /s/ *Alexandra Arnold*
                                              Alexandra Arnold