UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 1:24-cv-11611-FDS |

## **DECLARATION OF ROBERT N. KLIEGER**

I, Robert N. Klieger, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am a partner at the law firm of Hueston Hennigan LLP, 523 West 6th Street, Suite 400, Los Angeles, CA 90014, and my office phone number is (213) 788-4310.

**2.** I am admitted to practice law in the State of California. I am also admitted to practice before the United States District Courts for the Central District of California, Eastern District of California, Northern District of California, Southern District of California, Eastern District of Texas, and District of Nevada; the United States Circuit Courts for the Fifth, Ninth, and Federal Circuits; and the United States Supreme Court.

3. I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4.       I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5.       I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6.       I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 2, 2024                                             Robert N. Klieger