# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 1:24-cv-11611 |

**PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

Pursuant to Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel for Plaintiffs UMG Recordings, Inc. ("UMG") and Capitol Records, LLC ("Capitol," and collectively with UMG, "Universal"), certify that they have conferred with their clients to (1) establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (2) consider the resolution of the litigation through the use of alternative resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

*/s/ Rajan S. Trehan.*
Rajan S. Trehan (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 W 6th St, Suite 400
Los Angeles, CA 90014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
rtrehan@hueston.com

**Affirmed:**

*/s/ Nicholas Tardif*
Universal Music Group
Corporate Counsel

Dated: October 9, 2024

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on October 9, 2024.

             /s/ *Rajan S. Trehan*
             Rajan S. Trehan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 1:24-cv-11611 |

**PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

Pursuant to Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel for Plaintiffs Atlantic Recording Corporation ("Atlantic"), Atlantic Records Group LLC ("ARG"), Rhino Entertainment LLC ("Rhino"), The All Blacks U.S.A., Inc. ("The All Blacks"), Warner Music International Services Limited ("WMISL"), and Warner Records Inc. (collectively with Atlantic, ARG, Rhino, The All Blacks, and WMISL, "Warner"), certify that they have conferred with their clients to (1) establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (2) consider the resolution of the litigation through the use of alternative resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

/s/ *Rajan S. Trehan*
Rajan S. Trehan (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 W 6th St, Suite 400
Los Angeles, CA 90014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
rtrehan@hueston.com

**Affirmed:**

/s/ *Brad Cohen*
Warner Music Group
Senior Vice President, Associate General
Counsel & Head of Litigation

Dated: October 9, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on October 9, 2024.

                                            /s/ *Rajan S. Trehan*
                                            Rajan S. Trehan

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 1:24-cv-11611 |

## PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel for Plaintiff Sony Music Entertainment certify that they have conferred with their client to (1) establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (2) consider the resolution of the litigation through the use of alternative resolution programs such as those outlined in Local Rule 16.4.

<table>
<tr><td>Dated: October 9, 2024</td><td>

Respectfully submitted,

/s/ *Rajan S. Trehan.*
Rajan S. Trehan (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 W 6th St, Suite 400
Los Angeles, CA 90014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
rtrehan@hueston.com

**Affirmed:**

*/s/ David Jacoby*
Sony Music Entertainment
Senior Vice President, Head of U.S. Litigation, Business & Legal Affairs

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on October 9, 2024.

                                          /s/ *Rajan S. Trehan*
                                          Rajan S. Trehan