RAJAN S. TREHAN

rtrehan@hueston.com
D: 213 788 4381
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

February 21, 2025

**VIA ECF**

Hon. Paul G. Levenson
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *UMG Recordings, Inc. et al. v. Suno, Inc.*, No. 24-cv-11611-FDS (D. Mass.)

Dear Magistrate Judge Levenson:

The parties jointly write to update the Court on the status of their negotiations regarding the disputes raised during the discovery conference held on February 14, 2025. *See* Dkt. No. 60. The parties have exchanged positions with respect to the issues discussed during the discovery conference and have been able to reach agreement on certain, but not all, aspects of their disputes.

**I.  Disputes Regarding Plaintiffs' First Set of Requests for Production of Documents to Suno**

   A.   *Definition of AI Models*

The parties have a dispute as to this issue. The parties have been unable to agree on the language for a proposed interrogatory or otherwise agree regarding AI models that are within the scope of discovery.

   B.   *Investor Communications*

The parties have a dispute as to this issue. The parties have exchanged search terms on the investor requests but have been unable to reach agreement.

   C.   *Requests Related to Suno's Training Data*

The parties are continuing to meet and confer with respect to this issue. The parties have exchanged search terms regarding the requests for production pertaining to Suno's training data and processes, and we have made progress in reaching agreement on certain of these requests. The parties expect that they will be able to provide confirmation as to any outstanding disputes within the next week.

**II.  Disputes Regarding Suno's First Set of Requests for Production of Documents to Plaintiffs**

   A.   *Requests Related to the Asserted Works*

With respect to the disputes concerning certain of Suno's requests related to the Asserted Works, the parties have reached resolution on (1) production of copyright registrations; and (2) production of chain of title information for pre-1972 sound recordings and copyright registrations that do not identify Plaintiffs as

# HUESTON HENNIGAN LLP

an author or owner of the work.  The parties have been unable to reach resolution on (1) the production of deposit copies; and (2) works made for hire.

* * *

The parties respectfully inquire as to Court's preferred form and timing of briefing for any remaining disputes.

Respectfully submitted,

| | |
|---|---|
| /s/ *Rajan S. Trehan* | /s/ *Brittany N. Lovejoy* |
| Moez M. Kaba (pro hac vice) | Steven N. Feldman (pro hac vice) |
| Mariah N. Rivera (pro hac vice) | LATHAM & WATKINS LLP |
| Alexander R. Perry (pro hac vice) | 1271 Avenue of the Americas |
| HUESTON HENNIGAN LLP | New York, NY 10020 |
| 1 Little West 12th Street | Telephone: (212) 906-1200 |
| New York, New York 10014 | Facsimile: (212) 751-4864 |
| Telephone: (646) 930-4046 | steve.feldman@lw.com |
| Facsimile: (888) 775-0898 | |
| mkaba@hueston.com | Andrew M. Gass (pro hac vice) |
| mrivera@hueston.com | Brittany N. Lovejoy (pro hac vice) |
| aperry@hueston.com | LATHAM & WATKINS LLP |
| | 505 Montgomery Street |
| Robert N. Klieger (pro hac vice) | Suite 2000 |
| Rajan S. Trehan (pro hac vice) | San Francisco, CA 94111-6538 |
| HUESTON HENNIGAN LLP | Telephone: (415) 391-0600 |
| 523 West 6th Street, Suite 400 | Facsimile: (415) 395-8095 |
| Los Angeles, California 90014 | andrew.gass@lw.com |
| Telephone: (213) 788-4340 | brittany.lovejoy@lw.com |
| Facsimile: (888) 775-0898 | |
| rklieger@hueston.com | Sarang V. Damle (pro hac vice) |
| rtrehan@hueston.com | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW |
| Daniel J. Cloherty | Suite 1000 |
| Alexandra Arnold | Washington, D.C. 20004-1304 |
| CLOHERTY & STEINBERG LLP | Telephone: (202) 637-2200 |
| One Financial Center, Suite 1120 | Facsimile: (202) 637-2201 |
| Boston, Massachusetts 02110 | sy.damle@lw.com |
| Telephone: (617) 481-0160 | |
| Facsimile: (617) 848-0830 | Counsel for Defendant Suno, Inc. |
| dcloherty@clohertysteinberg.com | |
| aarnold@clohertysteinberg.com | |
| | |
| Counsel for Plaintiffs | |

6911971