# EXHIBIT C

# McLaughlin, Grace (NY)

| | |
|---|---|
| **From:** | Lovejoy, Britt (Bay Area) |
| **Sent:** | Thursday, January 30, 2025 12:33 PM |
| **To:** | rose_dumoulin@mad.uscourts.gov |
| **Cc:** | Rajan Trehan; Moez M. Kaba; Katharine Ross; Alexander Perry; Mariah Rivera; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; rklieger@hueston.com; Gass, Andrew (Bay Area) |
| **Subject:** | UMG RECORDINGS, INC., et al., v. SUNO, INC., et al., No. 1:24-CV-11611-FDS |

Ms. Dumoulin:

I represent Defendant Suno, Inc. in UMG RECORDINGS, INC., et al., v. SUNO, INC., et al., No. 1:24-CV-11611-FDS.

At the parties' November 18, 2024 conference, Judge Levenson instructed that "if it looks like you need to go to motion practice again, contact Rose Dumoulin, my courtroom deputy, to set up a brief conference just to make sure we're briefing the issues as narrowly as we reasonably can." Nov. 18 Hr'g Tr. at 41:15-19; *see also id*. at 17:21-25 ("It's the kind of thing where my preference is to do a brief Zoom call before parties start writing. It's a prejudice of mine, but I just see so much paper and so much expense being spent on discovery issues that often can be narrowed.").

Suno has crystallized a dispute regarding discovery into Plaintiffs' works and would like to request a conference with Judge Levenson at his convenience next week.

Regards,

Britt Lovejoy

**Britt Lovejoy**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.8329 | M: +1.510.366.1829