# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>Plaintiffs,<br>vs.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-11611 (FDS) |

**DECLARATION OF TEGAN KOSSOWICZ IN OPPOSITION TO SUNO'S MOTION TO COMPEL**

I, Tegan Kossowicz, declare as follows:

1. I am Vice President, Business and Legal Affairs, Royalties & Copyright (North America) at Universal Music Group ("UMG"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In my capacity as Vice President, Business and Legal Affairs, Royalties & Copyright (North America), I am responsible for the team that files copyright registration applications for any of UMG's commercially released sound recordings and/or music videos with the United States Copyright Office. As such, I am familiar with the process by which UMG provides deposit copies of sound recordings to the Copyright Office in the process of registering sound recordings for copyright protection.

3. The sound recordings that UMG deposits with the Copyright Office for registration purposes, whether in physical (such as CD or vinyl record) or digital form, are the same sound recordings that UMG releases to the market for public consumption. In other words, the sound recordings that UMG makes commercially available (for instance, on streaming services such as Spotify and elsewhere) are identical to or contain the same actual fixation of sounds as the sound recordings that UMG submits for registration with the Copyright Office.

4. When UMG submits copyright registration applications, its current practice is to include either the International Standard Recording Code ("ISRC") (a unique identifier for individual recordings), Universal Product Code ("UPC") (a unique identifier for albums or groupings of individual sound recordings), and/or a unique Catalog Number corresponding to the registered work. Consumers can input these identifiers into publicly available databases to find the sound recordings reflected in the copyright registrations.

5. UMG does not in the ordinary course maintain in its offices any deposit copies of the physical sound recordings it submits to the Copyright Office during the registration process. Any such deposit copies of physical product that UMG maintains are stored in an off-site location that would be extremely burdensome to access and search. Although I started with UMG in November 2006, and we have followed that procedure since that time, I cannot be certain that deposit copies were maintained by UMG, even in offsite storage, prior to my tenure.

6. In any event, UMG's physical archives are not indexed or organized in a manner that facilitates easy identification of particular physical deposit copies, nor is it easy to confirm whether deposit copies of any particular sound recordings were maintained in UMG's archives. Ascertaining this information would entail recalling several hundred, if not more, physical boxes from offsite storage, and conducting a manual search, which would be an extremely burdensome and time-consuming process. Moreover, even if UMG were able to locate the deposit copies of any of the sound recordings in suit, we simply would make a copy of the same recording that is available through public sources.

Docusign Envelope ID: BAECDBB2-B5D6-430D-BA63-706BD7BD40BA

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>11th</u> day of March, 2025, at La Quinta, California.

DocuSigned by:<br>
*Tegan Kossowicz*<br>
025AF49A22BF4E5...<br>
Tegan Kossowicz