# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**SR 685-509**

**Effective date of registration:**
October 11, 2011

## Title
**Title of Work:** Neighborhoods (Deluxe), Artist: Blink-182, 00602527813943 (compact disc)

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** September 27, 2011     **Nation of 1st Publication:** United States

## Author
- **Author:** DGC Records, A Div. of UMG Recordings, Inc.
   **Author Created:** Most Sound Recordings / Pictorial Matter / Artwork
   **Work made for hire:** Yes
   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** DGC Records, A Div. of UMG Recordings, Inc.
2220 Colorado Ave., Santa Monica, CA, 90404

## Limitation of copyright claim
**Material excluded from this claim:** One Sound Recording. "Up All Night" (00602527794310)
**New material included in claim:** All Other Sound Recordings (including 4 bonus tracks: "Snake Charmer"; "Heart's All Gone Interlude"; "Fighting The Gravity"; "Even If She Falls") / Pictorial Matter / Artwork

## Rights and Permissions
**Organization Name:** Universal Music Group

## Certification
**Name:** Tegan Kossowicz
**Date:** October 7, 2011