# EXHIBIT L

**FORM SR**

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

REGISTRATION NUMBER

SR  11-105

SR     SRU

EFFECTIVE DATE OF REGISTRATION

AUGUST 17 1979
Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**① Title**

TITLE OF THIS WORK: A--DON'T STOP 'TIL YOU GET ENOUGH
                    B--I CAN'T HELP IT
Artist: MICHAEL JACKSON
Catalog number of sound recording, if any: 9-50742
PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED: (Check Which)
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other:

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: CBS Inc.
Was this author's contribution to the work a "work made for hire"? Yes X  No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. or Domiciled in U.S.A.
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ... No X
Pseudonymous? Yes ... No X
AUTHOR OF: Sounds

DATES OF BIRTH AND DEATH:
Born ....... Died .......

2. NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes ... No ...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ or Domiciled in ........
AUTHOR OF:

3. NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes ... No ...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ or Domiciled in ........
AUTHOR OF:

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1978
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date: July 10 1979
Nation: U.S.A.

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
CBS Inc.
51 West 52nd Street
New York, New York   10019

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

SR 11-105

EXAMINED BY:
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑

APPLICATION RECEIVED: 17 AUG 1979
DEPOSIT RECEIVED: 17 AUG 1979
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**5 Previous Registration**

**PREVIOUS REGISTRATION:**
- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ...... No ... X ..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number .................... Year of Registration ...........

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
....................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
NOTE: Single released before album, "Off The Wall" FE 35745.

**7 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: CBS Inc.
Account Number: DA016292

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: CBS Law Registry
      Att: Barbara Lesko
Address: 51 West 52nd Street
         New York, New York  10019

**8 Certification**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: CBS Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Barbara Lesko
Typed or printed name: Barbara Lesko       Date: AUG 14 1979

**9 Address For Return of Certificate**

MAIL CERTIFICATE
31 AUG 1979
(Certificate will be mailed in window envelope)

CBS Law Registry/Att: Barbara Lesko
51 West 52nd Street
New York, New York 10019

* 17 U.S.C. § 506(e): FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE : 1977 O—248-624

Nov. 1977—25,000