# EXHIBIT M

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC., and JOHN DOES 1-10, <br><br> Defendant. | Case No. 1:24-cv-11611 (FDS) |

## **DECLARATION OF JENNIFER ROMEO IN OPPOSITION TO SUNO'S MOTION TO COMPEL**

I, Jennifer Romeo, declare as follows:

1. I am a Vice President, Rights Enforcement, Global Catalog Business & Legal Affairs at Warner Music Group ("Warner"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In my capacity as Vice President, Rights Enforcement, Global Catalog Business & Legal Affairs, I am familiar with the process by which Warner provides deposit copies of sound recordings to the United States Copyright Office in the process of registering sound recordings for copyright protection.

3. The sound recordings that Warner deposits with the Copyright Office for registration purposes, whether in physical (such as CD or vinyl record) or digital form, are the same sound recordings that Warner releases to the market for public consumption. In other words,

- 2 -

the sound recordings that Warner makes commercially available (for instance, on streaming services such as Spotify and elsewhere) are identical to or contain the same actual fixation of sounds as the sound recordings that Warner submits for registration with the Copyright Office.

4.  Certain of Warner's copyright registrations contain U.S. Selection Numbers, which are excerpts of Universal Product Codes ("UPC") (a unique identifier for albums or groupings of individual sound recordings).

5.  Warner does not in the ordinary course maintain in its offices any deposit copies of the physical sound recordings it submits to the Copyright Office during the registration process. Any such deposit copies of physical product that Warner maintains are stored in an off-site location that would be extremely burdensome to search and retrieve.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>11th</u> day of March, 2025, at Nashville, Tennessee.

*Jennifer Romeo*

Jennifer Romeo