# EXHIBIT O

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC., and JOHN DOES 1-10, <br><br> Defendant. | Case No. 1:24-cv-11611 (FDS) |

## DECLARATION OF KIM BEAUCHAMP IN OPPOSITION TO SUNO'S MOTION TO COMPEL

I, Kim Beauchamp, declare as follows:

1. I am Senior Vice President, Process Innovation and Advanced Operations at Universal Music Group ("UMG"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In my capacity as Senior Vice President, Process Innovation and Advanced Operations, I am familiar with the process by which UMG submits sound recordings to Audible Magic content recognition database.

3. Audible Magic is a company that provides content identification and audio recognition services. Among Audible Magic's product offerings is a digital fingerprinting tool that offers a method of precisely identifying digital music content, regardless of source or format.

- 2 -

4. Digital fingerprints are a set of mathematical values that are unique to a particular sound recording. In essence, each digital fingerprint identifies a particular sound recording, much as a person's fingerprint identifies a particular person.

5. Audible Magic's audio fingerprinting service functions by comparing the digital fingerprints of unknown audio files to a database of reference fingerprints that content owners submit directly to Audible Magic. If an unknown file results in a match with content in Audible Magic's reference database, there is a high degree of certainty that the unknown file and the corresponding reference file contain the same audio content.

6. UMG systematically delivers to Audible Magic a feed of metadata and audio files, which Audible Magic uses to create its content recognition reference (or "digital fingerprint") database for verification purposes. For all intents and purposes that digital feed represents the entire repertoire of commercially released sound recordings that UMG owns or controls.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>11th</u> day of March, 2025, at Los Angeles, California.



Signed by:

Kim Beauchamp