# EXHIBIT P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC., and JOHN DOES 1-10, <br><br> Defendant. | Case No. 1:24-cv-11611 (FDS) |

## DECLARATION OF DON JANG IN OPPOSITION TO SUNO'S MOTION TO COMPEL

I, Don Jang, declare as follows:

1. I am a Senior Vice President, Content Protection at Sony Music Entertainment ("Sony"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In my capacity as Senior Vice President, Content Protection I am familiar with the process by which Sony submits sound recordings to Audible Magic's content recognition database.

3. Audible Magic is a company that provides content identification and audio recognition services. Among Audible Magic's product offerings is a digital fingerprinting tool that offers a method of precisely identifying digital music content, regardless of source or format.

4. Digital fingerprints are a set of mathematical values that are unique to a particular sound recording. In essence, each digital fingerprint identifies a particular sound recording, much as a person's fingerprint identifies a particular person.

5. Audible Magic's audio fingerprinting service functions by comparing the digital fingerprints of unknown audio files to a database of reference fingerprints that content owners submit directly to Audible Magic. If an unknown audio file turns up a match with content in Audible Magic's reference database, there is a high degree of certainty that the unknown file and corresponding reference file contain the same audio content.

6. Sony systematically delivers to Audible Magic a feed of metadata and sound recordings, which Audible Magic uses to create its content recognition reference (or "digital fingerprint") database for verification purposes. For all intents and purposes, that digital feed represents practically all of the repertoire of commercially released sound recordings that Sony owns or controls.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of March, 2025, at New York, New York.

_____
Don Jang