# EXHIBIT Q

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>Plaintiffs,<br>vs.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-11611 (FDS) |

## DECLARATION OF COURTNEY-ANNE DUCHARDT IN OPPOSITION TO SUNO'S MOTION TO COMPEL

I, Courtney-Anne Duchardt, declare as follows:

1. I am a Senior Vice President, Global Asset Management & Digital Operations at Warner Music Group ("Warner"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In my capacity as Senior Vice President, Global Asset Management & Digital Operations, I am familiar with the process by which Warner submits sound recordings to Audible Magic's content recognition database.

3. Audible Magic is a company that provides content identification and audio recognition services. In my role at Warner, I have encountered Audible Magic's digital fingerprinting tool that offers a method of identifying digital music content, regardless of source

or format. Based on my understanding, digital fingerprints identify a particular sound recording, much as a person's fingerprint identifies a particular person.

4. I further understand that Audible Magic's audio fingerprinting service functions by comparing the digital fingerprints of unknown audio files to a database of reference fingerprints that content owners submit directly to Audible Magic. If an unknown audio file turns up a match with content in Audible Magic's reference database, it is likely that the unknown file and corresponding reference file contain the same audio content.

5. Warner systematically delivers to Audible Magic a feed of metadata and audio files, which Audible Magic uses to create its content recognition reference (or "digital fingerprint") database for verification purposes. For all intents and purposes that digital feed includes practically all of the repertoire of commercially released sound recordings that Warner owns or controls.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this <u>11th</u> day of March, 2025, at Los Angeles, California.

Signed by:

*Courtney-Anne Duchardt*

815E633FA8D24E4...

Courtney-Anne Duchardt