# EXHIBIT S

```
                        UNITED STATES DISTRICT COURT
                          DISTRICT OF MASSACHUSETTS

UMG RECORDINGS, INC., CAPITOL      )
RECORDS, LLC, SONY MUSIC           )
ENTERTAINMENT, ATLANTIC            )
RECORDING CORPORATION, ATLANTIC    )
RECORDS GROUP LLC, RHINO           )  Civil Action
ENTERTAINMENT LLC, THE ALL         )
BLACKS U.S.A., INC., WARNER        )  No. 24-11611-FDS
MUSIC INTERNATIONAL SERVICES       )
LIMITED, and WARNER RECORDS        )
INC.,
                    Plaintiffs,
vs.

SUNO, INC. and JOHN DOES 1-10,
                    Defendants.


BEFORE:  CHIEF JUDGE F. DENNIS SAYLOR


                         SCHEDULING CONFERENCE



            John Joseph Moakley United States Courthouse
                          Courtroom No. 10
                         One Courthouse Way
                          Boston, MA 02210


                         October 28, 2024




                         Valerie A. O'Hara
                       Official Court Reporter
            John Joseph Moakley United States Courthouse
                          1 Courthouse Way
                          Boston, MA 02210
                     E-mail: vaohara@gmail.com
```

```
 1   APPEARANCES:

 2   For the Plaintiffs:

 3       Hueston Hennigan LLP, by MOEZ M. KABA, ESQ.,
     1 Little West 12th St., Ste 2nd Floor,
 4   New York, NY 10014;

 5       Hueston Hennigan LLP, by RAJAN TREHAN, ESQ.,
     523 W 6th St, Suite 400, Los Angeles, CA 90014;
 6
     For the Defendants:
 7
         Latham & Watkins LLP, by ANDREW GASS, ESQ., and BRITTANY
 8   N. LOVEJOY, ATTORNEY, 505 Montgomery Street, Suite 2000,
     San Francisco, CA 94111.
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              PROCEEDINGS

2              THE CLERK: Court is now in session in the matter of

3     UMG RECORDINGS, INC., et al. vs. SUNO, INC., et al., Civil

4     Action Number 24-11611.

5              Participants are reminded that photographing,

6     recording or rebroadcasting of this hearing is prohibited and

7     may result in sanctions.

8              Would counsel please identify themselves for the

9     record, starting with the plaintiff.

03:38PM 10         MR. KABA: Good afternoon, your Honor, it's Moez Kaba

11    of Hueston Hennigan for plaintiff and also speaking on behalf

12    of plaintiffs today, depending on the subject matter that your

13    Honor wishes to cover, will be my colleague, Rajan Trehan.

14             THE COURT: Good afternoon.

15             MR. GASS: Good afternoon, your Honor, Andy Gass from

16    Latham & Watkins on behalf of Suno. I'm here with my partner,

17    Britt Lovejoy.

18             THE COURT: Good afternoon. All right. This is the

19    scheduling conference in this case. Let me sort of jump to

03:39PM 20    bottom line conclusion here and then I'll work backwards into

21    the details of it.

22             I'm going to set a timetable for discovery and motion

23    practice. That timetable will not include bifurcating

24    discovery. In my experience, bifurcation is one of those

25    things that sounds good on paper, that is tantalizing, and in

1    practice, barely, if ever, delivers on the promise.

2           I would expect that this case, you know, a 90 percent
3    probability, let's call it that, in my view, anyway, without
4    knowing very much that this case turns on the fair use defense,
5    but everything happens in a context, and in my experience, it's
6    best to do discovery all at once and understand the entire
7    case, even if there's some obvious legal issue, but it's at the
8    core of it, so I'm not going to bifurcate.

9           Like any discovery order, I can modify this as time
03:40PM 10   goes on.  If some other pathway after we get started seems
11   preferable, we can do that, but I'm not going to bifurcate it.

12          I'm going to set a timetable, and then there are, I
13   think, four other issues, inspection of source code, who can
14   view discovery, and what experts can view and under what
15   circumstances, and what ESI protocols ought to be in place.

16          In my experience, those are things that can be quite
17   complex and need to be almost mediated, and so I'm going to
18   refer those issues to the Magistrate Judge for resolution.
19   He's going to be presiding over discovery anyway, and I'm going
03:41PM 20   to let him decide those issues, or at least decide them in the
21   first instance, and certainly there are, I would expect,
22   legitimate issues at the core of that.

23          On the other hand, discovery has to proceed without
24   undue inefficiency or undue unfairness to either side, and that
25   requires sometimes some difficult balancing, and I'm going to

```
         1    let the magistrate judge deal with that.
         2            So for now this is going to be a garden variety
         3    scheduling order.  I'm going to walk through those for the
         4    dates, and because I'm not bifurcating, I think a timetable of
         5    about a year looks appropriate, so I'm going to walk through
         6    those dates.  All of this will be put in a written scheduling
         7    order, but let me go through them.
         8            I'm inferring that the initial disclosures under
         9    Rule 26(a)(1) have been completed since the parties have
03:42PM 10    proposed the relatively early date.  If they've not been
        11    completed, I'll direct that they be completed within 14 days
        12    from today, which is November 13th.
