# EXHIBIT D

**Alexander Perry**

| | |
|---|---|
| **From:** | Mariah Rivera |
| **Sent:** | Wednesday, February 19, 2025 11:32 AM |
| **To:** | Britt.Lovejoy@lw.com; Andrew.Gass@lw.com; suno.lwteam@lw.com |
| **Cc:** | Moez M. Kaba; Rajan Trehan; Alexander Perry; Katharine Ross; Daniel Cloherty; Alexandra Arnold |
| **Subject:** | UMG RECORDINGS, INC., et al., v. SUNO, INC., et al., No. 1:24-CV-11611-FDS |

Counsel,

Based on Judge Levenson's recommendations during last Friday's conference, please find below a draft interrogatory and proposed search terms for the RFPs that you claim are overbroad. Please let us know if you have any objections, otherwise we will prepare and serve the interrogatory. Based on the statements made during the conference, we understand that you have agreed to produce documents responsive to RFP Nos. 7, 12, 14, and 18 (i.e., the first of the two buckets that Judge Levenson identified with respect to that dispute). Please provide us with your proposed search terms for those requests. Lastly, RFP No. 47 requests documents "sufficient to identify" and is therefore not appropriate for search terms. Please confirm that you will be producing documents responsive to this request.

**PROPOSED INTERROGATORY NO. 8:**
IDENTIFY and DESCRIBE all AI MODELS that YOU used to DEVELOP or train, or that YOU integrated into, incorporated into, otherwise used, or may use in the future, in any version of YOUR AI SERVICE or any other SUNO product, including without limitation the date on which each AI MODEL began training, completed pre-training, began any fine-tuning, completed any fine-tuning, and was last modified, and any internal designation or description used for internal tracking or reference.

| Request No. | Plaintiffs' Proposed Search Terms |
|---|---|
| **RFP 2:** ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR TRAINING DATA, including without limitation ALL DOCUMENTS and COMMUNICATIONS RELATING TO the collection, copying, reproduction, development, compilation, maintenance, alteration, and revision of YOUR TRAINING DATA. | train* AND (collect* OR copy OR copie* OR reproduc* OR develop* OR compilat* OR maintain* OR maintenance OR alter* OR revis* OR scrap* OR crawl*)<br><br>**Plaintiffs reserve our right to add additional search terms once we learn more about how you compiled and manipulated your training data.** |
| **RFP 3:** ALL DOCUMENTS and COMMUNICATIONS concerning the contents of YOUR AI MODEL or RELATING TO the manner in which YOU trained YOUR AI MODEL. | (model OR v2 OR v3 OR v3.5 OR v4) AND (contain* OR ingest* OR train* OR develop* OR refin* OR "fine-tun*" OR "fine tun*" OR finetun* OR modif*)<br><br>**Plaintiffs reserve our right to add additional search terms once you respond to Interrogatory No. 8.** |
| **RFP 7:** ALL DOCUMENTS and COMMUNICATIONS RELATED TO YOUR downloading, copying, and/or reproduction of SOUND RECORDINGS, including but not | **Please provide your proposed search terms.** |

| | |
|---|---|
| limited to how, and what portions of, the SOUND RECORDINGS are downloaded, copied, and/or reproduced. | |
| **RFP 12:** ALL DOCUMENTS and COMMUNICATIONS RELATED TO YOUR efforts to obtain YOUR TRAINING DATA. | **Please provide your proposed search terms.** |
| **RFP 14:** DOCUMENTS and COMMUNICATIONS RELATED TO how YOU identified and used "essentially all music files of reasonable quality that are accessible on the open Internet" to train YOUR AI MODEL, as discussed on page 9 of the ANSWER. | **Please provide your proposed search terms.** |
| **RFP 18:** ALL DOCUMENTS and COMMUNICATIONS RELATED TO how YOU identified and accessed ANY COPYRIGHTED SOUNDS RECORDINGS included in YOUR TRAINING DATA. | **Please provide your proposed search terms.** |
| **RFP 47:** DOCUMENTS sufficient to identify all PERSONS who invested in or financially backed SUNO. | **This request is not appropriate for search terms.  Please confirm whether you will produce responsive documents sufficient to identify.** |
| **RFP 48:** ALL DOCUMENTS and COMMUNICATIONS between YOU and ANY investors, venture capital backers, seed funders, or any other potential investors in SUNO, including but not limited to Lightspeed Venture Partners, Nat Friedman and Daniel Gross, Matrix, Founder Collective, 3LAU, Aaron Levie, Alexandr Wang, Amjad Masad, Andrej Karpathy, Aravind Srinivas, Brendan Iribe, Flosstradamus, Fred Ehrsam, Guillermo Rauch and Shane Mac, regarding YOUR TRAINING DATA, SOUND RECORDINGS, copyright law, and/or business risks. | (Invest* OR equity OR fundrais* OR rais* OR round* OR venture OR capital* OR seed OR sponsor* OR stakeholder* OR benefactor* OR shareholder* OR partner* OR debt* OR note* OR bond* OR convertible OR securit* OR interest OR share* OR stock OR offer* OR option* OR warrant*) AND (train* OR recording* OR song* OR label* OR audio OR music OR catalog* OR track* OR copyright OR infring* OR lawsuit* OR liab* OR litigat* OR sue* OR suit* OR risk*)<br><br>(Lightspeed OR Friedman OR Gross OR Matrix OR "Founder Collective" OR 3LAU OR Levie OR Wang OR Masad OR Karpathy OR Srinivas OR Iribe OR Flosstradamus OR Ehrsam OR Rauch OR Mac) AND (train* OR recording* OR song* OR label* OR audio OR music OR catalog* OR track* OR copyright OR infring* OR lawsuit* OR liab* OR litigat* OR sue* OR suit* OR risk*) |
| **RFP 49:** ALL DOCUMENTS and COMMUNICATIONS RELATING TO | (Invest* OR equity OR fundrais* OR rais* OR round* OR venture OR capital* |

| | |
|---|---|
| investor presentations and meetings, including but not limited to pitch decks to investors and potential investors. | OR seed OR sponsor* OR stakeholder* OR benefactor* OR shareholder* OR partner* OR debt* OR note* OR bond* OR convertible OR securit* OR interest OR share* OR stock* OR offer* OR option* OR warrant*) AND (pitch OR deck OR present* OR meeting* OR propos*)<br><br>(Lightspeed OR Friedman OR Gross OR Matrix OR "Founder Collective" OR 3LAU OR Levie OR Wang OR Masad OR Karpathy OR Srinivas OR Iribe OR Flosstradamus OR Ehrsam OR Rauch OR Mac) AND (pitch OR deck OR present* OR meeting* OR propos*) |

**Mariah Rivera**

_____

**HUESTON HENNIGAN** LLP

D: 646.891.5049
T: 213.788.4340
mrivera@hueston.com
Biography

1 Little W 12th St
2nd Floor
New York NY 10014

3