# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICVES LIMITED, and WARNER RECOREDS INC.,<br><br>       Plaintiffs,<br>vs.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>       Defendant. | Case No. 1:24-cv-11611-FDS<br><br>**NOTICE OF MOTION TO FILE REDACTED EXHIBIT RE: PLAINTIFFS' MOTION TO COMPEL** |

Pursuant to Local Rule 7.2 and this Court's Standing Order Regarding Motions For Leave To File Under Seal And Stipulated Protective Orders, Plaintiffs hereby submit this notice of motion to file a redacted version of Exhibit E attached to Plaintiffs' motion to compel on the public docket. This exhibit contains information that has been designated as "Highly Confidential – Attorneys' Eyes Only" by Defendant Suno, Inc. ("Suno") under the operative Protective Order.  *See* Dkt. 54. Accordingly, Plaintiffs seek leave to file such designated material under seal to provide Suno an opportunity to file with the Court a statement of the reasons that such material shall be filed under seal.  *See id.* ¶ 20 ("Within five business days of the filing of the motion to seal, the Designating Party will file with the Court a statement of reasons that the confidential material should be sealed that complies with Local Rule 7.2.").

Plaintiffs expressly reserve the right to object to Suno's sealing some or all of the designated material.

Dated:  March 19, 2025                    Respectfully submitted,


                                          By:  /s/ *Moez Kaba*
                                          Moez M. Kaba (*pro hac vice)*
                                          Mariah N. Rivera  (*pro hac vice*)
                                          Alexander R. Perry (*pro hac vice*)
                                          **HUESTON HENNIGAN LLP**
                                          1 Little West 12th Street
                                          New York, New York 10014
                                          Telephone: (646) 930-4046
                                          Facsimile: (888) 775-0898
                                          mkaba@hueston.com
                                          mrivera@hueston.com
                                          aperry@hueston.com

                                          Robert N. Klieger (*pro hac vice*)
                                          Rajan S. Trehan (*pro hac vice*)
                                          **HUESTON HENNIGAN LLP**
                                          523 West 6th Street, Suite 400
                                          Los Angeles, California 90014
                                          Telephone: (213) 788-4340
                                          Facsimile: (888) 775-0898
                                          rklieger@hueston.com
                                          rtrehan@hueston.com

                                          Daniel J. Cloherty
                                          Alexandra Arnold
                                          **CLOHERTY & STEINBERG LLP**
                                          One Financial Center, Suite 1120
                                          Boston, Massachusetts 02110
                                          Telephone: (617) 481-0160
                                          Facsimile: (617) 848-0830
                                          dcloherty@clohertysteinberg.com
                                          aarnold@clohertysteinberg.com

                                          *Counsel for Plaintiffs*

- 2 -