## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC.,

       Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

       Defendant.

Case No. 1:24-cv-11611-FDS

## MOTION FOR ADMISSION *PRO HAC VICE* OF KENNETH L. DOROSHOW

The undersigned counsel for Plaintiffs and a member of the bar of this Court hereby requests, pursuant to Local Rule 83.5.3, that Kenneth L. Doroshow, Recording Industry Association of America, be permitted to practice before this Court *pro hac vice* as counsel for Plaintiffs. The undersigned submits as follows:

1.     Mr. Doroshow's business address is 1000 F Street, NW, Second Floor Washington, DC 20004; telephone number, (202) 857-9637; email address, kdoroshow@riaa.com.

2.     As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Doroshow is a member in good standing of the bar of the State of New York and in the District of Columbia, has been admitted to practice in a number of federal courts, and there are no disciplinary proceedings pending against him.

3.      Mr. Doroshow is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

4.      My appearance as counsel for Plaintiffs is on record.

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Doroshow to appear and practice before this Court *pro hac vice* on behalf of Plaintiffs in all proceedings in this action.

                                        Respectfully submitted,

                                        /s/ *Daniel J. Cloherty*
                                        Daniel Cloherty (BBO #565772)
                                        CLOHERTY & STEINBERG LLP
                                        One Financial Center, Suite 1120
                                        Boston, MA 02111
                                        617-481-0160
Dated: April 8, 2025                    dcloherty@clohertysteinberg.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), on April 7, 2025, and April 8, 2025, counsel for Plaintiffs conferred with counsel for Defendant Suno, Inc., and counsel for Defendant stated they do not object to this motion.

                                        /s/ *Daniel J. Cloherty*
                                        Daniel Cloherty

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on April 8, 2025.

/s/ *Daniel J. Cloherty*
Daniel Cloherty

- 3 -