UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Case No. 1:24-cv-11611-FDS |

**DECLARATION OF KENNETH L. DOROSHOW**

I, Kenneth L. Doroshow, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1.  I am Chief Legal Officer at the Recording Industry Association of America, 1000 F Street, NW, Second Floor, Washington, DC 20004, and my office phone number is (202) 857-9637.

2.  I am admitted to practice law in the state of New York and the District of Columbia. I am also admitted to practice before the United States Supreme Court, the United States District Court for the Southern District of New York, and the United States District Court for the District of Columbia.

3.  I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

- 2 -

      4.      I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

      5.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

      6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2025

/s/ *Kenneth L. Doroshow*
Kenneth L. Doroshow