UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC.,<br><br>        Plaintiffs,<br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>        Defendant. | Case No. 1:24-cv-11611-FDS |

## DECLARATION OF SAMUEL GIVERTZ

I, Samuel W. Givertz, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1.      I am an associate at Hueston Hennigan LLP, 1 Little West 12th Street, 2nd Floor, New York, NY 10014, and my office phone number is (212) 229-6484.

2.      I am admitted to practice law in the state of New York. I am also admitted to practice before the Third Circuit Court of Appeals and the Southern District of New York.

3.      I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4.      I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

- 2 -

     5.     I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

     6.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

     I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2025

/s/ *Samuel w. Givertz*
Samuel W. Givertz