UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendants. | Case No. 1:24-cv-11611-FDS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc.

                                                                       Respectfully submitted,

                                                                       /s/ *Samuel W. Givertz*
                                                                       Samuel W. Givertz (admitted *pro hac vice*)
                                                                         HUESTON HENNIGAN LLP
                                                                         1 Little West 12th Street
                                                                         New York, New York 10014
                                                                         Telephone: (212) 229-6484
                                                                         Facsimile: (888) 775-0898
Dated: April 9, 2025                                  sgivertz@hueston.com