Britt Lovejoy
Direct Dial: +1.415.646.8329
britt.lovejoy@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM & WATKINS LLP**

April 10, 2025

**VIA CM/ECF**

The Honorable Paul G. Levenson
United States District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: *UMG Recordings, Inc., et al. v. Suno, Inc., et al.*, No. 1:24-cv-11611-FDS (D. Mass)

Dear Judge Levenson:

      Defendant Suno, Inc.'s ("Defendant" or "Suno") files this notice of supplemental authority to draw the Court's attention to a recent order that further supports Suno's request to compel Plaintiffs' production of documents related to Plaintiffs' ownership of their Asserted Works as detailed in the Parties' pending Joint Letter Regarding Discovery Dispute over Defendant, Suno, Inc.'s First Set of Requests for Production (Dkt. No. 70).

      On April 8, 2025, in *UMG Recordings, Inc. v. Uncharted Labs, Inc.*, No. 24-cv-04777 (S.D.N.Y.), the Southern District of New York granted Uncharted Labs, Inc.'s ("Udio's") nearly identical request to compel production of documents related to Plaintiffs'[1] ownership of their Asserted Works. *See* Order Granting Motion to Compel, *Uncharted Labs, Inc.*, No. 24-cv-04777, Dkt. No. 89 (S.D.N.Y. Apr. 8, 2025) (attached hereto as Exhibit 1); *see also* Joint Letter Brief, *Uncharted Labs, Inc.*, No. 24-cv-04777, Dkt. No. 80. Specifically, the court granted Udio's request to compel Plaintiffs' production of "deposit copies of the Asserted Works and artist-label agreements for all 'works made for hire' for which Plaintiffs are listed as an author or owner on the registration," holding that "'[e]ach copyright must be proven on its own.'" *See* Ex. 1 at 1, 3.

---

[1] Plaintiffs in *Uncharted Labs, Inc.* are represented by the same law firm as Plaintiffs here. With the exception of Atlantic Records Group LLC, Rhino Entertainment LLC, and The All Blacks U.S.A., the Plaintiffs here are also Plaintiffs in *Uncharted Labs, Inc.*

**LATHAM & WATKINS** LLP

| | |
|---|---|
| Dated: April 10, 2025 | Respectfully submitted, |

/s/ Britt Lovejoy
Shlomo Fellig (BBO# 699643)
**LATHAM & WATKINS LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.gellig@lw.com

Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Steven N. Feldman (*pro hac vice*)
Nathan Taylor (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
steve.feldman@lw.com
nathan.taylor@lw.com

Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

*Counsel for Defendant Suno, Inc.*

cc: All Counsel of Record (via CM/ECF)