# EXHIBIT A

**Alexander Perry**

| | |
|---|---|
| **From:** | Samuel Givertz |
| **Sent:** | Monday, April 14, 2025 10:49 PM |
| **To:** | andrew.gass@lw.com; Britt.Lovejoy@lw.com; Nathan.Taylor@lw.com; Sy.Damle@lw.com; Shlomo.Fellig@lw.com; Steve.Feldman@lw.com; suno.lwteam@lw.com |
| **Cc:** | Moez M. Kaba; Robert N. Klieger; Rajan Trehan; Mariah Rivera; Alexander Perry |
| **Subject:** | UMG Recordings, Inc. v. Suno, No. 24 Civ. 11611 (FDS) \| Suno Motion to Compel Deposit Copies |

Counsel,

We write regarding Suno's motion to compel deposit copies of the Asserted Works. As you are aware, Plaintiffs represented in their opposition to Suno's motion that they agree to produce a sampling of the commercially available sound recordings from their commercial feeds. *See* Dkt. 70 at 11 n.11; *id*. at 13. In an effort to resolve this dispute, Plaintiffs are further willing to produce digital, commercially available sound recordings for all of the Asserted Works listed in Exhibit A of the Complaint.

As we have previously explained, the recordings that Plaintiffs commercialize through their commercial feeds and provide to DSPs like Spotify and YouTube are identical to the sound recordings that Plaintiffs deposited with the Copyright Office. This is the case regardless of whether Plaintiffs deposited the recording with the Copyright Office in digital or physical form. Thus, Plaintiffs are offering to provide Suno with exactly what it is requesting: copies of the sound recordings they deposited with the Copyright Office. In other words, Plaintiffs expect to be able to offer digital versions of the sound recordings that have identifying information (*e.g.*, title, artist, year of release, etc.) that matches what is reflected on the corresponding registration certificate. To the extent Suno wishes to "test" Plaintiffs' ownership of a valid copyright in the recordings they produce, it is entitled to do so, including by requesting certified deposit copies directly from the Copyright Office itself. Suno has identified no basis to dispute Plaintiffs' representations, nor cited any authority requiring Plaintiffs to undertake an unnecessary and burdensome search for physical archival records where Plaintiffs have offered to produce identical digital versions.

Thank you,
Sam

**Samuel Givertz**

_____

**HUESTON HENNIGAN** LLP

D: 212.229.6484
T: 213.788.4340
sgivertz@hueston.com
Biography

1 Little W 12th St
2nd Floor
New York NY 10014