# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br>  Plaintiffs, <br> vs. <br><br> SUNO, INC., and JOHN DOES 1-10, <br><br>  Defendant. | Case No. 1:24-cv-11611 (FDS) |

### DECLARATION OF COURTNEY-ANNE DUCHARDT IN OPPOSITION TO SUNO'S MOTION TO COMPEL

I, Courtney-Anne Duchardt, declare as follows:

1.  I am a Senior Vice President, Global Asset Management & Digital Operations at Warner Music Group ("Warner"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I understand that this Declaration is intended as a supplement to my previous Declaration, dated March 11, 2025.

2.  In my capacity as Senior Vice President, Global Asset Management & Digital Operations, I am familiar with Warner's systems for sharing digital music assets with commercial partners and the process by which Warner submits sound recordings to Audible Magic's content recognition database in the form of fingerprint files.

3.  I understand that Warner has agreed to produce digital, commercially available versions of the sound recordings that Warner has alleged Suno infringed in this case. I further

understand that Warner intends to source these digital sound recordings from its centralized system for storing digital assets, known internally as the Commercial Asset Repository ("CAR").

4. For all intents and purposes, Warner's CAR includes practically all of the repertoire of commercially released sound recordings that Warner owns or controls, including digitized versions of the vast majority of sound recordings that were released on physical medium. Accordingly, if a copyright registration contains identifying information for a sound recording, such as artist, title, year of release, UPC, ISRC, U.S. Selection Number, and/or other identifying information, I believe Warner will be able to source a digital version of that recording from the CAR.

5. Based on my personal experience, the digital recordings stored in the CAR are the same recordings that Warner (1) commercializes through digital service providers ("DSPs"), such as Spotify, YouTube, and others, and (2) provides to Audible Magic for inclusion in its content recognition database. I further understand from my colleague Jennifer Romeo that the recordings Warner commercializes via the CAR are (3) the same recordings that Warner deposited with the United States Copyright Office for registration purposes.[1]

6. By and large, any digital sound recording produced by a Warner record label is systematically included in feeds that deliver commercial assets to our commercial partners, including DSPs and Audible Magic. For physical releases, I am aware that Warner's current majority practice is to digitize and include in our Digital Supply Chain the same recordings it receives directly from the label that is releasing the physical product. As a result, the recordings included in the CAR come from the same source as the modern physical releases.

---

[1] *See* Dkt. 70-13, Mar. 11, 2025 J. Romeo Decl. ¶ 3 ("The sound recordings that Warner deposits with the Copyright Office for registration purposes, whether in physical (such as CD or vinyl) or digital form, are the same recordings that Warner releases to the market for public consumption. In other words, the sound recordings that Warner makes commercially available (for instance, on streaming services such as Spotify and elsewhere) are identical to or contain the same actual fixation of sounds as the sound recordings that Warner submits for registration with the Copyright Office.").

- 3 -

7.      For digital releases that Warner makes commercially available on DSPs, Warner provides the DSPs with digital recordings and metadata directly from our Digital Supply Chain. Thus, any sound recording that Warner makes available on a DSP originated from a Warner record label via the Digital Supply Chain.

8.      Similarly, when Warner sends fingerprints made from audio files and associated metadata to Audible Magic for inclusion in its content recognition reference database, Warner transmits to Audible Magic the fingerprint files and data from the Digital Supply Chain. Accordingly, the digital recordings that Warner commercializes through DSPs and sends to Audible Magic as fingerprints are the same.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of April, 2025, at Los Angeles, California.

*Courtney-Anne Duchardt*
Courtney-Anne Duchardt