# EXHIBIT D

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC., and JOHN DOES 1-10, <br><br> Defendant. | Case No. 1:24-cv-11611 (FDS) |

## **DECLARATION OF KIM BEAUCHAMP IN OPPOSITION TO SUNO'S MOTION TO COMPEL**

I, Kim Beauchamp, declare as follows:

1. I am a Senior Vice President, Process Innovation and Advanced Operations at Universal Music Group ("UMG"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I understand that this Declaration is intended as a supplement to my previous Declaration, dated March 11, 2025.

2. In my capacity as Senior Vice President, Process Innovation and Advanced Operations, I am familiar with UMG's systems for storing digital assets, sharing digital assets with commercial partners, and the process by which UMG submits sound recordings to Audible Magic's content recognition database.

3. I understand that UMG has agreed to produce digital, commercially available versions of the sound recordings that UMG has alleged Suno infringed in this case. I further

understand that UMG intends to source these digital sound recordings from its centralized system for storing digital assets, known internally as "ASPEN."

4. For all intents and purposes, ASPEN includes most of the repertoire of currently commercially released sound recordings that UMG owns or controls, including digitized versions of the majority of sound recordings that were originally released on a physical medium. Accordingly, if a copyright registration contains identifying information for a sound recording, such as artist, title, year of release, UPC, catalog number, and/or other identifying information, I believe UMG will most likely be able to source a digital version of that recording from ASPEN.

5. Based on my personal experience, the digital recordings stored in ASPEN are the same recordings that UMG (1) commercializes through digital service providers ("DSPs"), such as Spotify, YouTube, and others, and (2) provides to Audible Magic for inclusion in its content recognition database. I further understand from my colleague Tegan Kossowicz that the recordings UMG commercializes via ASPEN are (3) the same recordings that UMG deposited with the United States Copyright Office for registration purposes.[1]

6. As a general matter, when a UMG record label releases a new sound recording, the label provides a digital copy of the recording to UMG, and UMG stores that copy of the sound recording in ASPEN. If the sound recording is released in physical form, UMG's standard practice is to deliver the digitized version that is stored in ASPEN to the manufacturing facility, which uses that digital copy to make the physical product.

7. For digital releases that UMG makes commercially available on DSPs, UMG provides the DSPs with digital recordings that are sourced originally from ASPEN, with metadata from UMG's internal label copy system ("R2").

---

[1] *See* Dkt. 70-9, Mar. 11, 2025 T. Kossowicz Decl. ¶ 3 ("The sound recordings that UMG deposits with the Copyright Office for registration purposes, whether in physical (such as CD or vinyl record) or digital form, are the same sound recordings that UMG releases to the market for public consumption. In other words, the sound recordings that UMG makes commercially available (for instance, on streaming services such as Spotify and elsewhere) are identical to or contain the same actual fixation of sounds as the sound recordings that UMG submits for registration with the Copyright Office.").

- 3 -

8. Similarly, when UMG sends audio files and associated metadata to Audible Magic for inclusion in its content recognition reference database, UMG transmits to Audible Magic the files that are sourced originally from ASPEN, with metadata from R2. Accordingly, the digital recordings that UMG commercializes through DSPs and sends to Audible Magic are the same.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of April, 2025, at Los Angeles, California.



Kim Beauchamp