# EXHIBIT F

```
Type of Work:        Sound Recording

Registration Number / Date:
                     SR0000866566 / 2020-02-03

Application Title: KIRK, Artist: DaBaby, 00602508323744 (eRelease)

Title:               KIRK.

Description:         Electronic file (eService)

Copyright Claimant:
                     Interscope Records, A Div. of UMG Recordings, Inc.

Date of Creation:    2019

Date of Publication:
                     2019-09-27

Nation of First Publication:
                     United States

Authorship on Application:
                     Interscope Records, A Div. of UMG Recordings, Inc.,
                        employer for hire; Domicile: United States. Authorship:
                        Most Sound Recordings.

Pre-existing Material:
                     One Sound Recording: ?INTRO? (SR 862-500)

Basis of Claim:      All Other Sound Recordings.

Rights and Permissions:
                     Universal Music Group

Copyright Note:      Basis for Registration: collective work.

Names:               Interscope Records
                     UMG Recordings, Inc.

================================================================================
```

UMG_SUNO_00000042