UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>        Defendant. | Case No. 1:24-cv-11611-FDS |

**JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DEPOSIT COPIES**

Upon the stipulation of the Parties:

1. Suno agrees to treat its motion to compel Plaintiffs' production of all deposit copies (Dkt. No. 70) as moot conditional upon the following:

(a) Consistent with their proposal, Plaintiffs shall "produce digital versions of all the asserted works listed in Exhibit A of the Complaint," which Plaintiffs aver "are the same recordings that each Plaintiff distributed commercially, submitted to Audible Magic, and, critically, deposited with the Copyright Office for registration" and which Plaintiffs claim they can identify "by matching identifying information from the copyright registrations—such as artist name, title, year of release, UPC, and/or catalog number—with corresponding metadata in their centralized repositories."

1

Dkt. No. 90. Suno reserves all right to challenge Plaintiffs' factual averments, including through discovery.

(b) To the extent that Suno requires any additional information related to the copyright registration numbers associated with the asserted works listed in Exhibit A of the Complaint that is not identifiable from Plaintiffs' produced copyright registrations in order to access deposit copies of those works, Plaintiffs agree to reasonably cooperate with Suno to provide such information.

2. Suno reserves all rights with respect to the factual and legal sufficiency of Plaintiffs' evidentiary proffer as it relates to Plaintiffs' prima facie obligations.

SO STIPULATED AND AGREED.

Dated: April 25, 2025

| | |
|---|---|
| s/ Moez M. Kaba | s/ Brittany N. Lovejoy |
| Moez M. Kaba (*pro hac vice*) | Andrew M. Gass (*pro hac vice*) |
| Mariah N. Rivera (*pro hac vice*) | Brittany N. Lovejoy (*pro hac vice*) |
| Alexander R. Perry (*pro hac vice*) | **LATHAM & WATKINS LLP** |
| **HUESTON HENNIGAN LLP** | 505 Montgomery Street |
| 1 Little West 12th Street | Suite 2000 |
| New York, New York 10014 | San Francisco, CA 94111-6538 |
| Telephone: (646) 930-4046 | Telephone: (415) 391-0600 |
| Facsimile: (888) 775-0898 | Facsimile: (415) 395-8095 |
| mkaba@hueston.com | andrew.gass@lw.com |
| mrivera@hueston.com | brittany.lovejoy@lw.com |
| aperry@hueston.com | |
| | Steven N. Feldman |
| Robert N. Klieger (*pro hac vice*) | **LATHAM & WATKINS LLP** |
| Rajan S. Trehan (*pro hac vice*) | 1271 Avenue of the Americas |
| **HUESTON HENNIGAN LLP** | New York, NY 10020 |
| 523 West 6th Street, Suite 400 | Telephone: (212) 906-1200 |
| Los Angeles, California 90014 | Facsimile: (212) 751-4864 |
| Telephone: (213) 788-4340 | steve.feldman@lw.com |
| Facsimile: (888) 775-0898 | |
| rklieger@hueston.com | Sarang V. Damle |
| rtrehan@hueston.com | **LATHAM & WATKINS LLP** |

Daniel J. Cloherty
Alexandra Arnold
**CLOHERTY & STEINBERG LLP**
One Financial Center, Suite 1120
Boston, Massachusetts 02110
Telephone: (617) 481-0160
Facsimile: (617) 848-0830
dcloherty@clohertysteinberg.com
aarnold@clohertysteinberg.com

*Counsel for Plaintiffs*

555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

*Counsel for Defendant Suno, Inc.*

SO ORDERED this __ day of April, 2025

_____
The HONORABLE PAUL G. LEVENSON
United States Magistrate Judge

3