UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC., and JOHN DOES 1-10, <br><br> Defendant. | Case No. 1:24-cv-11611-FDS <br><br> **[PROPOSED] ORDER REQUESTING CERTIFIED DEPOSIT COPIES FROM UNITED STATES COPYRIGHT OFFICE** |

PAUL G. LEVENSON, United States Magistrate Judge:

It is hereby ORDERED that, in connection with this action, the United States Copyright Office is respectfully requested to provide certified deposit copies of any of the works listed in Exhibit A to Plaintiffs' Complaint (Dkt. No. 1-2) upon the written request of counsel for any party in the above-captioned action, and at such counsel's or its client's expense. Counsel for the parties are listed below:

| | |
|---|---|
| Counsel for Plaintiffs: <br> Rajan S. Trehan <br> **HUESTON HENNIGAN LLP** <br> 523 West 6th Street, Suite 400 <br> Los Angeles, California 90014 <br> rtrehan@hueston.com | Counsel for Defendant Suno, Inc.: <br> Brittany N. Lovejoy <br> **LATHAM & WATKINS LLP** <br> 505 Montgomery Street <br> Suite 2000 <br> San Francisco, CA 94111-6538 <br> brittany.lovejoy@lw.com |

SO ORDERED this ___ day of April, 2025

_____
The HONORABLE F. PAUL G. LEVENSON
United States Magistrate Judge