UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC., and JOHN DOES 1-10, <br><br> Defendant. | Case No. 1:24-cv-11611-FDS |

**JOINT MOTION FOR EXTENSION OF TIME TO SERVE WRITTEN DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Sony Music Entertainment, Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc. ("Plaintiffs") and Defendant Suno, Inc. ("Suno") (together, the "Parties"), respectfully request that the Court extend the time in which the Parties may serve written discovery.

In support of this motion, the Parties state as follows:

1. Plaintiffs filed their complaint in this court on June 24, 2024.

2. Suno answered the complaint on August 1, 2024.

3. The Court entered a Scheduling Order on October 28, 2024 (Dkt. 42). The Scheduling Order set the Parties' deadline for serving written discovery as March 19, 2025.

1

4. The Court entered an Amended Scheduling Order on January 30, 2025 (Dkt. 57). Pursuant to the Amended Scheduling Order, the Parties' deadline for serving written discovery is April 30, 2025.

5. Plaintiffs served their First Set of Requests for Production on August 19, 2024. Suno made its first production of documents on April 25, 2025.

6. Suno served its First Set of Requests for Production on September 13, 2024. Plaintiffs made their first production of documents on April 7, 2025.

7. Given the fact that the Parties are continuing to make productions on a rolling basis, both Parties require additional time to review documents and, if necessary, serve additional written discovery requests.

8. The Parties respectfully request the Court extend the deadline for serving written discovery to May 30, 2025.

9. This stipulation does not otherwise affect or amend any other case deadlines.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and amend the deadline for serving written discovery.

Dated: April 29, 2025

| | |
|---|---|
| s/ *Moez M. Kaba*<br>Moez M. Kaba (*pro hac vice)*<br>Mariah N. Rivera (*pro hac vice*)<br>Alexander R. Perry (*pro hac vice*)<br>Samuel Givertz (*pro hac vice*)<br>**HUESTON HENNIGAN LLP**<br>1 Little West 12th Street<br>New York, New York 10014<br>Telephone: (646) 930-4046<br>Facsimile: (888) 775-0898<br>mkaba@hueston.com<br>mrivera@hueston.com<br>aperry@hueston.com | s/ *Brittany N. Lovejoy*<br>Andrew M. Gass (*pro hac vice*)<br>Brittany N. Lovejoy (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>andrew.gass@lw.com<br>brittany.lovejoy@lw.com<br><br>Steven N. Feldman |

sgivertz@hueston.com

Robert N. Klieger (*pro hac vice*)
Rajan S. Trehan (*pro hac vice*)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

Daniel J. Cloherty
Alexandra Arnold
**CLOHERTY & STEINBERG LLP**
One Financial Center, Suite 1120
Boston, Massachusetts 02110
Telephone: (617) 481-0160
Facsimile: (617) 848-0830
dcloherty@clohertysteinberg.com
aarnold@clohertysteinberg.com

*Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
steve.feldman@lw.com

Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

*Counsel for Defendant Suno, Inc.*