UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611-FDS |

## UNOPPOSED MOTION FOR LYDIA FRANZEK TO APPEAR *PRO HAC VICE*

The undersigned, counsel for Defendant Suno, Inc. ("Suno") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Lydia Franzek of Latham & Watkins LLP be permitted to appear as counsel for Suno and practice in this Court *pro hac vice*. The certification of Atty. Franzek is filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: June 4, 2025

Respectfully submitted,

/s/ Shlomo Fellig
Shlomo Fellig (BBO# 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.fellig@lw.com

*Counsel for Defendant Suno, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred regarding the relief requested in this motion, and this motion is unopposed.

*/s/ Shlomo Fellig*
Shlomo Fellig

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent June 4, 2025 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig