## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>                  Defendant. | Civil Action No. 1:24-cv-11611-FDS |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF LYDIA FRANZEK

Please be advised that Lydia Franzek hereby withdraws as counsel for Defendant Suno, Inc. ("Suno") in the above-captioned matter. Steven N. Feldman, Andrew M. Gass, Sarang V. Damle, Brittany N. Lovejoy, Nathan Taylor, and Shlomo Fellig – all of Latham & Watkins LLP, have entered appearances and will continue to represent Suno going forward.

Dated: July 3, 2025

                                                    Respectfully submitted,

                                                    */s/ Lydia Franzek*
                                                    Lydia Franzek (*pro hac vice*)
                                                    LATHAM & WATKINS LLP
                                                    1271 Avenue of the Americas
                                                    New York, NY 10020
                                                    Telephone: (212) 906-1200
                                                    Facsimile: (212) 751-4864
                                                    lydia.franzek@lw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent July 3, 2025 to those identified as non-registered participants.

                                                */s/ Lydia Franzek*
                                                Lydia Franzek