UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Blake R. Davis of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538 as an attorney representing Defendant Suno, Inc. in the above-captioned action.

Dated: August 4, 2025

Respectfully submitted,

*/s/ Blake R. Davis*
Blake R. Davis (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
blake.davis@lw.com

*Counsel for Defendant Suno, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent August 4, 2025 to those identified as non-registered participants.

                                                */s/ Blake R. Davis*
                                                Blake R. Davis