UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICVES LIMITED, and WARNER RECOREDS INC.,<br><br>Plaintiffs,<br>vs.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-11611-FDS |

## PLAINTIFFS' UNOPPOSED MOTION FOR IMPOUNDMENT

Pursuant to Local Rules 7.1 and 7.2, Plaintiffs hereby move to impound unredacted versions of the supporting papers for Plaintiffs' Motion for Leave to Amend Complaint. Plaintiffs' supporting papers identified below consist of or contain information obtained from Defendant Suno Inc.'s ("Suno") discovery responses that have been designated as "Highly Confidential – Attorneys' Eyes Only" by Suno under the operative Protective Order. *See* Dkt. 54.

- Plaintiffs' Memorandum of Law in Support of Amended Complaint;
- Exhibits A, B, E, F and H of the Declaration of Rajan S. Trehan.

Plaintiffs seek to impound such material to provide Suno an opportunity to file with the Court a statement supported by good cause that the material should be impounded. *See id.* ¶ 20 ("Within five business days of the filing of the motion to seal, the Designating Party will file with

- 2 -

the Court a statement of reasons that the confidential material should be sealed that complies with Local Rule 7.2.").

Unredacted copies of Plaintiffs' papers will be sent to the Court via email.

Plaintiffs expressly reserve the right to object to Suno's sealing some or all of the designated material.

Dated: September 19, 2025                    Respectfully submitted,


By:  /s/ Rajan S. Trehan
     Moez M. Kaba (*pro hac vice)*
     Mariah N. Rivera  (*pro hac vice*)
     Alexander R. Perry (*pro hac vice*)
     **HUESTON HENNIGAN LLP**
     1 Little West 12th Street
     New York, New York 10014
     Telephone: (646) 930-4046
     Facsimile: (888) 775-0898
     mkaba@hueston.com
     mrivera@hueston.com
     aperry@hueston.com

     Robert N. Klieger (*pro hac vice*)
     Rajan S. Trehan (*pro hac vice*)
     **HUESTON HENNIGAN LLP**
     523 West 6th Street, Suite 400
     Los Angeles, California 90014
     Telephone: (213) 788-4340
     Facsimile: (888) 775-0898
     rklieger@hueston.com
     rtrehan@hueston.com

     Daniel J. Cloherty
     Alexandra Arnold
     **CLOHERTY & STEINBERG LLP**
     One Financial Center, Suite 1120
     Boston, Massachusetts 02110
     Telephone: (617) 481-0160
     Facsimile: (617) 848-0830
     dcloherty@clohertysteinberg.com
     aarnold@clohertysteinberg.com

     *Counsel for Plaintiffs*

- 4 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on September 19, 2025.

                                                                                           /s/ Rajan S. Trehan
                                                                                           Rajan S. Trehan
                                                                                           *Counsel for Plaintiffs*