UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, AND WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611-FDS |

**DECLARATION OF BRITTANY N. LOVEJOY RELATED TO
SUNO'S STATEMENT IN SUPPORT OF UNOPPOSED MOTION FOR
IMPOUNDMENT**

I, Brittany N. Lovejoy, respectfully declare as follows:

1. I am a partner at Latham & Watkins LLP and counsel of record for Suno, Inc. ("Suno") in this case. I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would competently testify to them.

2. I submit this declaration in accordance with Local Rule 7.2, Paragraphs 20 and 21 of the Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 54 ("Protective Order"), and the Court's Standing Order Regarding Motions for Leave to File Under Seal and Stipulated Protective Orders.

3.  On September 19, 2025, Plaintiffs filed a Motion for Leave to Amend their Complaint ("MLA") to add a claim under the Digital Millennium Copyright Act, 17 U.S.C. § 1201. Dkt. No. 126. Along with the MLA, Plaintiffs filed their proposed first amended complaint ("Proposed FAC"), along with an attorney declaration attaching certain sealed exhibits.

4.  On October 2, 2025, in order to minimize sealing disputes, the parties agreed, subject to Plaintiffs' reservation to contest the propriety of sealing the material at a later date (and to contest any future sealing requests), to impound only the following portions of the previously sealed exhibits: (i) Exhibit E to the Trehan Declaration, pp. 11-15 as designated in Attachment 1 to this motion; (ii) Exhibit F to the Trehan Declaration, pp. 10-15, 17, 19-26 as designated in Attachment 2 to this motion; and (iii) Exhibit H to the Trehan Declaration, pp. 10, 12-14 as designated in Attachment 3 to this motion.

5.  Suno does not seek to impound any other material preliminarily sealed or redacted in connection with Plaintiffs' September 19, 2025 filing. The parties agree that that material may become unsealed. To effectuate their agreement, subject to the Court's forthcoming order, the parties further agreed to file revised, operative sealed versions of the all identified documents and lesser-redacted public versions of the same within 5 days of the Court's order on this motion.

6.  The portions of Exhibits E, F, and H to the Trehan Declaration that Suno seeks to impound include Suno's responses and objections to several of Plaintiffs' interrogatories. Suno designated its responses Highly Confidential - Attorneys' Eyes Only pursuant to the Protective Order because they provide details about Suno's model training process and information Suno used (or did not use) in connection with building its training dataset, which is comprised of audio recordings and metadata. I understand that Suno treats its training process, and the composition of its training data, as closely-guarded trade secrets. This is because generative AI is a booming

2

field.  A competitor armed with details of Suno's model development process could gain an unfair advantage in training a similar model, perhaps more quickly, cheaply, or easily.

7. Suno therefore seeks to impound certain material included in these interrogatory responses, as identified in paragraph 4 above, which are unrelated to Plaintiffs' MLA and Proposed FAC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025 at Lafayette, California.

By: /s/ *Brittany N. Lovejoy*
Brittany N. Lovejoy
LATHAM & WATKINS, LLP
*Attorneys for Defendant Suno, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 2, 2025 to those identified as non-registered participants.

*/s/ Brittany N. Lovejoy*
Brittany N. Lovejoy