UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL-BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>    Plaintiffs,<br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>    Defendant. | Civil Action No. 1:24-cv-11611 (FDS) |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs hereby move for leave to amend their Complaint pursuant to Rule 15(a)(2) and Rule 16(b)(4) of the Federal Rules for Civil Procedure (the "Motion").

Plaintiffs' Proposed Amended Complaint is attached as **Exhibit A** to the Declaration of Rajan S. Trehan. A blackline comparison between Plaintiffs' Proposed Amended Complaint and their original Complaint is attached as **Exhibit B** to the Declaration of Rajan S. Trehan. Plaintiffs' Proposed Amended Complaint alleges a violation of 17 U.S.C. § 1201(a), enacted as part of the Digital Millenium Copyright Act, which provides that "[n]o person shall circumvent a technological measure that effectively controls access to a work protected under this title." 17 U.S.C. § 1201(a)(1)(A). Specifically, the Proposed Amended Complaint alleges that Suno violated the anti-circumvention provision of the Copyright Act by "stream ripping."

Good cause exists to grant leave to amend in light of Plaintiffs' diligence in uncovering and investigating Suno's circumvention, and judicial economy and efficiency support Plaintiffs' request to add the new claim, which is based on the same underlying facts already alleged in the Complaint. Moreover, there is no risk of prejudice given that the parties have reached agreement on a revised discovery schedule to accommodate the amendment, which is set forth in the parties Joint Motion to Amend the Amended Scheduling Order. Dkt. No. 124.

Pursuant to Local Rule 7.1(a)(2), Plaintiffs hereby certify to the Court that counsel for Plaintiffs made a good faith effort to meet and confer with Suno's counsel and obtain Suno's position in advance of filing this motion. As discussed in the Joint Motion, Suno will not oppose Plaintiffs' Motion on the basis of undue delay or impact to the case schedule. *See id*. ¶ 16.

For the reasons further explained in their contemporaneously filed Memorandum of Law in Support of Motion for Leave to Amend Complaint, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file their Proposed Amended Complaint.

Dated: October 8, 2025
New York, New York

By: _____

Moez M. Kaba (*pro hac vice)*
Mariah N. Rivera (*pro hac vice*)
Alexander R. Perry (*pro hac vice*)
Samuel Givertz (*pro hac vice*)
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

Robert N. Klieger (*pro hac vice*)
Rajan S. Trehan (*pro hac vice*)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

Daniel J. Cloherty
Alexandra Arnold
**CLOHERTY & STEINBERG LLP**
One Financial Center, Suite 1120
Boston, Massachusetts 02110
Telephone: (617) 481-0160
Facsimile: (617) 848-0830
dcloherty@clohertysteinberg.com
aarnold@clohertysteinberg.com

*Counsel for Plaintiffs*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

    I, Rajan S. Trehan, hereby certify that, between August 27, 2025 and September 12, 2025, I conferred with counsel for the defendant several times regarding this Motion. The parties were able to narrow the dispute, as the defendant confirmed that it would not oppose Plaintiffs' Motion on the basis of undue delay or impact to the case schedule.

                                                                                      _____
                                                                                       Rajan S. Trehan
                                                                                       *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on October 8, 2025.

                                                                                      _____
                                                                                      Rajan S. Trehan
                                                                                     *Counsel for Plaintiffs*