# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL-BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611 (FDS) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Having considered the papers filed in support of Plaintiffs' Motion for Leave to Amend Complaint, and all arguments in opposition and further support thereto, for good cause shown the Court hereby enters the following order:

1. Plaintiffs' Motion for Leave to Amend is hereby GRANTED;

2. Plaintiffs shall file an amended complaint in substantially similar form to the one submitted with the Motion within seven (7) calendar days of this Order; and

3. Plaintiffs' amended complaint shall be deemed filed for all purposes as of the date Plaintiffs filed the Motion, September 19, 2025.

IT IS SO ORDERED:

DATED:_____  _____
THE HONORABLE F. DENNIS SAYLOR IV
UNITED STATES DISTRICT JUDGE