# EXHIBIT I

| | |
|---|---|
| **From:** | Britt.Lovejoy@lw.com |
| **To:** | Mariah Rivera; Jessie.Cammack@lw.com; Andrew.Gass@lw.com; suno.lwteam@lw.com |
| **Cc:** | Moez M. Kaba; Rajan Trehan; Alexander Perry; Robert N. Klieger; Samuel Givertz; jtracer@riaa.com; kdoroshow@riaa.com; jzk@cll.com |
| **Subject:** | UMG Recordings, Inc. v. Suno, Inc., No. 24-cv-11611 (FDS) - Amended Complaint |
| **Date:** | Monday, September 15, 2025 11:29:18 AM |
| **Attachments:** | 2025-09-12 Suno DRAFT Joint Motion for Amending Scheduling Order(7139942.3).docx |

[updated thread name and removing Quinn]. Thanks, Mariah, we're signed off on the attached on behalf of Suno.

Britt

**Britt Lovejoy**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.8329 | M: +1.510.366.1829

**From:** Mariah Rivera <mrivera@hueston.com>
**Sent:** Friday, September 12, 2025 9:24 PM
**To:** Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Cammack, Jessie (NY) <Jessie.Cammack@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Feldman, Steve (NY-LA) <Steve.Feldman@lw.com>; andrewschapiro@quinnemanuel.com; jessicarose@quinnemanuel.com; #C-M UDIO - LW TEAM <udio.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Alexander Perry <aperry@hueston.com>; Robert N. Klieger <rklieger@hueston.com>; Samuel Givertz <sgivertz@hueston.com>; jtracer@riaa.com; kdoroshow@riaa.com; jzk@cll.com
**Subject:** RE: UMG Recordings, Inc., et al. v. Uncharted Labs, Inc., d/b/a Udio.com et al., No. 1:24-cv-04777 (AKH) - Amended Complaint

Britt,

Thank you, please see attached. We accepted your edits and just made a few changes in track.

Plaintiffs reserve all rights.

Best,
Mariah

**Mariah Rivera**

**HUESTON HENNIGAN LLP**

D: 646.891.5049
mrivera@hueston.com
Biography

**From:** Britt.Lovejoy@lw.com <Britt.Lovejoy@lw.com>
**Sent:** Friday, September 12, 2025 1:41 PM
**To:** Mariah Rivera <mrivera@hueston.com>; Jessie.Cammack@lw.com; Andrew.Gass@lw.com; Steve.Feldman@lw.com; andrewschapiro@quinnemanuel.com; jessicarose@quinnemanuel.com; udio.lwteam@lw.com
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Alexander Perry <aperry@hueston.com>; Robert N. Klieger <rklieger@hueston.com>; Samuel Givertz <sgivertz@hueston.com>; jtracer@riaa.com; kdoroshow@riaa.com; jzk@cll.com
**Subject:** RE: UMG Recordings, Inc., et al. v. Uncharted Labs, Inc., d/b/a Udio.com et al., No. 1:24-cv-04777 (AKH) - Amended Complaint

Mariah:

Thank you for sharing these drafts. Suno must reserve rights to oppose Plaintiffs' motion to amend to amend the complaint to add the Section 1201 claim reflected in the current draft on futility grounds. However, as reflected in the attached edits to the motion to amend the case schedule—assuming a negotiated extension of the sort contemplated therein—Suno will not oppose Plaintiffs' motion to amend to add a Section 1201 claim on the basis of undue delay or impact to the case schedule. Happy to discuss our edits today or Monday if you like.

We will respond separately next week regarding Plaintiffs' proposed sealing designations, which we are still evaluating.

All rights reserved, including relating to any material changes Plaintiffs may make to their proposed amended complaint.

Regards,

Britt

**Britt Lovejoy**

**LATHAM & WATKINS** LLP
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.646.8329 | M: +1.510.366.1829

**From:** Mariah Rivera <mrivera@hueston.com>
**Sent:** Thursday, September 11, 2025 12:39 AM
**To:** Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Cammack, Jessie (NY) <Jessie.Cammack@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Feldman, Steve (NY-LA) <Steve.Feldman@lw.com>; andrewschapiro@quinnemanuel.com; jessicarose@quinnemanuel.com; #C-M UDIO - LW TEAM <udio.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Alexander Perry <aperry@hueston.com>; Robert N. Klieger <rklieger@hueston.com>; Samuel Givertz <sgivertz@hueston.com>; jtracer@riaa.com; kdoroshow@riaa.com; jzk@cll.com