# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL-BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611 (FDS) <br><br> **PLAINTIFFS' MOTION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO AMEND THE COMPLAINT** |

7164249

Plaintiffs hereby move for a modest extension of time to file their Reply Brief in Support of Plaintiffs' Motion to Amend the Complaint from October 15, 2025, to October 20, 2025. This request is supported by good cause and will facilitate the full and fair exposition of the issues presented on this motion.

On September 19, 2025, Plaintiffs filed their Motion to Amend the Complaint, seeking to add an additional claim against Defendant Suno, Inc. ("Suno") for violation of 17 U.S.C. § 1201(a)(1)(A). Dkt. No. 126-127. Thereafter, on October 3, 2025, Suno filed its Opposition to Plaintiffs' Motion to Amend the Complaint, contending that Plaintiffs' motion should be denied because their proposed amendment is futile. Dkt. No. 131.

The operative Scheduling Order provides that "Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum." Dkt. 42. Pursuant to the Scheduling Order, Plaintiffs' reply memorandum is presently due on Wednesday, October 15, 2025.

Good cause exists for this request. Suno mounts several arguments, including arguments premised on the statutory structure and legislative history of the Digital Millennium Copyright Act, which were not addressed in Plaintiffs' Opening Brief. Plaintiffs' request for a modest extension of time will facilitate the full and fair exposition of the issues presently before the Court. Furthermore, Plaintiffs' request for additional time is commensurate with the amount of time Suno has been aware of Plaintiffs' contemplated amendment, as Plaintiffs first informed Suno of their intent to add a circumvention claim on August 27, 2025, and shared a draft of the proposed amended complaint on September 11, 2025

For the foregoing reasons, Plaintiffs respectfully request the Court's leave to file their Reply Brief by October 20, 2025.

- 3 -

Pursuant to Local Rule 7.1(a)(2), Plaintiffs hereby certify to the Court that counsel for Plaintiffs made a good faith effort to meet and confer with Suno's counsel and obtain Suno's position in advance of filing this motion. Suno has indicated to Plaintiffs that it objects to Plaintiffs' request for additional time, though it does not object to Plaintiffs' filing a reply brief consistent with the scheduling order.

Dated: October 8, 2025
New York, New York

By: /s/ Rajan Trehan

Moez M. Kaba (*pro hac vice*)
Mariah N. Rivera (*pro hac vice*)
Alexander R. Perry (*pro hac vice*)
Samuel Givertz (*pro hac vice*)
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

Robert N. Klieger (*pro hac vice*)
Rajan S. Trehan (*pro hac vice*)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

Daniel J. Cloherty
Alexandra Arnold
**CLOHERTY & STEINBERG LLP**
One Financial Center, Suite 1120
Boston, Massachusetts 02110
Telephone: (617) 481-0160
Facsimile: (617) 848-0830
dcloherty@clohertysteinberg.com
aarnold@clohertysteinberg.com

*Counsel for Plaintiffs*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Rajan S. Trehan, hereby certify that, on October 6 and 7, 2025, Plaintiffs' counsel conferred with counsel for Suno regarding this Motion. Suno confirmed that it does not oppose Plaintiffs' filing a Reply Brief consistent with the scheduling order in this case, but it does object to Plaintiffs' request for additional time.

*/s Rajan S. Trehan*
Rajan S. Trehan
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on October 8, 2025.

*/s Rajan S. Trehan*
Rajan S. Trehan
*Counsel for Plaintiffs*
