# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Grace McLaughlin, of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 as an attorney representing Defendant Suno, Inc. in the above-captioned action.

Dated: October 10, 2025

Respectfully submitted,

/s/ Grace McLaughlin
Grace McLaughlin (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-2967
Facsimile: (212) 751-4864
grace.mclaughlin@lw.com

*Counsel for Defendant Suno, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 10, 2025 to those identified as non-registered participants.

                                            */s/ Grace McLaughlin*
                                            Grace McLaughlin