UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, AND WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611-FDS |

**DECLARATION OF BRITTANY N. LOVEJOY RELATED TO
SUNO, INC.'S UNOPPOSED MOTION FOR IMPOUNDMENT**

I, Brittany N. Lovejoy, respectfully declare as follows:

1. I am a partner at Latham & Watkins LLP and counsel of record for Suno, Inc. ("Suno") in this case. I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would competently testify to them.

2. I submit this declaration in accordance with Local Rule 7.2, Paragraphs 20 and 21 of the Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 54 ("Protective Order"), and the Court's Standing Order Regarding Motions for Leave to File Under Seal and Stipulated Protective Orders.

3. On October 3, 2025, Suno, following the Court's procedures for resolving discovery disputes, submitted a joint position statement to the Court via email, reflecting the arguments of Suno and of Plaintiffs, concerning a discovery issue raised by Suno.

4. That joint position statement contains references to material produced in this litigation and designated by either party either Confidential of Highly Confidential – Attorney's Eyes Only under the Protective Order.

5. On October 10, 2025, the Court held a hearing concerning the joint position statement and issued its rulings on the parties' disputes.

6. During the hearing, the Court requested that the parties file the statement on the docket. The Court further directed the parties to review the statement and move to redact any portions that should not be filed publicly. *See* Oct. 10, 2025, Hrg. Tr. 3:19–4:4; *see also* Dkt. 143.

7. Following the hearing, and in order to minimize any sealing disputes, the parties conferred via email regarding appropriate redactions to the position statement.

8. The parties have agreed to impound certain portions of the joint position statement, which are redacted from the public filing.

9. Suno seeks to impound the references to documents produced by Suno in discovery and designated Confidential or Highly Confidential – Attorneys' Eyes Only, which appear on pages 2, 9–10, 11, 12, 13–14, 15, and 16–17. Plaintiffs do not oppose this request.

10. Suno does not seek to impound any other material preliminarily sealed or redacted in connection with this filing. Suno understands that Plaintiffs seek to impound additional material in the position statement. Suno takes no position on any additional material Plaintiffs seek to impound.

11.     The portions of the position statement that Suno seeks to impound reveal information about Suno's business strategy and negotiations.  I understand that the market for generative AI tools like Suno's is highly competitive and that currently undisclosed information about Suno's business strategy and negotiations with other entities could provide competitors with an unearned and unfair advantage.

12.     Suno therefore seeks to impound the portions of the position statement referred to in paragraph 9 above.  The Court had full access to these portions of the statement and considered them in deciding Suno's motion, which is no longer pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2025, at Lafayette, California.

By:     /s/ Brittany N. Lovejoy
        Brittany N. Lovejoy
        LATHAM & WATKINS, LLP
        *Attorneys for Defendant Suno, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 21, 2025 to those identified as non-registered participants.

                                                        */s/* Brittany N. Lovejoy
                                                        Brittany N. Lovejoy