# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br> vs. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611 (FDS) |

## DECLARATION OF MARIAH RIVERA IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SEAL

I, Mariah Rivera, declare as follows:

1.  I am counsel at the law firm of Hueston Hennigan LLP, counsel of record for Plaintiffs in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  I submit this declaration in accordance with Local Rule 7.2, Paragraphs 20 and 21 of the Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 54 ("Protective Order"), and Magistrate Judge Levenson's Standing Order Regarding Motions for Leave to File Under Seal and Stipulated Protective Orders.

3. On October 3, 2025, the parties submitted a joint position statement to the Court via email, reflecting the arguments of Defendant Suno, Inc. ("Suno") and Plaintiffs concerning a discovery dispute which Suno raised.

4. The joint position statement contains references, including quotes, characterizations, and citations, to material produced in this litigation as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the Protective Order.

5. On October 10, 2025, the Court held a hearing to discuss the issues raised in the joint position statement and issued certain rulings.

6. At the hearing, the Court requested that the parties file the position statement on the public docket. The Court further directed the parties to review the statement and move to redact any portions that should not be filed publicly. *See* Oct. 10, 2025, Hrg. Tr. 3:19–4:4; *see also* Dkt. 143.

7. Following the hearing, and in order to minimize any sealing disputes, the parties conferred via email regarding redactions to the public position statement.

8. The parties have agreed to seek to seal certain portions of the joint position statement, which are redacted from the public filing.

9. Plaintiffs seek to seal references to Plaintiffs' confidential business information on pages 2-4, 9-17, and 19-22 of the position statement (collectively, the "Confidential Information"). Suno does not oppose this request.

10. The Confidential Information reveals Plaintiffs' sensitive business information, including details regarding confidential licensing agreements between Plaintiffs and third parties, and negotiations thereof. Public dissemination of the Confidential Information would arm competitors, potential licensors, and counterparties with significant insight into Plaintiffs' business

- 3 -

priorities, strategic decision making, and terms of confidential agreements and negotiations. I understand that the negotiation of potential licensing agreements were undertaken confidentially between Plaintiffs and third parties, and licensing agreements that came to fruition contain confidentiality provisions. Plaintiffs therefore seek to seal the portions of the October 3, 2025 position statement references in paragraph 9 above.

11. Plaintiffs are aware that Suno has separately moved to impound additional material in the position statement. *See* Dkt. No. 150. Plaintiffs take no position on whether it is appropriate to impound any additional material Suno seeks to impound.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025 at New York, New York.

By: _____
Mariah Rivera
HUESTON HENNIGAN LLP
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mrivera@hueston.com

*Attorney for Plaintiffs*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Mariah N. Rivera, hereby certify that counsel for Plaintiffs conferred with counsel for the defendant regarding appropriate redactions. Suno has indicated it does not oppose this motion.

*Mariah N. Rivera*
Mariah N. Rivera
*Counsel for Plaintiffs*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on October 28, 2025.

*Mariah N. Rivera*
Mariah N. Rivera
*Counsel for Plaintiffs*
