UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br>         Plaintiffs, <br>vs. <br><br>SUNO, INC. and JOHN DOES 1-10, <br><br>         Defendant. | Case No. 1:24-cv-11611 (FDS) |

### ASSENTED–TO MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH T. ARONSOHN

The undersigned counsel for Plaintiffs and a member of the bar of this Court hereby requests, pursuant to Local Rule 83.5.3, that Joseph T. Aronsohn, Hueston Hennigan LLP, be permitted to practice before this Court *pro hac vice* as counsel for Plaintiffs. The undersigned submits as follows:

1.      Mr. Aronsohn's business address is 523 West 6th Street, Ste. 400, Los Angeles, CA 90014, telephone number, (213) 788-4375; email, jaronsohn@hueston.com.

2.      As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Aronsohn is a member in good standing of the bar of the State of California and the State of New York, and there are no disciplinary proceedings pending against him.

      3.      Mr. Aronsohn is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

      4.      My appearance as counsel for Plaintiffs is on record.

      5.      Counsel for Defendant Suno, Inc. assents to this motion.

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Aronsohn to appear and practice before this Court *pro hac vice* on behalf of Plaintiffs in all proceedings in this action.

Dated:   October 30, 2025

Respectfully submitted,

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
Telephone: (617) 481-0160
dcloherty@clohertysteinberg.com

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that in accordance with Local Rule 7.1(a)(2), on October 29, 2025, Plaintiffs' counsel conferred with counsel for Defendant Suno, Inc., who assented to the relief requested herein.

Dated:   October 30, 2025

                                                          */s/ Daniel J. Cloherty*
                                                          Daniel J. Cloherty

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on October 30, 2025.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty
