UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendant. | Civil Action No. 1:24-cv-11611-FDS |

### DEFENDANT'S UNOPPOSED MOTION
### FOR REDACTION OF ELECTRONIC TRANSCRIPT

Pursuant to Local Rule 7.2, Paragraphs 20 and 21 of the Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 54 ("Protective Order"), and the Transcript Redaction Policy of this Court, Defendant Suno, Inc. ("Suno"), by and through its undersigned counsel, hereby respectfully moves for an order to redact limited portions of the transcript of the hearing held in the above-captioned matter on October 10, 2025, before the Honorable Paul G. Levenson and transcribed by Kristin M. Kelly ("the Transcript"). Notice of the filing of the Transcript was entered on the docket on October 15, 2025. *See* Dkt. No. 145.

Suno requests that the Court redact the following portions of the Transcript:

| Proposed Redactions (Page / Line) | Additional Detail |
|---|---|
| 6:3–9 | *From* "We're looking at a few months…" *to* "…letter from the |

| Proposed Redactions (Page / Line) | Additional Detail |
|---|---|
| | RIAA." |
| 6:17–18 | *From* "Suno's extrapolating…" *to* "…to deal and" |
| 8:4–9 | *From* "One, with respect to…" *to* "…within 2 weeks." |
| 14:6–9 | *From* "As your Honor stated…" *to* "…filing this lawsuit." |
| 16:7–8 | *From* "that the…" *to* "…with Suno" |

The above-referenced passages of the Transcript refer to portions of the joint position statement that the parties originally submitted to the Court via email and that Suno later filed on the docket. *See* Dkt. No. 150-1. On October 21, 2025, Suno moved to impound those same portions of the joint position statement, which refer to documents produced by Suno in discovery and designated either Confidential or Highly Confidential - Attorneys' Eyes Only under the Protective Order. *See* Dkt. No. 150. As Suno explained in that motion, good cause supports impounding references to those documents, as no right of public access attaches to them and they include highly sensitive business decisions and negotiations. *See id.* On October 22, 2025, the Court granted Suno's motion. *See* Dkt. No. 152. For the same reason that the Court granted Suno's motion to impound the joint position statement, good cause exists to redact those portions of the Transcript that refer to the impounded material. Suno has met and conferred with Plaintiffs, and Plaintiffs do not oppose this motion.

Accordingly, Suno respectfully requests that the Court order that the Transcript be redacted and sealed as stated herein.

Dated: November 4, 2025

Respectfully submitted,

*/s/ Brittany N. Lovejoy*
Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Shlomo Fellig (BBO# 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.fellig@lw.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Suno has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues raised in this motion. Plaintiffs have indicated they do not oppose this motion.

*/s/ Brittany N. Lovejoy*
Brittany N. Lovejoy

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent November 4, 2025, to those identified as non-registered participants.

*/s/ Brittany N. Lovejoy*
Brittany N. Lovejoy