# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, AND WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611-FDS |

## UNOPPOSED MOTION FOR CHRISTOPHER B. CAMPBELL TO APPEAR *PRO HAC VICE*

The undersigned counsel for Suno, Inc. and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Christopher B. Campbell of the Campbell Firm be permitted to appear as counsel for Suno, Inc. and practice in this Court *pro hac vice*. The certification of Atty. Campbell is filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: November 17, 2025                 Respectfully submitted,

                                         _/s/ Shlomo Fellig_
                                         Shlomo Fellig (BBO #699643)
                                         LATHAM & WATKINS LLP
                                         200 Clarendon Street
                                         Boston, MA 02116
                                         Telephone: (617) 948-6000
                                         Facsimile: (617) 948-6001
                                         shlomo.fellig@lw.com

                                         _Counsel for Defendant Suno, Inc._

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Suno Inc. has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues raised in this motion.  Plaintiffs have indicated they do not intend to oppose this motion.

*/s/ Shlomo Fellig*
Shlomo Fellig

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent November 17, 2025 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig