UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br> Plaintiffs, <br><br> v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br> Defendant. | Civil Action No. 1:24-cv-11611-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher B. Campbell of Campbell Firm, PC, 455 Market St. Ste. 1940, #809197, San Francisco, CA 94105 as an attorney representing Defendant Suno, Inc. in the above-captioned action.

Dated: November 20, 2025

Respectfully submitted,

*/s/ Christopher B. Campbell*
Christopher B. Campbell (*pro hac vice*)
CAMPBELL FIRM, PC
455 Market St. Ste. 1940 #809197
San Francisco, CA 94105
Telephone: (510) 588-2200
Facsimile: (510) 588-1285
chris@thecampbellfirm.com

*Counsel for Defendant Suno, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent November 20, 2025 to those identified as non-registered participants.

                                                                             */s/ Christopher B. Campbell*
                                                                             Christopher B. Campbell