MOEZ M. KABA

mkaba@hueston.com
D: 213 788 4543
T: 213 788 4340
F: 888 866 4825

523 West 6th Street
Suite 400
Los Angeles, CA 90014

# HUESTON HENNIGAN LLP

December 9, 2025

**VIA ECF**

Hon. F. Dennis Saylor IV
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   *UMG Recordings, Inc. et al. v. Suno, Inc. et al.*, No. 1:24-cv-11611 (FDS) (D. Mass)

Dear Judge Saylor:

I write on behalf of Plaintiffs Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc. (collectively, "Warner") to inform the Court that Warner and Defendant Suno, Inc. ("Suno") have stipulated to a voluntary dismissal of Warner's claims against Suno, which resolves only Warner's claims against Suno and does not affect any of the other Plaintiffs' claims in this case.

Attached hereto as Exhibit A is a stipulation of voluntary dismissal of Warner's claims signed on behalf of all parties for the Court to endorse.  We greatly appreciate your attention to this matter.

Sincerely,

*[signature]*

Moez M. Kaba

7229090