# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-11611-FDS<br><br>**STIPULATION OF DISMISSAL BY PLAINTIFFS ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC.** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and through their respective undersigned counsel, that:

1.      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted by Atlantic Recording Corporation, Atlantic Records Group LLC, Rhino Entertainment LLC, The All Blacks U.S.A., Inc., Warner Music International Services Limited, and Warner Records Inc. as against Defendant Suno, Inc. are hereby dismissed with prejudice.

2.      Claims asserted by all other Plaintiffs in this action shall not be affected by this Stipulation.

3.      This Stipulation may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

Dated: December 9, 2025                    HUESTON HENNIGAN LLP

By: _____

Moez M. Kaba
Mariah N. Rivera
Alexander R. Perry
Samuel Givertz
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

*Attorneys for Plaintiffs UMG Recordings,
Inc., Capitol Records, LLC, Sony Music
Entertainment, Atlantic Recording
Corporation, Atlantic Records Group
LLC, Rhino Entertainment LLC, The All
Blacks U.S.A., Inc., Warner Music
International Services Limited, and
Warner Records Inc.*

Dated: December 9, 2025                    LATHAM & WATKINS LLP

By: _____

Andrew M. Gass
Brittany N. Lovejoy
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

*Attorneys for Defendant
Suno, Inc.*

**SO ORDERED:**

Dated: 1-28-26

Hon. F. Dennis Saylor
United States District Judge