UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br>    Plaintiffs, <br><br>vs. <br><br>SUNO, INC. and JOHN DOES 1-10, <br><br>    Defendant. | Case No. 1:24-cv-11611 (FDS) |

### ASSENTED–TO MOTION FOR ADMISSION *PRO HAC VICE* OF LEE LINDERMAN

The undersigned counsel for Plaintiffs and a member of the bar of this Court hereby requests, pursuant to Local Rule 83.5.3, that Lee Linderman, Hueston Hennigan LLP, be permitted to practice before this Court *pro hac vice* as counsel for Plaintiffs. The undersigned submits as follows:

1.    Mr. Linderman's business address is 523 West 6th Street, Ste. 400, Los Angeles, CA 90014, telephone number, (213) 788-4340; email, llinderman@hueston.com.

2.    As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Linderman is a member in good standing of the bars of the State of California and the State of Minnesota, and there are no disciplinary proceedings pending against him.

3.	Mr. Linderman is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

4.	My appearance as counsel for Plaintiffs is on record.

5.	Counsel for Defendant Suno, Inc. assents to this motion.

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Linderman to appear and practice before this Court *pro hac vice* on behalf of Plaintiffs in all proceedings in this action.

Respectfully submitted,

*/s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
Telephone: (617) 481-0160
aarnold@clohertysteinberg.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that in accordance with Local Rule 7.1(a)(2), on March 10, 2026, Plaintiffs' counsel conferred with counsel for Defendant Suno, Inc., who assented to the relief requested herein.

                                                 */s/ Alexandra Arnold*
                                                 Alexandra Arnold

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on March 10, 2026.

                                                 */s/ Alexandra Arnold*
                                                 Alexandra Arnold