UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, RHINO ENTERTAINMENT LLC, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, and WARNER RECORDS INC., <br><br>    Plaintiffs, <br>vs. <br><br>SUNO, INC. and JOHN DOES 1-10, <br><br>    Defendant. | Case No. 1:24-cv-11611 (FDS) |

## **DECLARATION OF DEEKSHA KOHLI**

I, Deeksha Kohli, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1.   I am an attorney at the law firm of Hueston Hennigan LLP, 523 West 6th Street, Ste. 400, Los Angeles, CA 90014, my office number is (213) 788-4340, and my email is dkohli@hueston.com.

2.   I am admitted to practice law in the State of California.

3.   I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4.   I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 10, 2026

_____
Deeksha Kohli