UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT,<br><br>    Plaintiffs,<br>vs.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>    Respondents. | Case No. 1:24-cv-11611-FDS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment in the above-captioned action:

>Deeksha Kohli
>Hueston Hennigan LLP
>523 West 6th Street
>Suite 400
>Los Angeles, CA 90014
>Telephone: (213) 788-4281
>Email: dkohli@hueston.com

Dated: March 12, 2026                                         Respectfully submitted,

                                                              **HUESTON HENNIGAN LLP**

                                                              /s/ Deeksha Kohli
                                                              Deeksha Kohli