UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT,<br><br>        Plaintiffs,<br>vs.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>        Respondents. | Case No. 1:24-cv-11611-FDS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment in the above-captioned action:

> Lee Linderman
> Hueston Hennigan LLP
> 523 West 6th Street
> Suite 400
> Los Angeles, CA 90014
> Telephone: (213) 788-4053
> Email: llinderman@hueston.com

Dated: March 12, 2026                             Respectfully submitted,

                                    **HUESTON HENNIGAN LLP**

                                     /s/ Lee Linderman
                                    Lee Linderman