**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT, <br><br>       Plaintiffs, <br><br> vs. <br><br> SUNO, INC., and JOHN DOES 1-10, <br><br>       Defendant. | Case No. 1:24-cv-11611-FDS |

<u>**NOTICE OF WITHDRAWAL OF APPEARANCE OF KENNETH L. DOROSHOW**</u>

PLEASE TAKE NOTICE that Kenneth L. Doroshow hereby withdraws as counsel for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment in the above-captioned matter. Moez Kaba, Robert Klieger, Christina Von der Ahe Rayburn, Rajan Trehan, Mariah Rivera, Joseph Aronsohn, Deeksha Kohli, Alexander Perry, Samuel Givertz, and Lee Linderman of Hueston Hennigan LLP, Jacob Tracer of the Recording Industry Association of America, Jonathan King of Cowan, Liebowitz & Latman, PC, and Daniel Cloherty and Alexandra Arnold of Cloherty & Steinberg LLP, have entered appearances and will continue to represent Plaintiffs going forward.

Dated: March 17, 2026

                                    Respectfully submitted,

                                   /s/ *Kenneth L. Doroshow*
                                   Kenneth L. Doroshow (*pro hac vice*)
                                   Recording Industry Association
                                   of America
                                   1000 F Street, NW, Second Floor
                                   Washington, DC 20004

- 2 -

Telephone: (202) 857-9637
Email: kdoroshow@riaa.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on March 17, 2026 to those identified as non-registered participants.

*/s/ Kenneth L. Doroshow*
Kenneth L. Doroshow