## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT,

             Plaintiffs,

          v.

SUNO, INC. and JOHN DOES 1-10,

             Defendant.

Civil Action No. 1:24-cv-11611-FDS

### DECLARATION OF IVANA DUKANOVIC REGARDING SUNO, INC.'S UNOPPOSED MOTION FOR IMPOUNDMENT

I, Ivana Dukanovic, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am an associate at Latham & Watkins LLP and counsel of record for Suno, Inc. ("Suno") in this case. I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.     I submit this declaration in accordance with Local Rule 7.2, Paragraphs 22 and 23 of the Amended Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 180 ("Protective Order"), and the Court's Standing Order Regarding Motions for Leave to File Under Seal and Stipulated Protective Orders.

3.     On January 23, 2026, and March 6, 2026, Suno, following the Court's procedures for resolving discovery disputes, submitted joint position statements to the Court via email, reflecting the arguments of Suno and of Plaintiffs, concerning discovery issues raised by Suno.

4. These joint position statements contain references to material produced in this litigation and designated by either party either Confidential or Highly Confidential – Attorney's Eyes Only under the Protective Order.

5. On March 12, 2026, the Court held a hearing concerning the joint position statements.

6. During the hearing, the Court directed the parties to review the previously submitted statements and move to redact any portions that should not be filed publicly. *See* Mar. 12, 2026 Hr'g Tr. at 6:8-10.

7. Following the hearing, and in order to minimize any sealing disputes, the parties conferred via email regarding appropriate redactions to the joint position statements, as designated in Exhibits 1 and 2 to the motion which accompanies this declaration.

8. Suno seeks to impound the reference to a document produced by Suno in discovery and designated Confidential, which appears on page 7. Plaintiffs do not oppose this request.

9. Suno also moves to impound different portions of the January 23, 2026 and March 6, 2026 dispute statements, which refer to materials Plaintiffs have produced in discovery. Suno moves to impound these portions of these statements to provide Plaintiffs an opportunity to file a statement supported by good cause that the material should be impounded. The basis for sealing such material is the parties' mutual determination that privacy considerations justify filing the material under seal.

10. The portion of the January 23, 2026 position statement that Suno seeks to impound reveals information about Suno's business negotiations. I understand that the market for generative AI tools like Suno's is highly competitive and that public access to currently undisclosed information about Suno's business strategy and negotiations with other entities could

provide competitors with an unearned and unfair advantage or affect Suno's existing relationships and negotiations with third parties.

11.     Suno therefore seeks to impound the portions of the position statement referred to in paragraph 8 above.  The Court had full access to these portions of the statement and considered them in advance of the hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2026, at Hillsborough, California.

/s/ *Ivana Dukanovic*
Ivana Dukanovic

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent April 8, 2026 to those identified as non-registered participants.

*/s/ Ivana Dukanovic*
Ivana Dukanovic