**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,

        Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

        Defendant.

---

Civil Action No. 1:24-cv-11611 (FDS)

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

Pursuant to Local Rule 7.2 and Paragraphs 20 and 21 of the Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 54 ("Protective Order"), Plaintiffs hereby respectfully submit this motion in support of their request to seal certain portions of the parties' joint position statement.

On January 26 and March 9, 2026, the parties submitted joint position statements to the Court via email concerning various discovery disputes raised by Plaintiffs. *See* Declaration of Mariah Rivera ("Rivera Decl.") ¶ 3. The joint position statement describes and references various discovery documents produced by Defendant Suno Inc. ("Suno") and third parties which are designated either Confidential or Highly Confidential—Attorneys' Eyes Only pursuant to the Protective Order. *See id.* at ¶ 4. Plaintiffs seek to impound such material to provide Suno and those third parties an opportunity to file with the Court a statement supported by good cause that the material should be impounded. *See* Dkt. 54 ¶ 20 ("Within five business days of the filing of the motion to seal, the Designating Party will file with the Court a statement of reasons the confidential material should be sealed that complies with Local Rule 7.2.").

- 2 -

Dated:   April 9, 2026
         New York, New York

                                    By:_____
                                        Marian Rivera
                                        HUESTON HENNIGAN LLP
                                        1 Little West 12th Street
                                        New York, New York 10014
                                        Telephone: (646) 930-4046
                                        Facsimile: (888) 775-0898
                                        mrivera@hueston.com

                                        *Attorney for Plaintiffs*

- 3 -

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Mariah N. Rivera, hereby certify that counsel for Plaintiffs conferred with counsel for the defendant regarding appropriate redactions.  Suno has indicated it does not oppose this motion.

*Mariah N. Rivera*
Mariah N. Rivera
*Counsel for Plaintiffs*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on April 9, 2026.

*Mariah N. Rivera*
Mariah N. Rivera
*Counsel for Plaintiffs*