**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,<br><br>    Plaintiffs,<br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>    Defendant. | Civil Action No. 1:24-cv-11611 (FDS) |

**DECLARATION OF MARIAH RIVERA IN SUPPORT OF**
**PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

I, Mariah Rivera, declare as follows:

1.      I am counsel at the law firm of Hueston Hennigan LLP, counsel of record for Plaintiffs in this action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      I submit this declaration in accordance with Local Rule 7.2, Paragraphs 20 and 21 of the Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 54 ("Protective Order"), and Magistrate Judge Levenson's Standing Order Regarding Motions for Leave to File Under Seal and Stipulated Protective Orders.

3.      On January 26 and March 9, 2026, the parties submitted joint position statements to the Court via email, reflecting the arguments of Defendant Suno, Inc. ("Suno") and Plaintiffs concerning discovery disputes raised by Plaintiffs.

4.    The joint position statements contain references, including quotes, characterizations, and citations, to material produced in this litigation as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the Protective Order by either Suno or third parties.

5.    On March 12, 2026, the Court held a hearing to discuss the issues raised in the joint position statements.

6.    At the hearing, the Court requested that the parties file the position statements on the public docket. The Court further directed the parties to review the statement and move to redact any portions that should not be filed publicly.

7.    Following the hearing, and in order to minimize any sealing disputes, the parties conferred via email regarding redactions to the public position statements.

8.    The parties have agreed to seek to seal certain portions of the joint position statements, which are redacted from the public filing.

9.    Plaintiffs do not affirmatively seek to seal any portions of the joint position statements. Instead, Plaintiffs bring this Motion to provide Suno and those third parties an opportunity to file with the court a statement supported by good cause that the material should be sealed, per the Protective Order. *See* Dkt. 54 ¶ 20. Plaintiffs take no position on whether it is appropriate to impound any material Suno seeks to impound.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2026 at New York, New York.

By: _____
Mariah Rivera
HUESTON HENNIGAN LLP
1 Little West 12th Street

- 2 -

- 3 -

New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mrivera@hueston.com

*Attorney for Plaintiffs*

- 4 -

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Mariah N. Rivera, hereby certify that counsel for Plaintiffs conferred with counsel for the defendant regarding appropriate redactions.  Suno has indicated it does not oppose this motion.

*Mariah N. Rivera*
Mariah N. Rivera
*Counsel for Plaintiffs*

- 5 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on April 9, 2026.

*Mariah N. Rivera*
Mariah N. Rivera
*Counsel for Plaintiffs*
