**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC and SONY MUSIC ENTERTAINMENT,<br><br>            Plaintiffs,<br><br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>            Defendant. |

Civil Action No. 1:24-cv-11611 (FDS)

**DECLARATION OF MARIAH RIVERA IN SUPPORT OF
PLAINTIFFS' STATEMENT IN SUPPORT OF SUNO, INC.'S MOTION FOR
IMPOUNDMENT**

I, Mariah Rivera, declare as follows:

1.      I am counsel at the law firm of Hueston Hennigan LLP, counsel of record for Plaintiffs in this action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      I submit this declaration in accordance with Local Rule 7.2, Paragraphs 22 and 23 of the Amended Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 179 ("Protective Order"), and Magistrate Judge Levenson's Standing Order Regarding Motions for Leave to File Under Seal and Stipulated Protective Orders.

3.      On January 23 and March 6, 2026, the parties submitted joint position statements to the Court via email, reflecting the arguments of Defendant Suno, Inc. ("Suno") and Plaintiffs concerning discovery disputes raised by Suno.

4.      The joint position statements contain references,    including    quotes,

characterizations, and citations, to material produced in this litigation as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the Protective Order.

5.    On March 12, 2026, the Court held a hearing to discuss the issues raised in the joint position statements.

6.    At the hearing, the Court requested that the parties file the position statements on the public docket. The Court further directed the parties to review the statements and move to redact any portions that should not be filed publicly.

7.    Following the hearing, and in order to minimize any sealing disputes, the parties conferred via email regarding redactions to the public position statements.

8.    The parties have agreed to seek to seal certain portions of the joint position statements, which are redacted from the public filing.

9.    Plaintiffs seek to seal references to Plaintiffs' confidential business information on pages 4, 7, 16-18, and 20-22 of the January 23, 2026, position statement, and pages 1-3, and 5 of the March 6, 2026, position statement (collectively, the "Confidential Information"). Suno does not oppose this request.

10.    The Confidential Information reveals Plaintiffs' sensitive business and litigation information, including details regarding confidential licensing agreements between Plaintiffs and third parties, and negotiations thereof. Public dissemination of the Confidential Information would arm competitors, potential licensors, and counterparties with significant insight into Plaintiffs' business priorities, strategic decision making, and terms of confidential agreements and negotiations. I understand that the negotiation of potential licensing agreements were undertaken confidentially between Plaintiffs and third parties, and licensing agreements that came to fruition contain

- 3 -

confidentiality provisions. Plaintiffs therefore seek to seal the portions of the position statements referenced in paragraph 9 above.

11.     Plaintiffs are aware that Suno has separately moved to impound additional material in the position statement. *See* Dkt. No. 207. Plaintiffs take no position on whether it is appropriate to impound any additional material Suno seeks to impound.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026 at New York, New York.


/s/ *Mariah Rivera*
Mariah Rivera
HUESTON HENNIGAN LLP
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mrivera@hueston.com

*Attorney for Plaintiffs*

- 4 -

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Mariah N. Rivera, hereby certify that counsel for Plaintiffs conferred with counsel for the defendant regarding appropriate redactions.  Suno has indicated it does not oppose this motion.

*/s/ Mariah Rivera*
Mariah Rivera

*Attorney for Plaintiffs*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on April 13, 2026.

*/s/ Mariah Rivera*
Mariah Rivera

*Attorney for Plaintiffs*