# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>           Plaintiffs,<br><br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>           Defendant. | Case No. 1:24-cv-11611 (FDS) |

**<u>DECLARATION OF RAJAN S. TREHAN IN SUPPORT OF PLAINTIFFS' OBJECTION TO THE MAGISTRAGE JUDGE'S APRIL 6, 2026 DISCOVERY RULING</u>**

I, Rajan S. Trehan, declare as follows:

1.      I am an attorney, duly licensed to practice law in California, and Partner at the law firm Hueston Hennigan LLP.  I am counsel of record for Plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Objection to the Magistrate Judge's April 6, 2026 Discovery Ruling.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to such facts under oath.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Suno's November 25, 2025 press release titled, "A New Chapter in Music Creation," available at https://suno.com/blog/wmg-partnership.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Warner Music Group's November 25, 2025 press release titled, "Warner Music Group and Suno Forge Groundbreaking Partnership," available at https://www.wmg.com/news/warner-music-group-and-suno-forge-groundbreaking-partnership.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Warner Music Group's March 3, 2026 Shareholder Letter, available at https://www.wmg.com/news/a-letter-to-our-shareholders.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' First Set of Requests for Production to Suno, dated August 19, 2024.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the October 13, 2024 email from Suno's Counsel to Plaintiffs' Counsel with the subject line, "RE: UMG Recordings, Inc. et al. v. Suno, Inc. et al., No. 1:24-cv-11611 (FDS)."

7332630

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the December 5, 2025 email from Plaintiffs' Counsel to Suno's Counsel with the subject line, "RE: UMG Recordings Inc. v. Suno, Inc., No. 24-cv-11611 (FDS) | Disclosure Date for AI Licensing Agreements."

8.      Attached hereto as **Exhibit 7** is a true and correct copy of pages 55 to 63 of the March 12, 2026 transcript of the discovery hearing before Magistrate Judge Levenson.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 20th day of April 2026, in Los Angeles, California.


_____

Rajan S. Trehan

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on April 20, 2026.

_____

Rajan S. Trehan

7332630