# EXHIBIT 1

**PageVault**

Document title:          A new chapter in music creation – Suno

Capture URL:             https://suno.com/blog/wmg-partnership

Page loaded at (UTC):    Sun, 19 Apr 2026 19:37:59 GMT

Capture timestamp (UTC): Sun, 19 Apr 2026 19:39:09 GMT

Capture tool:            10.80.0

Collection server IP:    54.145.42.72

Browser engine:          Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36

Operating system:        Linux (Node 24.14.0)

PDF length:              4

Capture ID:              i2cMVfgPd4eHd4r3ir732W

Display Name:            lgarcia

PDF REFERENCE #:       ea3aeRezwou3Pu9ff63gZx



By Mikey Shulman | November 25, 2025

# A new chapter in music creation

Suno partners with Warner Music Group to build the future of interactive music

Announcements

To our community,

From day one, Suno's goal has been simple: build a future where everyone can share in the joy of creating new music. We mean *everyone* – from listeners to labels, bedroom producers to established stars.

Over the past few years, Suno has grown into a community of nearly 100 million music makers, powered by the most fun and powerful tools that exist today. For some, it's the latest development in a long career as a musician. For others, it's their first time creating music at all.

As Suno continues to reshape the music ecosystem, a part of our mission is working with the legendary music-makers and rights-holders that have created the soundtrack of our lives. Together, we can create a paradigm shift in how music is made, consumed, experienced and shared to delight music fans around the world.

Today, I'm excited to share that Suno and Warner Music Group (WMG) have entered into a new partnership to bring our future vision to life.

## What this means

Our partnership with WMG unlocks a bigger, richer Suno experience for you. We'll be rolling out new, more robust features for creation, opportunities to collaborate and interact with some of the most talented musicians in the world, all while continuing to build the biggest music ecosystem possible.

Together we will ensure that the partnership:

- Preserves the magic of Suno and the way you've come to love creating with it
- Creates exciting new ways for fans and artists to interact with music
- Introduces new opportunities for artists and songwriters to get paid

This partnership brings together the largest music creation community in the world, the most

Document title: A new chapter in music creation – Suno
Capture URL: https://suno.com/blog/wmg-partnership
Capture timestamp (UTC): Sun, 19 Apr 2026 19:39:09 GMT

SUNO    Blog    Make a song

- Creates exciting new ways for fans and artists to interact with music

- Introduces new opportunities for artists and songwriters to get paid

This partnership brings together the largest music creation community in the world, the most fun and powerful music-making tools, and many of the world's most talented and admired musicians  into one universe. This combination represents the natural next step in the evolution of music.

## How Suno is evolving

This partnership has implications on how our product will evolve. Here are a few highlights of what's to come:

**The way you create is only getting better**
You'll still be able to create original songs the way you love today. Our core experience remains focused on giving everyone access to powerful music creation.

**A new generation of powerful music models**
This partnership enables us to build a new generation of Suno models using high-quality licensed music. These models will surpass even v5, the best music model the world has seen to date.

**New experiences for fan engagement**
We will be introducing content from WMG artists who opt in for the use of their names, images, likenesses, voices, and compositions to be used in new AI-generated music. These will be new creation experiences from artists who do opt in, which will open up new revenue streams for them… and allow you to interact with them in new ways. You'll be able to build around participating artists' sounds and ensure they get compensated.

**Downloads, quality and safety**
We know being able to download the songs you make in Suno is very important to the Suno community, and that functionality isn't going away. Moving forward, a paid Suno account will be required to download songs from the product, with each paid tier enabling a specific number of downloads each month (with more details to be shared soon).

**Studio remains our pro powerhouse**
Suno Studio will continue to be our most powerful creation tool and will remain untouched, including unlimited download functionality. If you rely on Studio for advanced workflows, that experience is staying as is, with exciting new feature rollouts ahead.

## What's next

Over the next few weeks and months, we'll share more details about the timing of new features as they are ready.

We're heading towards a world where people don't just press play – they play with their music. Interactivity will make music a bigger part of people's lives, increase its cultural value, and bring people closer together. This partnership with WMG is a big step towards that future.

Suno exists because of this community. Your creativity, feedback and contributions are what have made the platform what it is so far. We are grateful to be building this with you and excited to be creating an even more magical future of music.

# Related articles

Document title: A new chapter in music creation – Suno
Capture URL: https://suno.com/blog/wmg-partnership
Capture timestamp (UTC): Sun, 19 Apr 2026 19:39:09 GMT

Make a song

### New experiences for fan engagement

We will be introducing content from WMG artists who opt in for the use of their names, images, likenesses, voices, and compositions to be used in new AI-generated music. These will be new creation experiences from artists who do opt in, which will open up new revenue streams for them… and allow you to interact with them in new ways. You'll be able to build around participating artists' sounds and ensure they get compensated.

### Downloads, quality and safety

We know being able to download the songs you make in Suno is very important to the Suno community, and that functionality isn't going away. Moving forward, a paid Suno account will be required to download songs from the product, with each paid tier enabling a specific number of downloads each month (with more details to be shared soon).

### Studio remains our pro powerhouse

Suno Studio will continue to be our most powerful creation tool and will remain untouched, including unlimited download functionality. If you rely on Studio for advanced workflows, that experience is staying as is, with exciting new feature rollouts ahead.

### What's next

Over the next few weeks and months, we'll share more details about the timing of new features as they are ready.

We're heading towards a world where people don't just press play – they play with their music. Interactivity will make music a bigger part of people's lives, increase its cultural value, and bring people closer together. This partnership with WMG is a big step towards that future.

Suno exists because of this community. Your creativity, feedback and contributions are what have made the platform what it is so far. We are grateful to be building this with you and excited to be creating an even more magical future of music.

# Related articles



March 26, 2026

## Suno v5.5: More Expressive. More You.

Introducing Suno v5.5 with Voices, Custom models and My Taste

Announcements    Product Update



February 6, 2026

## What's New in Suno Studio 1.2

Warp Markers, Remove FX, Alternates and Time Signature support provide creators with even more control

Announcements    Product Update



November 19, 2025

## The Future of Music is Already Here

Suno Raises $250M at a $2.45B Valuation

Announcements

© 2026 Suno, Inc.    Terms of Service    Privacy Policy    Community Guidelines    FAQs

