# EXHIBIT 2



| | |
|---|---|
| Document title: | WARNER MUSIC GROUP AND SUNO FORGE GROUNDBREAKING PARTNERSHIP - Warner Music Group |
| Capture URL: | https://www.wmg.com/news/warner-music-group-and-suno-forge-groundbreaking-partnership |
| Page loaded at (UTC): | Sun, 19 Apr 2026 19:39:14 GMT |
| Capture timestamp (UTC): | Sun, 19 Apr 2026 19:39:44 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 4 |
| Capture ID: | tKcaxV5vSVY62PuKtDwuwL |
| Display Name: | lgarcia |



RECORDING ARTISTS   SONGWRITERS   NEWS   INVESTORS   CAREERS

PRESS RELEASE

# WARNER MUSIC GROUP AND SUNO FORGE GROUNDBREAKING PARTNERSHIP

November 25, 2025

SHARE:

**Companies will collaborate on next-generation licensed AI music that empowers the creative community and opens new revenue opportunities for artists and songwriters**

[Warner Music Group](#) (Nasdaq: WMG), one of the world's largest music companies, and Suno, the leader in AI music, today announced a first-of-its-kind partnership that will open new frontiers in music creation, interaction, and discovery, while both compensating and protecting artists, songwriters, and the wider creative community. The deal brings together Suno's best-in-class AI capabilities with WMG's artist development leadership and expertise at the intersection of music and technology. The deal also settles previous litigation between the companies.

Robert Kyncl, CEO, WMG said: "This landmark pact with Suno is a victory for the creative community that benefits everyone. With Suno rapidly scaling, both in users and monetization, we've seized this opportunity to shape models that expand revenue and deliver new fan experiences. AI becomes pro-artist when it adheres to our principles: committing to licensed models, reflecting the value of music on and off platform, and providing artists and songwriters with an opt-in for the use of their name, image, likeness, voice and compositions in new AI songs."

Mikey Shulman, CEO, Suno said: "Our partnership with Warner Music unlocks a bigger, richer Suno experience for music lovers, and accelerates our mission to change the place of music in the world by making it more valuable to billions of people. Together, we can enhance how music is made, consumed, experienced and shared. This means we'll be rolling out new, more robust features for creation, opportunities to collaborate and interact with some of the most talented musicians in the world, all while continuing to build the biggest music ecosystem possible."

In 2026, Suno will make several changes to the platform, including launching new, more advanced and licensed models. When the new models launch in 2026, the current models will be deprecated. Moving forward, downloading audio will require a paid account. Suno will introduce download restrictions in certain scenarios: specifically, in the future, songs made on the free tier will not be downloadable and will instead be playable and shareable. Paid tier users will have limited monthly download caps with the ability to pay for more downloads.

With a goal to continue building with the music community, Suno has also acquired Songkick, the live music, concert-discovery platform, from Warner Music Group, and will continue to run it as a successful fan destination, bringing together the power of interactive music with live performance. The combination of Suno and Songkick will create new potential to

Document title: WARNER MUSIC GROUP AND SUNO FORGE GROUNDBREAKING PARTNERSHIP - Warner Music Group
Capture URL: https://www.wmg.com/news/warner-music-group-and-suno-forge-groundbreaking-partnership
Capture timestamp (UTC): Sun, 19 Apr 2026 19:39:44 GMT



RECORDING ARTISTS    SONGWRITERS    NEWS    INVESTORS    CAREERS



require a paid account. Suno will introduce download restrictions in certain scenarios: specifically, in the future, songs made in the free tier will no longer be downloadable, building on the Scale and Premier subscribers tiers, which have unlimited monthly downloads, as current Suno users already enjoy. Basic subscribers will have 50 downloads.

With a goal to continue building with the music community, Suno has also acquired Songkick, the live music, concert-discovery platform, from Warner Music Group, and will continue to run it as a successful fan destination, bringing together the power of interactive music with live performance. The combination of Suno and Songkick will create new potential to deepen the artist-fan connection.

The partnership will build on what 100 million creators love about Suno while allowing artists and songwriters to benefit from new revenue streams, and adding powerful new interactive features that offer opportunities for deeper fan engagement. Artists and songwriters will have full control over whether and how their names, images, likenesses, voices, and compositions are used in new AI-generated music. Together, WMG and Suno are committed to forging a blueprint for a next-generation licensed AI music platform.

# Related News



UNCATEGORIZED / APRIL 17, 2026

## GERMAN RAP AND POP PHENOMENON FAYAN SIGNS WITH ADA

Read More



MUSIC PUBLISHING / APRIL 16, 2026

## WARNER CHAPPELL MUSIC APPOINTS WENDY RECIO AS HEAD OF LEGAL & ADMINISTRATION FOR SPAIN AND PORTUGAL

Read More



RECORDING ARTISTS

SONGWRITERS

NEWS

INVESTORS

CAREERS

Contact

Investor Relations

Modern Slavery Statement

Impact Report

WMG Artist Royalties Portal

WMG Statement Regarding AI Technologies

FAQ

Artist Royalties

UK Group Tax Strategy

UK Pay Gaps Report 2025

Leadership

Social Justice Fund

Document title: WARNER MUSIC GROUP AND SUNO FORGE GROUNDBREAKING PARTNERSHIP - Warner Music Group
Capture URL: https://www.wmg.com/news/warner-music-group-and-suno-forge-groundbreaking-partnership
Capture timestamp (UTC): Sun, 19 Apr 2026 19:39:44 GMT



RECORDING ARTISTS     SONGWRITERS     NEWS     INVESTORS     CAREERS

The partnership will build on what 100 million creators love about Suno while allowing artists and songwriters to benefit from new revenue streams, and adding powerful new interactive features that offer opportunities for deeper fan engagement. Artists and songwriters will have full control over whether and how their names, images, likenesses, voices, and compositions are used in new AI-generated music. Together, WMG and Suno are committed to forging a blueprint for a next-generation licensed AI music platform.

# Related News



UNCATEGORIZED / APRIL 17, 2026

## GERMAN RAP AND POP PHENOMENON FAYAN SIGNS WITH ADA

Read More



MUSIC PUBLISHING / APRIL 16, 2026

## WARNER CHAPPELL MUSIC APPOINTS WENDY RECIO AS HEAD OF LEGAL & ADMINISTRATION FOR SPAIN AND PORTUGAL

Read More

WARNER MUSIC GROUP

RECORDING ARTISTS

SONGWRITERS

NEWS

INVESTORS

CAREERS

Contact

Investor Relations

Modern Slavery Statement

Impact Report

WMG Artist Royalties Portal

WMG Statement Regarding AI Technologies

FAQ

Artist Royalties

UK Group Tax Strategy

UK Pay Gaps Report 2025

Leadership

Social Justice Fund



COPYRIGHT © 2026 WARNER MUSIC GROUP INC. SITE MADE IN COLLABORATION WITH CMYK.

Privacy Policy  |  Terms of Use  |  Cookie Policy  |

Do Not Sell Or Share My Personal Information


Back to top

---