## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT,

Plaintiffs,

v.

SUNO, INC. and JOHN DOES 1-10,

Defendant.

Civil Action No. 1:24-cv-11611-FDS

### DECLARATION OF IVANA DUKANOVIC RELATED TO SUNO'S STATEMENT IN SUPPORT OF UNOPPOSED MOTION FOR IMPOUNDMENT

I, Ivana Dukanovic, respectfully declare as follows:

1.      I am an associate at Latham & Watkins LLP and counsel of record for Suno, Inc. ("Suno") in this case. I have personal knowledge of the matters stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.      I submit this declaration in accordance with Local Rule 7.2, Paragraphs 23 and 23 of the Amended Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 180 ("Protective Order"), and the Court's Standing Order Regarding Motions for Leave to File Under Seal and Stipulated Protective Orders.

3.      On January 26, 2026, and March 9, 2026, Plaintiffs transmitted two discovery dispute letters to the Court via email. Those discovery dispute letters contain references to confidential and highly confidential information produced in discovery by Suno or by third parties. To prevent the public disclosure of that confidential information, Suno seeks to impound: (i)

portions of pages 1 and 3 of Plaintiffs' January 26, 2026 dispute letter, and (ii) portions of pages 2, 3, 10, 22, and 35 of Plaintiffs' March 9, 2026 dispute letter.

4.    The portions of Plaintiffs' discovery dispute letters that Suno seeks to impound discuss several highly confidential matters.

5.    Plaintiffs' January 26, 2026 dispute letter describes a previous version of Suno business model, which is not the subject of Plaintiffs' present claims, and Suno's communications with potential investors related to the same.  Although Suno is not presently pursuing this business, the details of that business and how it operated are not widely known.  Widespread disclosure of Suno's strategy and plans for that business, as well as potential investors' opinions about that business, could damage Suno's competitive standing in the generative AI space.

6.    Portions of Plaintiffs' March 9, 2026 dispute letter contain details about Suno's business that it shared with a potential investor in a confidential pitch deck.  Widespread disclosure of those details, which includes information about Suno's market position and fundraising, could allow Suno's rivals to gain unfair insight into how Suno sees its place and seeks to position itself in the highly competitive generative AI space.

7.    Portions of Plaintiffs' March 9, 2026 dispute letter describe details of Suno's model training process and prompt processing pipeline.  I understand that Suno treats its training process as a closely-guarded trade secret.  This is because generative AI is a booming field.  A competitor armed with details of Suno's model development process could gain an unfair advantage in training a similar model, and could compete unfairly with Suno.  Further, widespread disclosure of these details could allow users to "jailbreak" Suno's model and evade its guardrails.

8.    Portions of Plaintiffs' March 9, 2026 dispute letter describe details of Suno's relationship with a key advisor.  Generative AI companies compete for partners as well as

consumers, and providing this level of insight into the role Suno's advisors play at Suno could damage Suno's business relationships with its other partners.

9.      Suno therefore seeks to impound these materials.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2026 at Chicago, Illinois.

By:     */s/ Ivana Dukanovic*
        Ivana Dukanovic
        LATHAM & WATKINS, LLP
        *Attorneys for Defendant Suno, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent May 20, 2026 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig