**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL
RECORDS, LLC and SONY MUSIC
ENTERTAINMENT,

        Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

        Defendant.

Civil Action No. 1:24-cv-11611 (FDS)

## PLAINTIFFS' UNOPPOSED MOTION FOR IMPOUNDMENT

Pursuant to Local Rule 7.1 and 7.2, Plaintiffs hereby move to impound unredacted versions of the supporting papers for Plaintiffs' Motion for Leave to Amend Complaint. Plaintiffs' supporting papers identified below contain information regarding Defendant Suno Inc.'s ("Suno") training data that have been designated as "Highly Confidential – Attorneys' Eyes Only" by Suno under the operative Protective Order and Joint Stipulation and Order Regarding Training Data Inspection Protocol. *See* Dkt. 76; 180.

- Plaintiffs' Memorandum of Law in Support of Amended Complaint

- Exhibit A to the Declaration of Rajan S. Trehan

- Exhibit B to the Declaration of Rajan S. Trehan

- Declaration of Daniel Delorey

Plaintiffs seek to impound such material to provide Suno an opportunity to file with the Court a statement supported by good cause that the material should be impounded. *See* Dkt. 180 ¶ 22 ("Within five business days of the filing of the motion to seal, the Designating Party will file

7413794

- 2 -

with the Court a statement of reasons the confidential material should be sealed that complies with

Local Rule 7.2.").

Unredacted copies of Plaintiffs' papers will be sent to the Court via email.

Plaintiffs expressly reserve the right to object to Suno's sealing the designated material.

Dated:  May 21, 2026
        New York, New York

By:_____
        Mariah Rivera
        HUESTON HENNIGAN LLP
        1 Little West 12th Street
        New York, New York 10014
        Telephone: (646) 930-4046
        Facsimile: (888) 775-0898
        mrivera@hueston.com

        *Attorney for Plaintiffs*

- 2 -

- 3 -

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Mariah N. Rivera, hereby certify that counsel for Plaintiffs conferred with counsel for the defendant regarding appropriate redactions.  Suno has indicated it does not oppose this motion.

*Mariah N. Rivera*
Mariah N. Rivera
*Counsel for Plaintiffs*

- 3 -

7413794

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on May 21, 2026.

*Mariah N. Rivera*
Mariah N. Rivera
*Counsel for Plaintiffs*

7413794