# EXHIBIT D

## Mariah Rivera

| | |
|---|---|
| **From:** | Grace.McLaughlin@lw.com |
| **Sent:** | Friday, May 15, 2026 7:30 PM |
| **To:** | Mariah Rivera; Paris.Sanders@lw.com; Andrew.Gass@lw.com; Steve.Feldman@lw.com; Sy.Damle@lw.com; Britt.Lovejoy@lw.com; Nathan.Taylor@lw.com; Shlomo.Fellig@lw.com; suno.lwteam@lw.com |
| **Cc:** | Moez M. Kaba; Christina V. Rayburn; Rajan Trehan; Joseph Aronsohn; Alexander Perry; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; jtracer@riaa.com |
| **Subject:** | RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint |

Mariah,

Suno opposes Plaintiffs' proposed motion because it would effectively start the case over as we near depositions and the close of fact discovery. With just over a month left in fact discovery, Plaintiffs would be starting discovery from scratch with respect to the 60,000 new works they propose to add. Plaintiffs cannot add these works to an ongoing litigation while opting out of their discovery and proof burdens with respect to ownership, registration, and validity for each of the added works. Suno is also entitled to an expeditious resolution of its fair use defense, which Plaintiffs' proposed amendments would delay for many months. Plaintiffs' delayed efforts to identify allegedly infringed works and amend their complaint (when they apparently felt they had a basis for asserting the 560 works they originally asserted without any discovery) cannot excuse blowing up the schedule at this late date.

Best,
Grace

**Grace McLaughlin**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2967

**From:** Mariah Rivera <mrivera@hueston.com>
**Sent:** Friday, May 15, 2026 11:50 AM
**To:** Sanders, Paris (NY) <Paris.Sanders@lw.com>; McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Feldman, Steve (NY) <Steve.Feldman@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>; #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; jtracer@riaa.com
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Paris,

Thank you.  Can you please provide some additional information regarding Suno's opposition to the motion?  Pursuant to Local Rule 7.1(a)(2) the parties must confer and attempt in good faith to resolve or narrow the issues, but we are unable to do so without any indication of the basis for Suno's opposition.

Best,
Mariah

**Mariah Rivera**

_____

**HUESTON HENNIGAN** LLP

D: 646.891.5049
mrivera@hueston.com
Biography

---

**From:** Paris.Sanders@lw.com <Paris.Sanders@lw.com>
**Sent:** Friday, May 15, 2026 9:54 AM
**To:** Mariah Rivera <mrivera@hueston.com>; Grace.McLaughlin@lw.com; Andrew.Gass@lw.com; Steve.Feldman@lw.com; Sy.Damle@lw.com; Britt.Lovejoy@lw.com; Nathan.Taylor@lw.com; Shlomo.Fellig@lw.com; suno.lwteam@lw.com
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; jtracer@riaa.com
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Mariah,

Thank you for providing Exhibit A to Plaintiffs' proposed Second Amended Complaint. As Plaintiffs have represented that Exhibits B and C will remain the same as those provided with Plaintiffs' original Complaint, Suno confirms that the redactions provided Wednesday evening (reattached here for reference) reflect all material Suno requests to be sealed. Suno further intends to oppose Plaintiffs' motion.

All rights reserved.

Regards,
Paris

**Paris Sanders**

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4747
Mobile: +1.310.592.4971
Email: paris.sanders@lw.com
https://www.lw.com

---

**From:** Mariah Rivera <mrivera@hueston.com>
**Sent:** Wednesday, May 13, 2026 10:15 PM
**To:** Sanders, Paris (NY) <Paris.Sanders@lw.com>; McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Feldman, Steve (NY) <Steve.Feldman@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>; #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; jtracer@riaa.com
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Thank you Paris. Please find Exhibit A attached. Please let us know no later than Friday Suno's position on Plaintiffs' motion to amend and additional sealing.

2

Plaintiffs reserve all rights.

Best,
Mariah


**Mariah Rivera**

_____

# HUESTON HENNIGAN LLP

D: 646.891.5049
mrivera@hueston.com
Biography

---

**From:** Paris.Sanders@lw.com <Paris.Sanders@lw.com>
**Sent:** Wednesday, May 13, 2026 9:43 PM
**To:** Mariah Rivera <mrivera@hueston.com>; Grace.McLaughlin@lw.com; Andrew.Gass@lw.com; Steve.Feldman@lw.com; Sy.Damle@lw.com; Britt.Lovejoy@lw.com; Nathan.Taylor@lw.com; Shlomo.Fellig@lw.com; suno.lwteam@lw.com
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; jtracer@riaa.com
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Mariah,

We are still awaiting Plaintiffs' proposed amended Exhibit A. As I explained last night, Suno cannot provide its position on Plaintiffs' proposed amendment or provide requested sealing designations without the opportunity to evaluate the complaint in its entirety, including exhibits. However, Suno requests Plaintiffs seal the highlighted portions in the attached version of the proposed amended complaint Plaintiffs shared on Monday. Suno reserves all rights to request additional sealing once it has the opportunity to review the entire proposed amendment.

Regards,
Paris


**Paris Sanders**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4747
Mobile: +1.310.592.4971
Email: paris.sanders@lw.com
https://www.lw.com

---

**From:** Sanders, Paris (NY)
**Sent:** Tuesday, May 12, 2026 6:03 PM
**To:** 'Mariah Rivera' <mrivera@hueston.com>; McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Feldman, Steve (NY) <Steve.Feldman@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>; #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>;

3

dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; jtracer@riaa.com
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Mariah,

Suno cannot provide its position regarding Plaintiffs' proposed amendment without Plaintiffs providing a copy of the proposed Amended Complaint, including all exhibits.  Indeed, given that Exhibit A will likely contain the majority of the amended material, we are confused by your expectation that Suno would provide a position without reviewing it.  For avoidance of doubt, we will not consider Plaintiffs to have met their conferral obligations under Local Rule 7.1 until Suno has had a chance to review the complete proposed Amended Complaint with exhibits.

