# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>            Plaintiffs,<br><br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>            Defendant. | Civil Action No. 1:24-cv-11611 (FDS) |

## DECLARATION OF DANIEL DELOREY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

7107753
7137662

I, Daniel Delorey, declare as follows:

1.    I am a Partner at Dryden Technology Group.  My firm has been retained by the Plaintiffs to provide expert consultation, data analysis, and source code forensics in this matter.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to such facts under oath.

2.    I have personally inspected Suno's source code and training data within the secure rooms at Latham & Watkins.  My team's first inspection of the source code was on February 26, 2025, and our first inspection of the training data was on April 15, 2025.  The purpose of my inspections was to develop a program that would assist Plaintiffs in identifying the audio files within Suno's training data that belong to them.

3.    My first step in analyzing Suno's training data was to identify the audio files.  I determined that Suno has over ████████ audio files across the training data it has produced for inspection.  From these ████████ audio files, based on my inspection and representations from Suno's counsel, my team and I identified a subset of Suno's training data which we believed was the most likely to contain sound recordings that are owned or controlled by Plaintiffs.

4.    Next, I worked with Plaintiffs' attorneys to develop a process for using Audible Magic to identify the specific sound recordings within the subset Suno's training data that were provided to Audible Magic by Plaintiffs.  We developed a two-part test.  For Stage 1, I created digital "fingerprints" (i.e., unique encoded summary) of each audio file in our subset of Suno's training data.  This had to be done within the secure room at Latham & Watkins.  I began this process on November 3, 2025, and it was completed on November 14, 2025.  I created over ████████ ████████ fingerprints for the subset of Suno's training data which we identified.

5.    For Stage 2, I transmitted individual fingerprint to Audible Magic for identification as required by the Audible Magic service.  Stage 2 did not begin until November 25, 2026, as I understand Suno did not provide consent for a period of time.  Due to the size of the data and Audible Magic's capacity, Stage 2 completed on January 2, 2026.

- 2 -

7137662

Docusign Envelope ID: 544B5409-D2F2-86A3-8229-EBAF330C797D

- 3 -

6.      Once the Audible Magic identification was complete, I further analyzed the results to identify recordings which Audible Magic indicated were submitted by a Universal or Sony affiliate.  Before providing the results to Plaintiffs' attorneys, per Suno's request, I created a script that would remove identifying information for any non-UMG or non-Sony entity that provided sound recordings to Audible Magic.  Once that process was complete, I provided the results to Plaintiffs' attorneys, which included the artist name, sound recording title, ISRC, and entity who supplied the content to Audible Magic for each audio file.  I identified over ███████ audio files that were uploaded to Audible Magic's content recognition database by a Universal affiliate, and ██████ audio files that were uploaded to Audible Magic's content recognition database by a Sony affiliate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of May, 2026, in Duvall, Washington.



Signed by:

Daniel Delorey

1E00CEB79EF14AF...

Daniel Delorey

- 3 -

7137662