**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:24-cv-11611-FDS |

**SUNO, INC.'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE MATERIALS UNDER SEAL**

Pursuant to Local Rule 7.2 and Paragraphs 22 and 23 of the Amended Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 180 ("Protective Order"), Defendant Suno, Inc. ("Suno"), by and through its undersigned counsel, hereby moves to impound certain portions of its Opposition to Plaintiffs' Second Motion for Leave to Amend Complaint ("Suno's Opposition") and Exhibit A to the Declaration of Brittany N. Lovejoy in Support of Suno's Opposition. These materials refer to or contain information obtained from Plaintiffs that have been designated "Highly Confidential - Attorneys' Eyes Only" by Plaintiffs under the Protective Order.

Suno seeks to impound these materials to provide Plaintiffs an opportunity to file a statement supported by good cause that the material should be impounded. *See* Protective Order ¶ 22 ("Within five business days of the filing of the motion to seal, the Designating Party will file with the Court a statement of the reasons that the confidential material should be sealed that complies with Local Rule 7.2.").

Suno reserves the right to object to Plaintiffs' sealing some or all of the designated material.

WHEREFORE, Suno respectfully requests that the Court grant this motion and order that the materials described herein be impounded until further order of the Court.

Dated: June 4, 2026

Respectfully submitted,

/s/ *Brittany N. Lovejoy*
Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
Ivana Dukanovic (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com
ivana.dukanovic@lw.com

Grace McLaughlin (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-2967
Facsimile: (212) 751-4864
grace.mclaughlin@lw.com

*Counsel for Defendant Suno, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Suno has conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues raised in this motion.  Plaintiffs have indicated they do not oppose this motion and request impoundment.

/s/ *Brittany N. Lovejoy*
Brittany N. Lovejoy

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent June 4, 2026 to those identified as non-registered participants.

*/s/ Brittany N. Lovejoy*
Brittany N. Lovejoy