**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL
RECORDS, LLC and SONY MUSIC
ENTERTAINMENT,

        Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

        Defendant.

Civil Action No. 1:24-cv-11611 (FDS)

## PLAINTIFFS' MOTION TO SEAL

Pursuant to Local Rule 7.2 and Paragraphs 20 and 21 of the Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 54 ("Protective Order"), Plaintiffs hereby respectfully submit this motion in support of their request to seal certain portions of Plaintiffs' Reply in Support of their Second Motion to Amend the Complaint (the "Reply").

In the Reply, Plaintiffs seek to provisionally impound the same information that is the subject of Suno's pending motion to impound certain materials in support of Plaintiffs Second Motion to Amend the Complaint. (Dkt. 235, 236.) Plaintiffs have already filed an opposition to Suno's motion to impound this material and reiterate their objections to maintaining this material under seal. (Dkt. 237.) Plaintiffs nevertheless seek to provisionally impound this material, until such time as the Court issues a ruling on Suno's pending motion.

7439214

- 2 -

Dated:   June 11, 2026
         New York, New York

By: _____
         Alexander R. Perry
         HUESTON HENNIGAN LLP
         1 Little West 12th Street
         New York, New York 10014
         Telephone: (646) 930-4046
         Facsimile: (888) 775-0898
         aperry@hueston.com

         *Attorney for Plaintiffs*

7439214

- 3 -

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Alexander R. Perry, hereby certify that counsel for Plaintiffs conferred with counsel for the defendant regarding appropriate redactions.  The parties' respective positions on these redactions are outlined in the prior briefing concerning this material.

*Alexander R. Perry*
Alexander R. Perry
*Counsel for Plaintiffs*

7439214

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on June 11, 2026.

*Alexander R. Perry*
Alexander R. Perry
*Counsel for Plaintiffs*

7439214