**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL
RECORDS, LLC and SONY MUSIC
ENTERTAINMENT,

        Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

        Defendant.

Civil Action No. 1:24-cv-11611 (FDS)

**DECLARATION OF MARIAH RIVERA IN SUPPORT OF**
**PLAINTIFF UNIVERSAL'S STATEMENT IN SUPPORT OF SUNO, INC.'S MOTION**
**FOR IMPOUNDMENT**

I, Mariah Rivera, declare as follows:

1.      I am counsel at the law firm of Hueston Hennigan LLP, counsel of record for Plaintiffs in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      I submit this declaration in accordance with Local Rule 7.2, Paragraphs 22 and 23 of the Amended Confidentiality Stipulation and Protective Order entered in this case, Dkt. No. 179 ("Protective Order").

3.      On June 4, 2026, Defendant Suno, Inc. ("Suno") submitted its Opposition to Plaintiffs' Motion to Amend Complaint (the "Opposition") and an Unopposed Motion for Leave to File Material Under Seal. Dkt. Nos. 237, 239.

4.      The Opposition attaches and references material produced in this litigation as "Highly Confidential—Attorneys' Eyes Only" under the Protective Order.

7436776

5.      In order to minimize any sealing disputes, the parties conferred via email regarding redactions to the public Opposition. Suno filed its Opposition and supporting materials with redactions requested by Plaintiffs.

6.      Universal seeks to seal Exhibit A to the Declaration of Brittany N. Lovejoy, and references thereto in Suno's Opposition (the "Confidential Information"). Suno has indicated that it takes no position on the request.

7.      Exhibit A to the Declaration of Brittany N. Lovejoy is an agreement between Plaintiff Capitol Records, LLC and a non-party record label concerning the master recordings performed by a non-party artist. The Confidential Information reveals sensitive business information belonging to Universal, the non-party record label, and the non-party artist, including confidential contractual terms that include detailed information such as itemized royalty rates, payment terms, and scope of rights.

8.      Public dissemination of the Confidential Information would arm competitors, potential licensors, and counterparties with significant insight into Universal's bargaining priorities, risk tolerance, and valuation, enabling them to undercut Universal on price, replicate preferred term packages, and systematically demand concessions Universal has offered in other contexts. The resulting information asymmetry would impair Universal's ability to procure favorable agreements, erode margins, and destabilize existing commercial relationships. The same commercial harm exists for the non-party label, non-party artist, and other third parties with whom Universal has negotiated or contracted.

9.      Public disclosure of the agreement's terms would not only compromise Universal's competitive position but would also violate the reasonable privacy expectations of the non-party label, who entered into the agreement with an expectation of confidentiality, and the non-party artist.

- 2 -

7436776

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2026 at New York, New York.

<div style="margin-left: 50%;">

/s/  *Mariah Rivera*
_____

Mariah Rivera
HUESTON HENNIGAN LLP
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mrivera@hueston.com

*Attorney for Plaintiffs*

</div>

- 3 -

7436776

- 4 -

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Mariah N. Rivera, hereby certify that counsel for Plaintiffs conferred with counsel for the defendant regarding the Unopposed Motion.  Suno has indicated it does not oppose Universal's request.

<div align="right">

/s/ Mariah Rivera
Mariah Rivera

*Attorney for Plaintiffs*

</div>

- 4 -

7436776

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on June 11, 2026.

/s/ *Mariah Rivera*
Mariah Rivera

*Attorney for Plaintiffs*

7436776