**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>          Plaintiffs,<br><br>      v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>          Defendant. | Civil Action No. 1:24-cv-11611-FDS |

**ASSENTED-TO MOTION FOR ROBIN L. GUSHMAN AND**
**ALEXIS KELLERT GODFREY TO APPEAR *PRO HAC VICE***

The undersigned, counsel for Defendant Suno, Inc. ("Suno") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Robin L. Gushman and Alexis Kellert Godfrey of Latham & Watkins LLP be permitted to appear as counsel for Suno and practice in this Court *pro hac vice*.  The certification of Attys. Gushman and Godfrey are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: June 17, 2026

Respectfully submitted,

*/s/ Shlomo Fellig*
Shlomo Fellig (BBO# 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.fellig@lw.com

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred regarding the relief requested in this motion, and this motion is assented-to.

*/s/ Shlomo Fellig*
Shlomo Fellig

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent June 17, 2026 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig