**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL
RECORDS, LLC, and SONY MUSIC
ENTERTAINMENT,

                    Plaintiffs,

        v.                                              Civil Action No. 1:24-cv-11611-FDS

SUNO, INC. and JOHN DOES 1-10,

                    Defendant.

**CERTIFICATION OF ROBIN L. GUSHMAN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Robin L. Gushman, hereby state as follows:

1.      I am a partner at Latham & Watkins LLP, located at 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

2.      I have been retained to represent Defendant Suno, Inc. in the above-captioned action, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3.      I am admitted to practice in the state of California, and before the U.S. District Courts for the Northern District of California and Southern District of California.

4.      I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2026                    _/s/ Robin L. Gushman_
                                             Robin L. Gushman