**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT, <br><br>                 Plaintiffs, <br><br>        v. <br><br> SUNO, INC. and JOHN DOES 1-10, <br><br>                 Defendant. | Civil Action No. 1:24-cv-11611-FDS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Robin L. Gushman, of Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538 as an attorney representing Defendant Suno, Inc. in the above-captioned action.

Dated: June 17, 2026

Respectfully submitted,

/s/ Robin L. Gushman
Robin L. Gushman (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
robin.gushman@lw.com

*Counsel for Defendant Suno, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on June 17, 2026 to those identified as non-registered participants.

/s/ Robin L. Gushman
Robin L. Gushman

2