**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>               Plaintiffs,<br><br>    v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>               Defendant. | Civil Action No. 1:24-cv-11611-FDS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Alexis Kellert Godfrey, of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 as an attorney representing Defendant Suno, Inc. in the above-captioned action.

Dated: June 17, 2026

Respectfully submitted,

/s/ Alexis Kellert Godfrey
Alexis Kellert Godfrey (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
alexis.godfrey@lw.com

*Counsel for Defendant Suno, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on June 17, 2026 to those identified as non-registered participants.

/s/ Alexis Kellert Godfrey
Alexis Kellert Godfrey

2