**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>        Plaintiffs,<br><br>   v.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>        Defendant. | Case No. 1:24-cv-11611-FDS |

## JOINT MOTION TO AMEND THE AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment ("Plaintiffs") and Defendant Suno, Inc. ("Suno") (together, the "Parties"), respectfully request that the Court amend the Amended Scheduling Order.

In support of this motion, the Parties state as follows:

1.      Plaintiffs filed their Complaint on June 24, 2024.

2.      Suno answered the Complaint on August 1, 2024.

3.      The Court entered a Scheduling Order on October 28, 2024 (Dkt. 42).

4.      The Court entered an Amended Scheduling Order on January 30, 2025 (Dkt. 57). The Amended Scheduling Order set the Parties' deadline for serving written discovery as April 30, 2025.

5.      The Parties submitted a Joint Motion for Extension of Time to Serve Written Discovery on April 29, 2025, requesting that the Court extend the deadline for serving written discovery to May 30, 2025 (Dkt. 100).

1

6.      The Court granted the Joint Motion for Extension of Time to Serve Written Discovery on April 30, 2025 (Dkt. 101).

7.      The Parties submitted a Joint Motion for Extension of Time to Serve Written Discovery on May 29, 2025, requesting that the Court extend the deadline for serving written discovery to June 27, 2025 (Dkt. 102).

8.      The Court granted the Joint Motion for Extension of Time to Serve Written Discovery on May 30, 2025 (Dkt. 103).

9.      The Parties submitted a Joint Motion to Amend the Scheduling Order on June 26, 2025, requesting that the Court extend the deadlines for substantial completion of document production to August 15, 2025, and fact discovery to October 10, 2025 (Dkt. 108).

10.     The Court granted the Joint Motion to Amend the Scheduling Order on June 30, 2025 (Dkt. 109).

11.     The Parties submitted a Joint Motion to Amend the Scheduling Order on September 15, 2025, requesting that the Court set a deadline for submission of Plaintiffs' motion for leave to amend their complaint, and extend the deadline for completion of fact discovery to January 9, 2026 or ninety days from a Court order granting Plaintiffs' motion, whichever is later (Dkt. 124).

12.     The Court granted the Joint Motion to Amend the Scheduling Order on October 3, 2025 (Dkt. 132).

13.     The Parties submitted a Joint Motion to Amend the Scheduling Order on December 17, 2025, requesting that the Court extend the deadline for fact discovery to the later of March 6, 2026, or ninety days from a Court order granting Plaintiffs' motion to amend (Dkt. 176).

14.     The Court granted the Joint Motion to Amend the Scheduling Order on December 19, 2025 (Dkt. 178).

15.     The Parties submitted a Joint Motion to Amend the Scheduling Order on February 25, 2026, requesting that the Court extend the deadline for fact discovery to the later of June 26, 2026, or ninety days from a Court order granting Plaintiffs' motion to amend (Dkt. 187).

16.     The Court granted the Joint Motion to Amend the Scheduling Order on March 9, 2026 (Dkt. 188).

17.     Discovery remains ongoing.  The Parties are actively engaged in negotiations to identify and agree upon narrow categories of additional discovery, consistent with the guidance provided by Magistrate Judge Levenson.  *See* Dkt. 206. Despite these efforts, several discovery disputes remain unresolved.  The Parties intend to submit dispute statements to Magistrate Judge Levenson addressing these and other outstanding issues in an effort to ensure that the discovery process concludes in a timely and efficient manner.

18.     Depositions have also commenced. The Parties continue to confer in good faith regarding scheduling additional depositions, but have  faced logistical challenges in light of the summer travel schedules of counsel, parties, and witnesses.

19.     This extension is intended to allow the Parties to resolve outstanding discovery disputes, complete document productions, and complete party and third-party fact depositions before expert discovery.  The extension will avoid preventable disputes regarding missing or incomplete information ahead of the above-mentioned depositions.

20.     WHEREFORE, the Parties respectfully request that the Court grant this Motion and amend the Amended Scheduling Order as follows:

| Event | Current Due Date | Proposed Date |
|---|---|---|
| Production of Documents For All Agreed-Upon Document Requests Served on or Before June 10[1] | June 26, 2026 | July 30, 2026 |
| Fact Discovery (except for RFAs) and Depositions | June 26, 2026 | September 30, 2026 |
| Serve RFAs | July 10, 2026 | October 14, 2026 |
| Serve Remaining Discovery Disputes (except for RFAs and experts) | July 17, 2026 | October 21, 2026 |
| Trial Expert Disclosure and Initial Expert Reports | August 14, 2026 | November 18, 2026 |
| Rebuttal Expert Reports | September 11, 2026 | December 16, 2026 |
| Reply Expert Reports | October 9, 2026 | January 15, 2026 |
| Trial Expert Depositions | December 4, 2026 | March 5, 2027 |
| Dispositive Motions | January 8, 2027 | April 9, 2027 |

---

[1] This deadline does not preclude either party from producing limited documents identified during the process of preparing for depositions.

Dated: June 26, 2026

_s/_ Rajan S. Trehan
Moez M. Kaba (*pro hac vice)*
Mariah N. Rivera  (*pro hac vice*)
Alexander R. Perry (*pro hac vice*)
Samuel Givertz (*pro hac vice*)
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com
sgivertz@hueston.com

Robert N. Klieger (*pro hac vice*)
Rajan S. Trehan (*pro hac vice*)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rklieger@hueston.com
rtrehan@hueston.com

Christina V. Rayburn (*pro hac vice*)
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 356-6412
Facsimile: (888) 775-0898
crayburn@hueston.com

Daniel J. Cloherty
Alexandra Arnold
**CLOHERTY & STEINBERG LLP**
One Financial Center, Suite 1120
Boston, Massachusetts 02110
Telephone: (617) 481-0160
Facsimile: (617) 848-0830
dcloherty@clohertysteinberg.com
aarnold@clohertysteinberg.com

*Counsel for Plaintiffs*

_s/_ Brittany N. Lovejoy
Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
andrew.gass@lw.com
brittany.lovejoy@lw.com

Steven N. Feldman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
steve.feldman@lw.com

Sarang V. Damle
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
sy.damle@lw.com

*Counsel for Defendant Suno, Inc.*