        13            In terms of amendments to pleadings, except for good
        14    cause shown, no motions for leave to add new parties or to
        15    amend the pleadings to assert new claims or defenses may be
        16    filed after November 29th.
        17            Written discovery, that is, requests for production of
        18    documents, interrogatories, and requests for admissions shall
        19    be served no later than March 19th.
03:43PM 20            Fact discovery, including all fact depositions shall
        21    be completed by June 3rd.  Both sides shall designate trial
        22    experts by July 15th.  Rebuttal experts shall be designated by
        23    both sides by August 12th, and then I'm going to, because of
        24    the summer period, I'm going to tack some time here onto I
        25    think it was defendant's proposal.
```

1        I'm going to direct that depositions of experts shall
2   be completed -- sorry, let me pull up my calendar here.  So,
3   let's see, counterdesignations are due by August 12th, 2025,
4   and I'm going to direct that expert depositions be completed by
5   September 24th and that motions for summary judgment shall be
6   due October 24th, dispositive motions, I should say.
7        I'm going to set it for two status conferences.  I may
8   set more, but let me set at least two, one after the close of
9   fact discovery in early June of next year.
03:45PM 10       THE CLERK:  Thursday, June 5th at 3:00.
11       THE COURT:  Thursday, June 5th at 3:00.  I'm going to
12  set it for an interim status conference, I'll say mid make that
13  late January of next year or early February.
14       THE CLERK:  How about Thursday, January 30th at 3:10?
15       THE COURT:  Thursday, January 30th at 3:10.  Those
16  will be by telephone or presumptively by telephone.  If the
17  party wants to appear in court or appear by Zoom, that's fine
18  with me, just make sure that we know what you want to do.  I am
19  generally a fan of case management and having periodic
03:46PM 20  conferences.  I will likely call additional ones as this case
21  starts to gain momentum, but that will be the timetable for
22  now.
23       All of these are dates that will be, as I said, put in
24  a written scheduling order.  That will be an order of the
25  Court.  It's not a set of friendly suggestions, they're

1    court-ordered deadlines.  I will try to be reasonable about the
2    timetable.  I understand that not everything goes according to
3    plan, that all of you have other personal and professional
4    commitments, and that cases develop sometimes in ways that are
5    not obvious at the beginning, but you have to ask.  You can't
6    modify the deadlines on your own, you can't just blow the
7    deadline, you have to ask, and bottom line is if you want me to
8    be reasonable, I need you to be reasonable, and, you know,
9    attempt to hit the deadlines on schedule, and if you think you
03:47PM 10    need to modify one, to consult with your opponent, explain why,
11    explain what it is you have done and have not done and why you
12    need some reasonably short extension to polish things off.
13             So all of that will be the timetable.  I'm going to
14    refer these four issues of discovery to the magistrate judge
15    and let his session convene a hearing or conference to discuss
16    how to handle that or set a briefing schedule as the case may
17    be.  I suppose the matter has already been briefed but he may
18    want more.
19             The only other thing on my agenda is to talk about
03:48PM 20    mediation or settlement conferences.  I'm guessing this is not
21    the kind of case that's going to be readily mediated or
22    settled.  I'll tell you my practice anyway, and that is I'm not
23    going to force anyone into settlement discussions or mediation
24    or anything of the sort unless it's completely voluntary on
25    both sides, if we ever get to that point.  I don't imagine

```
 1    we're there now, I'll be supportive if you both want to do it
 2    and otherwise I want you to litigate it, in other words, if
 3    you're not going to settle it, litigate it and let's hit our
 4    targets and line this case up for summary judgment or trial or
 5    however it's going to be resolved at the end of the day, and if
 6    somebody wants to go down a different path, again, I'll be
 7    responsive, and it has to be mutual.
 8            All right.  So let me pause there.  Any questions,
 9    issues, concerns, anything else anyone wants to take up?
03:49PM 10  Mr. Kava.
 11           MR. KAVA:  No, Judge, we understand the schedule,
 12   we'll await the Court's scheduling order.  We appreciate the
 13   Court's time.
 14           THE COURT:  Mr. Gass.
 15           MR. GASS:  Nothing from us, your Honor, we appreciate
 16   your attention in this matter.
 17           THE COURT:  All right, we will stand in recess.  Thank
 18   you.
 19           (Whereupon, the hearing was adjourned at 3:49 p.m.)
 20
 21
 22
 23
 24
 25
```

1        C E R T I F I C A T E

2

3   UNITED STATES DISTRICT COURT )

4   DISTRICT OF MASSACHUSETTS ) ss.

5   CITY OF BOSTON )

6

7         I do hereby certify that the foregoing transcript,

8   Pages 1 through 9 inclusive, was recorded by me

9   stenographically at the time and place aforesaid in Civil

10  Action No. 24-11611-FDS, UMG RECORDINGS, INC., et al. vs. SUNO,

11  INC. and JOHN DOES 1-10, and thereafter by me reduced to

12  typewriting and is a true and accurate record of the

13  proceedings.

14          Dated November 1, 2024.

15

16                      s/s Valerie A. O'Hara

17                      _____

18                      VALERIE A. O'HARA

19                      OFFICIAL COURT REPORTER

20

21

22

23

24

25