All rights reserved.

Regards,
Paris

**Paris Sanders**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4747
Mobile: +1.310.592.4971
Email: paris.sanders@lw.com
https://www.lw.com

**From:** Mariah Rivera <mrivera@hueston.com>
**Sent:** Tuesday, May 12, 2026 9:46 AM
**To:** McLaughlin, Grace (NY) <Grace.McLaughlin@lw.com>; Sanders, Paris (NY) <Paris.Sanders@lw.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Feldman, Steve (NY) <Steve.Feldman@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>; #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; jtracer@riaa.com
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Paris, Grace,

We will share Exhibit A once it is complete, Exhibits B and C will remain the same.  We expect that Suno will be prepared to provide its position regarding the amendment as well as any sealing requests by tomorrow regardless.

Plaintiffs intend to propose two options for the Court's consideration.  The first is a modest extension of the discovery deadline to permit Plaintiffs to produce ownership-related materials for the expanded list of asserted works.  We do not anticipate seeking additional discovery from Suno related to the second amended complaint.  The second is granting leave to amend but staying discovery into the ownership of the new works until after the parties have submitted their motions for summary judgment.  This would not require an expansion of current case deadlines.

Plaintiffs reserve all rights.

Best,
Mariah

4

**Mariah Rivera**

_____

# HUESTON HENNIGAN LLP

D: 646.891.5049
mrivera@hueston.com
Biography

---

**From:** Grace.McLaughlin@lw.com <Grace.McLaughlin@lw.com>
**Sent:** Monday, May 11, 2026 7:08 PM
**To:** Paris.Sanders@lw.com; Mariah Rivera <mrivera@hueston.com>; Andrew.Gass@lw.com; Steve.Feldman@lw.com; Sy.Damle@lw.com; Britt.Lovejoy@lw.com; Nathan.Taylor@lw.com; Shlomo.Fellig@lw.com; suno.lwteam@lw.com
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; jtracer@riaa.com
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Mariah,

Further, before we can provide Suno's position on the motion for leave, we want to understand the full scope and timing of discovery you anticipate, including any modifications to the current schedule that would need to accompany the amendment from your perspective. Please clarify at a general level what additional discovery, if any, you intend to seek in connection with the additional asserted works, and on what timeline. Should the Court grant Plaintiffs' motion to amend, Suno intends to seek discovery concerning Plaintiffs' ownership and registration of the additional works, consistent with what it has requested and what Plaintiffs have agreed to provide regarding the works currently in suit. *See, e.g.*, Suno RFP Nos. 1-6. As Plaintiffs bear the prima facie burden of proving ownership, this discovery is necessary for Suno to assess Plaintiffs' claims—and for Plaintiffs to establish that the registered works asserted are, in fact, among the recordings in Suno's training data. Please confirm the timeline Plaintiffs anticipate for producing this discovery.

Please provide this information by EOD today so that we can discuss internally and provide you with Suno's position by Wednesday.

Best,
Grace

**Grace McLaughlin**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.2967

---

**From:** Sanders, Paris (NY) <Paris.Sanders@lw.com>
**Sent:** Monday, May 11, 2026 11:57 AM
**To:** Mariah Rivera <mrivera@hueston.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Feldman, Steve (NY) <Steve.Feldman@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>; #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>;

dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; Jacob Tracer <jtracer@riaa.com>
**Subject:** RE: UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Mariah,

So that Suno may evaluate Plaintiffs' proposed Second Amended Complaint, please provide any attachments and/or exhibits Plaintiffs intend to include with their filing.

All rights reserved.

Regards,
Paris

**Paris Sanders**

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.212.906.4747
Mobile: +1.310.592.4971
Email: paris.sanders@lw.com
https://www.lw.com

---

**From:** Mariah Rivera <mrivera@hueston.com>
**Sent:** Monday, May 11, 2026 9:13 AM
**To:** Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Feldman, Steve (NY) <Steve.Feldman@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Lovejoy, Britt (Bay Area) <Britt.Lovejoy@lw.com>; Taylor, Nathan (NY) <Nathan.Taylor@lw.com>; Fellig, Shlomo (BN) <Shlomo.Fellig@lw.com>; #C-M SUNO - LW TEAM <suno.lwteam@lw.com>
**Cc:** Moez M. Kaba <mkaba@hueston.com>; Christina V. Rayburn <crayburn@hueston.com>; Rajan Trehan <rtrehan@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>; Alexander Perry <aperry@hueston.com>; dcloherty@clohertysteinberg.com; aarnold@clohertysteinberg.com; Jacob Tracer <jtracer@riaa.com>
**Subject:** UMG Recordings, Inc. v. Suno, Inc. - Second Amended Complaint

Counsel,

Now that our Audible Magic analysis is complete, Plaintiffs intend to file a motion for leave to amend the Complaint to assert additional works that Suno infringed.  The proposed second amended complaint is attached.  Please let us know Suno's position regarding Plaintiffs' contemplated motion for leave by Wednesday, May 13.  We are available to meet and confer before then, if necessary.

Plaintiffs reserve all rights.

Best,
Mariah

**Mariah Rivera**

_____

**HUESTON HENNIGAN** LLP

D: 646.891.5049
T: 213.788.4340
mrivera@hueston.com
Biography

6

1 Little W 12th St
2nd Floor
New York NY 10014

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.