**EXHIBIT A**

**Sound Recordings at Issue**

| # | Artist | Title | Reg. No. | Rights Owner |
|---|---|---|---|---|
| 1. | The Beach Boys | 409 | Capitol filed 2019-03-25 - USCA20001612 | Capitol Records, LLC |
| 2. | The Beach Boys | All I Wanna Do | Capitol filed 2019-03-25 - USGJP1300033 | Capitol Records, LLC |
| 3. | The Beach Boys | All Summer Long | Capitol filed 2019-03-25 - USCA20001636 | Capitol Records, LLC |
| 4. | The Beach Boys | Barbara Ann | Capitol filed 2019-03-25 - GBCBR0100608 | Capitol Records, LLC |
| 5. | The Beach Boys | Be True To Your School (Single Version) | Capitol filed 3.22.2019 - GBCBR0100593 | Capitol Records, LLC |
| 6. | The Beach Boys | California Dreamin' | SR0000902518 | Capitol Records, LLC |
| 7. | The Beach Boys | California Girls | Capitol filed CALIFORNIA GIRLS 3.22.2019 | Capitol Records, LLC |
| 8. | The Beach Boys | Caroline, No | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 9. | The Beach Boys | Catch A Wave | Capitol filed 3.22.2019 Catch A Wave | Capitol Records, LLC |
| 10. | The Beach Boys | Dance, Dance, Dance | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 11. | The Beach Boys | Darlin' | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 12. | The Beach Boys | Do It Again | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 13. | The Beach Boys | Do You Wanna Dance? | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 14. | The Beach Boys | Don't Back Down | Capitol filed 3.22.2019 Don't Back Down | Capitol Records, LLC |
| 15. | The Beach Boys | Don't Go Near The Water | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 16. | The Beach Boys | Don't Hurt My Little Sister | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 17. | The Beach Boys | Don't Talk (Put Your Head On My Shoulder) | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 18. | The Beach Boys | Don't Worry Baby | Capitol filed 3.22.2019 Don't Worry Baby | Capitol Records, LLC |
| 19. | The Beach Boys | Drive-In | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 20. | The Beach Boys | Fall Breaks And Back To Winter | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 21. | The Beach Boys | Farmer's Daughter | Capitol filed 3.22.2019 Farmer's Daughter | Capitol Records, LLC |
| 22. | The Beach Boys | Feel Flows | Capitol filed 2019-03-25 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 23. | The Beach Boys | Finders Keepers | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 24. | The Beach Boys | Forever | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 25. | The Beach Boys | Friends | Capitol filed FRIENDS 3.22.2019 | Capitol Records, LLC |
| 26. | The Beach Boys | Frosty The Snowman | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 27. | The Beach Boys | Fun, Fun, Fun | Capitol filed 3.22.2019 Fun, Fun, Fun | Capitol Records, LLC |
| 28. | The Beach Boys | Getting Hungry | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 29. | The Beach Boys | Girl Don't Tell Me | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 30. | The Beach Boys | Girls On The Beach | Capitol filed 3.22.2019 Girls On The Beach | Capitol Records, LLC |
| 31. | The Beach Boys | God Only Knows | Capitol filed GOD ONLY KNOWS 3.22.2019 | Capitol Records, LLC |
| 32. | The Beach Boys | Good To My Baby | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 33. | The Beach Boys | Good Vibrations | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 34. | The Beach Boys | Got To Know The Woman | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 35. | The Beach Boys | Graduation Day | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 36. | The Beach Boys | Hang On To Your Ego | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 37. | The Beach Boys | Hawaii | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 38. | The Beach Boys | Heads You Win, Tails I Lose | Capitol filed 3.22.2019 Heads You Win, Tails I Lose | Capitol Records, LLC |
| 39. | The Beach Boys | Help Me, Rhonda | Capitol filed 3.22.2019 Help Me, Rhonda | Capitol Records, LLC |
| 40. | The Beach Boys | Here Comes The Night | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 41. | The Beach Boys | Here Today | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 42. | The Beach Boys | Heroes And Villains | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 43. | The Beach Boys | Honky Tonk | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 44. | The Beach Boys | How She Boogalooed It | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 45. | The Beach Boys | Hully Gully | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 46. | The Beach Boys | Hushabye | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 47. | The Beach Boys | I Can Hear Music | Capitol filed 2019-03-25 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 48. | The Beach Boys | I Do | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 49. | The Beach Boys | I Get Around | Capitol filed 3.22.2019 I Get Around | Capitol Records, LLC |
| 50. | The Beach Boys | I Get Around/Little Deuce Coupe | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 51. | The Beach Boys | I Just Wasn't Made For These Times | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 52. | The Beach Boys | I Know There's An Answer | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 53. | The Beach Boys | I Was Made To Love Her | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 54. | The Beach Boys | I Went To Sleep | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 55. | The Beach Boys | I'd Love Just Once To See You | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 56. | The Beach Boys | I'll Be Home For Christmas | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 57. | The Beach Boys | I'm Bugged At My Ol' Man | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 58. | The Beach Boys | I'm So Young | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 59. | The Beach Boys | I'm Waiting For The Day | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 60. | The Beach Boys | In My Room | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 61. | The Beach Boys | In The Back Of My Mind | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 62. | The Beach Boys | In The Parkin' Lot | Capitol filed 3.22.2019 In The Parkin' Lot | Capitol Records, LLC |
| 63. | The Beach Boys | It's About Time | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 64. | The Beach Boys | Johnny B. Goode | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 65. | The Beach Boys | Keep An Eye On Summer | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 66. | The Beach Boys | Kiss Me, Baby | Capitol filed KISS ME, BABY 3.22.2019 | Capitol Records, LLC |
| 67. | The Beach Boys | Lana | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 68. | The Beach Boys | Land Ahoy | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 69. | The Beach Boys | Let Him Run Wild | Capitol filed LET HIM RUN WILD 3.22.2019 | Capitol Records, LLC |
| 70. | The Beach Boys | Let The Wind Blow | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 71. | The Beach Boys | Let's Go Away For Awhile | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 72. | The Beach Boys | Let's Go Trippin' | Capitol filed 2019-03-25 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 73. | The Beach Boys | Little Bird | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 74. | The Beach Boys | Little Deuce Coupe | Capitol filed 3.22.2019 - Little Deuce Coupe | Capitol Records, LLC |
| 75. | The Beach Boys | Little Girl (You're My Miss America) | Capitol filed 3.22.2019 Little Girl (You're My Miss America) | Capitol Records, LLC |
| 76. | The Beach Boys | Little Honda | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 77. | The Beach Boys | Little Pad | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 78. | The Beach Boys | Little Saint Nick | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 79. | The Beach Boys | Lonely Sea | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 80. | The Beach Boys | Long Promised Road | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 81. | The Beach Boys | Long Tall Texan | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 82. | The Beach Boys | Lookin' At Tomorrow (A Welfare Song) | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 83. | The Beach Boys | Louie Louie | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 84. | The Beach Boys | Mama Says | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 85. | The Beach Boys | Meant For You | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 86. | The Beach Boys | Merry Christmas, Baby | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 87. | The Beach Boys | Misirlou | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 88. | The Beach Boys | Monster Mash | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 89. | The Beach Boys | Moon Dawg | Capitol filed 3.22.2019 Moon Dawg | Capitol Records, LLC |
| 90. | The Beach Boys | Mountain Of Love | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 91. | The Beach Boys | Never Learn Not To Love | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 92. | The Beach Boys | Noble Surfer | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 93. | The Beach Boys | No-Go Showboat | Capitol filed 3.22.2019 No-Go Showboat | Capitol Records, LLC |
| 94. | The Beach Boys | Old Folks At Home / Ol' Man River | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 95. | The Beach Boys | Our Car Club | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 96. | The Beach Boys | Our Favorite Recording Sessions | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 97. | The Beach Boys | Our Prayer | Capitol filed 2019-03-25 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 98. | The Beach Boys | Our Sweet Love | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 99. | The Beach Boys | Papa-Oom-Mow-Mow | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 100. | The Beach Boys | Passing By | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 101. | The Beach Boys | Pet Sounds | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 102. | The Beach Boys | Please Let Me Wonder | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 103. | The Beach Boys | Pom Pom Play Girl | Capitol filed 3.22.2019 Pom Pom Play Girl | Capitol Records, LLC |
| 104. | The Beach Boys | Rocking Surfer | Capitol filed 3.22.2019 Rocking Surfer | Capitol Records, LLC |
| 105. | The Beach Boys | Salt Lake City | Capitol filed SALT LAKE CITY 3.22.2019 | Capitol Records, LLC |
| 106. | The Beach Boys | Santa's Beard | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 107. | The Beach Boys | She Knows Me Too Well | Capitol filed SHE KNOWS ME TOO WELL 3.22.2019 | Capitol Records, LLC |
| 108. | The Beach Boys | Shut Down | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 109. | The Beach Boys | Shut Down, Part II | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 110. | The Beach Boys | Sloop John B | Capitol filed SLOOP JOHN B 3.22.2019 | Capitol Records, LLC |
| 111. | The Beach Boys | South Bay Surfer | Capitol filed 3.22.2019 South Bay Surfer | Capitol Records, LLC |
| 112. | The Beach Boys | Spirit Of America | Capitol filed 3.22.2019 Spirit Of America | Capitol Records, LLC |
| 113. | The Beach Boys | Stoked | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 114. | The Beach Boys | Student Demonstration Time | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 115. | The Beach Boys | Summer Means New Love | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 116. | The Beach Boys | Summertime Blues | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 117. | The Beach Boys | Surf Jam | Capitol filed 3.22.2019 Surf Jam | Capitol Records, LLC |
| 118. | The Beach Boys | Surfer Girl | Capitol filed 3.22.2019 Surfer Girl | Capitol Records, LLC |
| 119. | The Beach Boys | Surfer's Rule | Capitol filed 3.22.2019 Surfer's Rule | Capitol Records, LLC |
| 120. | The Beach Boys | Surfin' | Capitol filed 3.22.2019 Surfin' | Capitol Records, LLC |
| 121. | The Beach Boys | Surfin' Safari | Capitol filed 3.22.2019 Surfin' Safari | Capitol Records, LLC |
| 122. | The Beach Boys | Surfin U.S.A. | Capitol filed 3.22.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 123. | The Beach Boys | Take A Load Off Your Feet | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 124. | The Beach Boys | Tears In The Morning | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 125. | The Beach Boys | Ten Little Indians | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 126. | The Beach Boys | That's Not Me | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 127. | The Beach Boys | The Baker Man | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 128. | The Beach Boys | The Girl From New York City | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 129. | The Beach Boys | The Little Girl I Once Knew | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 130. | The Beach Boys | The Little Old Lady From Pasadena | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 131. | The Beach Boys | The Man With All The Toys | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 132. | The Beach Boys | The Nearest Faraway Place | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 133. | The Beach Boys | The Shift | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 134. | The Beach Boys | The Surfer Moon | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 135. | The Beach Boys | The Times They Are A-Changin' | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 136. | The Beach Boys | The Wanderer | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 137. | The Beach Boys | The Warmth Of The Sun | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 138. | The Beach Boys | Their Hearts Were Full Of Spring | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 139. | The Beach Boys | Then I Kissed Her | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 140. | The Beach Boys | There's No Other (Like My Baby) | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 141. | The Beach Boys | This Car Of Mine | Capitol filed 3.22.2019 This Car Of Mine | Capitol Records, LLC |
| 142. | The Beach Boys | This Whole World | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 143. | The Beach Boys | 'Til I Die | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 144. | The Beach Boys | Time To Get Alone | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 145. | The Beach Boys | Transcendental Meditation | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 146. | The Beach Boys | Trombone Dixie | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 147. | The Beach Boys | Vegetables | Capitol filed 2019-03-25 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 148. | The Beach Boys | Wake The World | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 149. | The Beach Boys | Walk On By | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 150. | The Beach Boys | We Three Kings Of Orient Are | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 151. | The Beach Boys | We'll Run Away | Capitol filed 3.22.2019 We'll Run Away | Capitol Records, LLC |
| 152. | The Beach Boys | Wendy | Capitol filed 3.22.2019 Wendy | Capitol Records, LLC |
| 153. | The Beach Boys | We're Together Again | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 154. | The Beach Boys | When A Man Needs A Woman | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 155. | The Beach Boys | When I Grow Up (To Be A Man) | Capitol filed 3.22.2019 When I Grow Up (To Be A Man) | Capitol Records, LLC |
| 156. | The Beach Boys | Whistle In | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 157. | The Beach Boys | White Christmas | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 158. | The Beach Boys | Why Do Fools Fall In Love | Capitol filed 3.22.2019 Why Do Fools Fall In Love | Capitol Records, LLC |
| 159. | The Beach Boys | Wild Honey | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 160. | The Beach Boys | Wind Chimes | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 161. | The Beach Boys | With Me Tonight | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 162. | The Beach Boys | Wonderful | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 163. | The Beach Boys | Wouldn't It Be Nice | Capitol filed 3.22.2019 - 5 | Capitol Records, LLC |
| 164. | The Beach Boys | You Still Believe In Me | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 165. | The Beach Boys | Your Summer Dream | Capitol filed 3.22.2019 Your Summer Dream | Capitol Records, LLC |
| 166. | The Beach Boys | You're So Good to Me | Capitol filed YOU'RE SO GOOD TO ME 3.22.2019 | Capitol Records, LLC |
| 167. | The Beach Boys | You're So Good To Me (Instrumental) | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 168. | The Beach Boys | You're Welcome | Capitol filed 2019-03-25 | Capitol Records, LLC |
| 169. | The Beatles | A Day In The Life | Capitol filed A DAY IN THE LIFE 3.13.2019 | Capitol Records, LLC |
| 170. | The Beatles | A Hard Day's Night | Capitol filed A HARD DAY'S NIGHT 3.13.2019 | Capitol Records, LLC |
| 171. | The Beatles | A Taste of Honey | Capitol filed A TASTE OF HONEY 3.13.2019 | Capitol Records, LLC |
| 172. | The Beatles | Across The Universe | Capitol filed ACROSS THE UNIVERSE 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 173. | The Beatles | Act Naturally | Capitol filed ACT NATURALLY 3.13.2019 | Capitol Records, LLC |
| 174. | The Beatles | All I've Got To Do | Capitol filed ALL I'VE GOT TO DO 3.13.2019 | Capitol Records, LLC |
| 175. | The Beatles | All My Loving | Capitol filed ALL MY LOVING 3.13.2019 | Capitol Records, LLC |
| 176. | The Beatles | All Together Now | Capitol filed ALL TOGETHER NOW 3.13.2019 | Capitol Records, LLC |
| 177. | The Beatles | All You Need Is Love | Capitol filed ALL YOU NEED IS LOVE 3.13.2019 | Capitol Records, LLC |
| 178. | The Beatles | And I Love Her | Capitol filed AND I LOVE HER 3.13.2019 | Capitol Records, LLC |
| 179. | The Beatles | And Your Bird Can Sing | Capitol filed AND YOUR BIRD CAN SING 3.13.2019 | Capitol Records, LLC |
| 180. | The Beatles | Anna (Go To Him) | Capitol filed ANNA (GO TO HIM) 3.13.2019 | Capitol Records, LLC |
| 181. | The Beatles | Another Girl | Capitol filed ANOTHER GIRL 3.13.2019 | Capitol Records, LLC |
| 182. | The Beatles | Any Time At All | Capitol filed ANY TIME AT ALL 3.13.2019 | Capitol Records, LLC |
| 183. | The Beatles | Ask Me Why | Capitol filed ASK ME WHY 3.13.2019 | Capitol Records, LLC |
| 184. | The Beatles | Baby It's You | Capitol filed BABY IT'S YOU 3.13.2019 | Capitol Records, LLC |
| 185. | The Beatles | Baby You're A Rich Man | Capitol filed BABY YOU'RE A RICH MAN 3.13.2019 | Capitol Records, LLC |
| 186. | The Beatles | Baby's In Black | Capitol filed BABY'S IN BLACK 3.13.2019 | Capitol Records, LLC |
| 187. | The Beatles | Back In The U.S.S.R. | Capitol filed BACK IN THE U.S.S.R 3.13.2019 | Capitol Records, LLC |
| 188. | The Beatles | Bad Boy | Capitol filed BAD BOY 3.13.2019 | Capitol Records, LLC |
| 189. | The Beatles | Because of You | Capitol filed BECAUSE 3.13.2019 | Capitol Records, LLC |
| 190. | The Beatles | Being For The Benefit of Mr Kite! | Capitol filed BEING FOR THE BENEFIT OF MR KITE! 3.13.2019 | Capitol Records, LLC |
| 191. | The Beatles | Birthday | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 192. | The Beatles | Blackbird | Capitol filed BLACKBIRD 3.13.2019 | Capitol Records, LLC |
| 193. | The Beatles | Blue Jay Way | Capitol filed BLUE JAY WAY 3.13.2019 | Capitol Records, LLC |
| 194. | The Beatles | Boys | Capitol filed BOYS 3.13.2019 | Capitol Records, LLC |
| 195. | The Beatles | Can't Buy Me Love | Capitol filed CAN'T BUY ME LOVE 3.13.2019 | Capitol Records, LLC |
| 196. | The Beatles | Carry That Weight | Capitol filed CARRY THAT WEIGHT 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 197. | The Beatles | Chains | Capitol filed CHAINS 3.13.2019 | Capitol Records, LLC |
| 198. | The Beatles | Come Together | Capitol filed COME TOGETHER 3.13.2019 | Capitol Records, LLC |
| 199. | The Beatles | Cry Baby Cry | Capitol filed CRY BABY CRY 3.13.2019 | Capitol Records, LLC |
| 200. | The Beatles | Day Tripper | Capitol filed DAY TRIPPER 3.13.2019 | Capitol Records, LLC |
| 201. | The Beatles | Dear Prudence | Capitol filed DEAR PRUDENCE 3.13.2019 | Capitol Records, LLC |
| 202. | The Beatles | Devil In Her Heart | Capitol filed DEVIL IN HER HEART 3.13.2019 | Capitol Records, LLC |
| 203. | The Beatles | Dig It | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 204. | The Beatles | Dizzy Miss Lizzy | Capitol filed DIZZY MISS LIZZY 3.13.2019 | Capitol Records, LLC |
| 205. | The Beatles | Do You Want To Know A Secret | Capitol filed DO YOU WANT TO KNOW A SECRET 3.13.2019 | Capitol Records, LLC |
| 206. | The Beatles | Don't Bother Me | Capitol filed DON'T BOTHER ME 3.13.2019 | Capitol Records, LLC |
| 207. | The Beatles | Don't Let Me Down | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 208. | The Beatles | Don't Pass Me By | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 209. | The Beatles | Drive My Car | Capitol filed DRIVE MY CAR 3.13.2019 | Capitol Records, LLC |
| 210. | The Beatles | Eight Days A Week | Capitol filed EIGHT DAYS A WEEK 3.13.2019 | Capitol Records, LLC |
| 211. | The Beatles | Eleanor Rigby | Capitol filed 3.13.2019 - Eleanor Rigby | Capitol Records, LLC |
| 212. | The Beatles | Every Little Thing | Capitol filed 3.13.2019 - Every Little Thing | Capitol Records, LLC |
| 213. | The Beatles | Everybody's Got Something To Hide Except Me And My Monkey | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 214. | The Beatles | Everybody's Trying To Be My Baby | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 215. | The Beatles | Fixing A Hole | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 216. | The Beatles | Flying | Capitol filed 3.13.2019 - Flying | Capitol Records, LLC |
| 217. | The Beatles | For No One | Capitol filed FOR NO ONE 3.13.2019 | Capitol Records, LLC |
| 218. | The Beatles | For You Blue | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 219. | The Beatles | From Me To You | Capitol filed From Me To You 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 220. | The Beatles | Get Back | Capitol filed Get Back 3.13.2019 | Capitol Records, LLC |
| 221. | The Beatles | Getting Better | Capitol filed Getting Better 3.13.2019 | Capitol Records, LLC |
| 222. | The Beatles | Girl | Capitol filed 3.13.2019 - Girl | Capitol Records, LLC |
| 223. | The Beatles | Glass Onion | Capitol filed GLASS ONION 3.13.2019 | Capitol Records, LLC |
| 224. | The Beatles | Golden Slumbers | Capitol filed Golden Slumbers 3.13.2019 | Capitol Records, LLC |
| 225. | The Beatles | Good Day Sunshine | Capitol filed GOOD DAY SUNSHINE 3.13.2019 | Capitol Records, LLC |
| 226. | The Beatles | Good Morning Good Morning | Capitol filed GOOD MORNING GOOD MORNING 3.13.2019 | Capitol Records, LLC |
| 227. | The Beatles | Good Night | Capitol filed GOOD NIGHT 3.13.2019 | Capitol Records, LLC |
| 228. | The Beatles | Got To Get You Into My Life | Capitol filed Got To Get You Into My Life 3.13.2019 | Capitol Records, LLC |
| 229. | The Beatles | Happiness Is A Warm Gun | Capitol filed HAPPINESS IS A WARM GUN 3.13.2019 | Capitol Records, LLC |
| 230. | The Beatles | Hello, Goodbye | Capitol filed HELLO, GOODBYE 3.13.2019 | Capitol Records, LLC |
| 231. | The Beatles | Help! | Capitol filed HELP! 3.13.2019 | Capitol Records, LLC |
| 232. | The Beatles | Helter Skelter | Capitol filed HELTER SKELTER 3.13.2019 | Capitol Records, LLC |
| 233. | The Beatles | Her Majesty | Capitol filed Her Majesty 3.13.2019 | Capitol Records, LLC |
| 234. | The Beatles | Here Comes The Sun | Capitol filed HERE COMES THE SUN 3.13.2019 | Capitol Records, LLC |
| 235. | The Beatles | Here, There And Everywhere | Capitol filed HERE, THERE AND EVERYWHERE 3.13.2019 | Capitol Records, LLC |
| 236. | The Beatles | Hey Bulldog | Capitol filed HEY BULLDOG 3.13.2019 | Capitol Records, LLC |
| 237. | The Beatles | Hey Jude | Capitol filed HEY JUDE 3.13.2019 | Capitol Records, LLC |
| 238. | The Beatles | Hold Me Tight | Capitol filed HOLD ME TIGHT 3.13.2019 | Capitol Records, LLC |
| 239. | The Beatles | Honey Don't | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 240. | The Beatles | Honey Pie | Capitol filed Honey Pie 3.13.2019 | Capitol Records, LLC |
| 241. | The Beatles | I Am The Walrus | Capitol filed I Am The Walrus 3.13.2019 | Capitol Records, LLC |
| 242. | The Beatles | I Call Your Name | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 243. | The Beatles | I Don't Want To Spoil The Party | Capitol filed 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 244. | The Beatles | I Feel Fine | Capitol filed I Feel Fine 3.13.2019 | Capitol Records, LLC |
| 245. | The Beatles | I Me Mine | Capitol filed I ME MINE 3.13.2019 | Capitol Records, LLC |
| 246. | The Beatles | I Need You | Capitol filed I Need You 3.13.2019 | Capitol Records, LLC |
| 247. | The Beatles | I Saw Her Standing There | Capitol filed I SAW HER STANDING THERE 3.13.2019 | Capitol Records, LLC |
| 248. | The Beatles | I Should Have Known Better | Capitol filed I Should Have Known Better 3.13.2019 | Capitol Records, LLC |
| 249. | The Beatles | I Wanna Be Your Man | Capitol filed I Wanna Be Your Man 3.13.2019 | Capitol Records, LLC |
| 250. | The Beatles | I Want To Hold Your Hand | Capitol filed I WANT TO HOLD YOUR HAND 3.13.2019 | Capitol Records, LLC |
| 251. | The Beatles | I Want To Tell You | Capitol filed I Want To Tell You 3.13.2019 | Capitol Records, LLC |
| 252. | The Beatles | I Want You (She's So Heavy) | Capitol filed I WANT YOU (SHE'S SO HEAVY) 3.13.2019 | Capitol Records, LLC |
| 253. | The Beatles | I Will | Capitol filed I WILL 3.13.2019 | Capitol Records, LLC |
| 254. | The Beatles | I’m Happy Just To Dance With You | Capitol filed I'M HAPPY JUST TO DANCE WITH YOU 3.13.2019 | Capitol Records, LLC |
| 255. | The Beatles | If I Fell | Capitol filed If I Fell 3.13.2019 | Capitol Records, LLC |
| 256. | The Beatles | If I Needed Someone | Capitol filed If I Needed Someone 3.13.2019 | Capitol Records, LLC |
| 257. | The Beatles | I'll Be Back | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 258. | The Beatles | I'll Cry Instead | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 259. | The Beatles | I'll Follow The Sun | Capitol filed I'll Follow The Sun 3.13.2019 | Capitol Records, LLC |
| 260. | The Beatles | I'll Get You | Capitol filed I'll Get You 3.13.2019 | Capitol Records, LLC |
| 261. | The Beatles | I'm A Loser | Capitol filed I'm A Loser 3.13.2019 | Capitol Records, LLC |
| 262. | The Beatles | I'm Down | Capitol filed I'm Down 3.13.2019 | Capitol Records, LLC |
| 263. | The Beatles | I'm Looking Through You | Capitol filed I'm Looking Through You 3.13.2019 | Capitol Records, LLC |
| 264. | The Beatles | I'm Only Sleeping | Capitol filed I'm Only Sleeping 3.13.2019 | Capitol Records, LLC |
| 265. | The Beatles | I'm So Tired | Capitol filed I'm So Tired 3.13.2019 | Capitol Records, LLC |
| 266. | The Beatles | In My Life | Capitol filed IN MY LIFE 3.13.2019 | Capitol Records, LLC |
| 267. | The Beatles | It Won't Be Long | Capitol filed It Won't Be Long 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 268. | The Beatles | It's All Too Much | Capitol filed It's All Too Much 3.13.2019 | Capitol Records, LLC |
| 269. | The Beatles | It's Only Love | Capitol filed It's Only Love 3.13.2019 | Capitol Records, LLC |
| 270. | The Beatles | I've Got A Feeling | Capitol filed I've Got A Feeling 3.13.2019 | Capitol Records, LLC |
| 271. | The Beatles | I'Ve Just Seen A Face | Capitol filed I've Just Seen A Face 3.13.2019 | Capitol Records, LLC |
| 272. | The Beatles | Julia | Capitol filed JULIA 3.13.2019 | Capitol Records, LLC |
| 273. | The Beatles | Kansas City / Hey-Hey-Hey-Hey | Capitol filed Kansas City/Hey-Hey-Hey-Hey 3.13.2019 | Capitol Records, LLC |
| 274. | The Beatles | Komm Gib Mir Deine Hand | Capitol filed Komm, Gib Mir Deine Hand 3.13.2019 | Capitol Records, LLC |
| 275. | The Beatles | Lady Madonna | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 276. | The Beatles | Let It Be | Capitol filed LET IT BE 3.13.2019 | Capitol Records, LLC |
| 277. | The Beatles | Little Child | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 278. | The Beatles | Long Tall Sally | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 279. | The Beatles | Long, Long, Long | Capitol filed Long Long Long 3.13.2019 | Capitol Records, LLC |
| 280. | The Beatles | Love Me Do | Capitol filed LOVE ME DO 3.13.2019 | Capitol Records, LLC |
| 281. | The Beatles | Love You To | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 282. | The Beatles | Lovely Rita | Capitol filed Lovely Rita 3.13.2019 | Capitol Records, LLC |
| 283. | The Beatles | Lucy In The Sky With Diamonds | Capitol filed Lucy In The Sky With Diamonds 3.13.2019 | Capitol Records, LLC |
| 284. | The Beatles | Maggie Mae | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 285. | The Beatles | Magical Mystery Tour | Captiol filed Magical Mystery Tour 3.13.2019 | Capitol Records, LLC |
| 286. | The Beatles | March Of The Meanies | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 287. | The Beatles | Martha My Dear | Capitol filed Martha My Dear 3.13.2019 | Capitol Records, LLC |
| 288. | The Beatles | Matchbox | Capitol filed Matchbox 3.13.2019 | Capitol Records, LLC |
| 289. | The Beatles | Maxwell's Silver Hammer | Capitol filed MAXWELL'S SILVER HAMMER 3.13.2019 | Capitol Records, LLC |
| 290. | The Beatles | Mean Mr Mustard | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 291. | The Beatles | Michelle | Capitol filed Michelle 3.13.2019 | Capitol Records, LLC |
| 292. | The Beatles | Misery | Capitol filed Misery 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 293. | The Beatles | Money (That's What I Want) | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 294. | The Beatles | Mother Nature's Son | Capitol filed MOTHER NATURE'S SON 3.13.2019 | Capitol Records, LLC |
| 295. | The Beatles | Mr Moonlight | Capitol filed MR MOONLIGHT 3.13.2019 | Capitol Records, LLC |
| 296. | The Beatles | No Reply | Capitol filed NO REPLY 3.13.2019 | Capitol Records, LLC |
| 297. | The Beatles | Norwegian Wood (This Bird Has Flown) | Capitol filed NORWEGIAN WOOD (THIS BIRD HAS FLOWN) 3.13.2019 | Capitol Records, LLC |
| 298. | The Beatles | Not A Second Time | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 299. | The Beatles | Nowhere Man | Capitol filed NOWHERE MAN 3.13.2019 | Capitol Records, LLC |
| 300. | The Beatles | Ob-La-Di, Ob-La-Da | Capitol filed OB-LA-DI, OB-LA-DA 3.13.2019 | Capitol Records, LLC |
| 301. | The Beatles | Octupus's Garden | Capitol filed OCTOPUS'S GARDEN 3.13.2019 | Capitol Records, LLC |
| 302. | The Beatles | Oh! Darling | Capitol filed OH! DARLING 3.13.2019 | Capitol Records, LLC |
| 303. | The Beatles | Old Brown Shoe | Capitol filed Old Brown Shoe 3.13.2019 | Capitol Records, LLC |
| 304. | The Beatles | One After 909 | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 305. | The Beatles | Only A Northern Song | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 306. | The Beatles | P.S. I Love You | Capitol filed P.S. I Love You 3.13.2019 | Capitol Records, LLC |
| 307. | The Beatles | Paperback Writer | Capitol filed PAPERBACK WRITER 3.13.2019 | Capitol Records, LLC |
| 308. | The Beatles | Penny Lane | Capitol filed PENNY LANE 3.13.2019 | Capitol Records, LLC |
| 309. | The Beatles | Pepperland | Capitol filed Pepperland 3.13.2019 | Capitol Records, LLC |
| 310. | The Beatles | Pepperland Laid Waste | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 311. | The Beatles | Piggies | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 312. | The Beatles | Please Mister Postman | Capitol filed PLEASE MISTER POSTMAN 3.13.2019 | Capitol Records, LLC |
| 313. | The Beatles | Please Please Me | Capitol filed PLEASE PLEASE ME 3.13.2019 | Capitol Records, LLC |
| 314. | The Beatles | Polythene Pam | Capitol filed POLYTHENE PAM 3.13.2019 | Capitol Records, LLC |
| 315. | The Beatles | Rain | Capitol filed RAIN 3.13.2019 | Capitol Records, LLC |
| 316. | The Beatles | Revolution | Capitol filed REVOLUTION 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 317. | The Beatles | Revolution 9 | Capitol filed Revolution 9 3.13.2019 | Capitol Records, LLC |
| 318. | The Beatles | Rock And Roll Music | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 319. | The Beatles | Rocky Raccoon | Capitol filed ROCKY RACCOON 3.13.2019 | Capitol Records, LLC |
| 320. | The Beatles | Roll Over Beethoven | Capitol filed ROLL OVER BEETHOVEN 3.13.2019 | Capitol Records, LLC |
| 321. | The Beatles | Run For Your Life | Capitol filed RUN FOR YOUR LIFE 3.13.2019 | Capitol Records, LLC |
| 322. | The Beatles | Savoy Truffle | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 323. | The Beatles | Sea Of Holes | Capitol filed Sea Of Holes 3.13.2019 | Capitol Records, LLC |
| 324. | The Beatles | Sea Of Monsters | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 325. | The Beatles | Sea Of Time | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 326. | The Beatles | Sexy Sadie | Capitol filed SEXY SADIE 3.13.2019 | Capitol Records, LLC |
| 327. | The Beatles | Sgt Pepper'S Lonely Hearts Club Band | Capitol filed Sgt Pepper's Lonely Hearts Club Band 3.13.2019 | Capitol Records, LLC |
| 328. | The Beatles | Sgt Pepper's Lonely Hearts Club Band (Reprise) | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 329. | The Beatles | She Came In Through The Bathroom Window | Capitol filed SHE CAME IN THROUGH THE BATHROOM WINDOW 3.13.2019 | Capitol Records, LLC |
| 330. | The Beatles | She Loves You | Capitol filed She Loves You 3.13.2019 | Capitol Records, LLC |
| 331. | The Beatles | She Said She Said | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 332. | The Beatles | She's A Woman | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 333. | The Beatles | She's Leaving Home | Capitol filed SHE'S LEAVING HOME 3.13.2019 | Capitol Records, LLC |
| 334. | The Beatles | Sie Liebt Dich | Capitol filed SIE LIEBT DICH 3.13.2019 | Capitol Records, LLC |
| 335. | The Beatles | Slow Down | Capitol filed SLOW DOWN 3.13.2019 | Capitol Records, LLC |
| 336. | The Beatles | Something | Capitol filed SOMETHING 3.13.2019 | Capitol Records, LLC |
| 337. | The Beatles | Strawberry Fields Forever | Capitol filed STRAWBERRY FIELDS FOREVER 3.13.2019 | Capitol Records, LLC |
| 338. | The Beatles | Sun King | Capitol filed SUN KING 3.13.2019 | Capitol Records, LLC |
| 339. | The Beatles | Taxman | Capitol filed TAXMAN 3.13.2019 | Capitol Records, LLC |
| 340. | The Beatles | Tell Me What You See | Capitol filed 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 341. | The Beatles | Tell Me Why | Capitol filed TELL ME WHY 3.13.2019 | Capitol Records, LLC |
| 342. | The Beatles | Thank You Girl | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 343. | The Beatles | The Ballad Of John And Yoko | Capitol filed THE BALLAD OF JOHN AND YOKO 3.13.2019 | Capitol Records, LLC |
| 344. | The Beatles | The Continuing Story Of Bungalow Bill | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 345. | The Beatles | The End | Capitol filed THE END 3.13.2019 | Capitol Records, LLC |
| 346. | The Beatles | The Fool On The Hill | Capitol filed THE FOOL ON THE HILL 3.13.2019 | Capitol Records, LLC |
| 347. | The Beatles | The Inner Light | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 348. | The Beatles | The Long And Winding Road | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 349. | The Beatles | The Night Before | Capitol filed THE NIGHT BEFORE 3.13.2019 | Capitol Records, LLC |
| 350. | The Beatles | The Word | Capitol filed THE WORD 3.13.2019 | Capitol Records, LLC |
| 351. | The Beatles | There's A Place | Capitol filed THERE'S A PLACE 3.13.2019 | Capitol Records, LLC |
| 352. | The Beatles | Things We Said Today | Capitol filed THINGS WE SAID TODAY 3.13.2019 | Capitol Records, LLC |
| 353. | The Beatles | Think For Yourself | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 354. | The Beatles | This Boy | Capitol filed THIS BOY 3.13.2019 | Capitol Records, LLC |
| 355. | The Beatles | Ticket To Ride | Capitol filed TICKET TO RIDE 3.13.2019 | Capitol Records, LLC |
| 356. | The Beatles | Till There Was You | Capitol filed TILL THERE WAS YOU 3.13.2019 | Capitol Records, LLC |
| 357. | The Beatles | Tomorrow Never Knows | Capitol filed TOMORROW NEVER KNOWS 3.13.2019 | Capitol Records, LLC |
| 358. | The Beatles | Twist And Shout | Capitol filed TWIST AND SHOUT 3.13.2019 | Capitol Records, LLC |
| 359. | The Beatles | Two Of Us | Capitol filed Two Of Us 3.13.2019 | Capitol Records, LLC |
| 360. | The Beatles | Wait | Capitol filed WAIT 3.13.2019 | Capitol Records, LLC |
| 361. | The Beatles | We Can Work It Out | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 362. | The Beatles | What Goes On | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 363. | The Beatles | What You're Doing | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 364. | The Beatles | When I Get Home | Capitol filed When I Get Home 3.13.2019 | Capitol Records, LLC |
| 365. | The Beatles | When I'm Sixty Four | Capitol filed 3.13.2019 | Capitol Records, LLC |

| | | | | |
|---|---|---|---|---|
| 366. | The Beatles | While My Guitar Gently Weeps | Capitol filed WHILE MY GUITAR GENTLY WEEPS 3.13.2019 | Capitol Records, LLC |
| 367. | The Beatles | Why Don't We Do It In The Road | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 368. | The Beatles | Wild Honey Pie | Capitol filed WILD HONEY PIE 3.13.2019 | Capitol Records, LLC |
| 369. | The Beatles | With A Little Help From My Friends | Capitol filed WITH A LITTLE HELP FROM MY FRIENDS 3.13.2019 | Capitol Records, LLC |
| 370. | The Beatles | Within You Without You | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 371. | The Beatles | Words Of Love | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 372. | The Beatles | Yellow Submarine | Capitol filed Yellow Submarine 3.13.2019 | Capitol Records, LLC |
| 373. | The Beatles | Yellow Submarine In Pepperland | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 374. | The Beatles | Yer Blues | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 375. | The Beatles | Yes It Is | Capitol filed YES IT IS 3.13.2019 | Capitol Records, LLC |
| 376. | The Beatles | Yesterday | Capitol filed YESTERDAY 3.13.2019 | Capitol Records, LLC |
| 377. | The Beatles | You Can't Do That | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 378. | The Beatles | You Know My Name | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 379. | The Beatles | You Like Me Too Much | Capitol filed YOU LIKE ME TOO MUCH 3.13.2019 | Capitol Records, LLC |
| 380. | The Beatles | You Never Give Me Your Money | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 381. | The Beatles | You Really Got A Hold On Me | Capitol filed YOU REALLY GOT A HOLD ON ME 3.13.2019 | Capitol Records, LLC |
| 382. | The Beatles | You Won't See Me | Capitol filed 3.13.2019 | Capitol Records, LLC |
| 383. | The Beatles | Your Mother Should Know | Capitol filed YOUR MOTHER SHOULD KNOW 3.13.2019 | Capitol Records, LLC |
| 384. | The Beatles | You're Going To Lose That Girl | Capitol filed YOU'RE GOING TO LOSE THAT GIRL 3.13.2019 | Capitol Records, LLC |
| 385. | The Beatles | You've Got To Hide Your Love Away | Capitol filed YOU'VE GOT TO HIDE YOUR LOVE AWAY 3.13.2019 | Capitol Records, LLC |
| 386. | Michael Jackson | Billie Jean | SR0000041965 | Sony Music Entertainment |
| 387. | Michael Jackson | Beat It | SR0000041965 | Sony Music Entertainment |

| | | | | |
|---|---|---|---|---|
| 388. | Michael Jackson | Thriller | SR0000041965 | Sony Music Entertainment |
| 389. | Michael Jackson | Rock With You | SR0000011120 | Sony Music Entertainment |
| 390. | Michael Jackson | Smooth Criminal | SR0000084256 | Sony Music Entertainment |
| 391. | Michael Jackson | Don't Stop 'Til You Get Enough | SR0000011105 | Sony Music Entertainment |
| 392. | Michael Jackson | P.Y.T. (Pretty Young Thing) | SR0000041965 | Sony Music Entertainment |
| 393. | Michael Jackson | The Way You Make Me Feel | SR0000084256 | Sony Music Entertainment |
| 394. | Michael Jackson | Man in the Mirror | SR0000084256 | Sony Music Entertainment |
| 395. | Michael Jackson | Remember the Time | SR0000178165 | Sony Music Entertainment |
| 396. | Michael Jackson | Bad | SR0000084256 | Sony Music Entertainment |
| 397. | Michael Jackson | Wanna Be Startin' Somethin' | SR0000041965 | Sony Music Entertainment |
| 398. | Michael Jackson | You Rock My World | SR0000791010 | Sony Music Entertainment |
| 399. | Michael Jackson | Chicago | SR0000754292 | Sony Music Entertainment |
| 400. | Michael Jackson | Black or White | SR0000178165 | Sony Music Entertainment |
| 401. | Michael Jackson | Human Nature | SR0000041965 | Sony Music Entertainment |
| 402. | Michael Jackson | Dirty Diana | SR0000084256 | Sony Music Entertainment |
| 403. | Michael Jackson | You Are Not Alone | SR0000212660 | Sony Music Entertainment |
| 404. | Michael Jackson | Off The Wall | SR0000011120 | Sony Music Entertainment |
| 405. | Michael Jackson | Heaven Can Wait | SR0000304780 | Sony Music Entertainment |
| 406. | Michael Jackson | They Don't Care About Us | SR0000212660 | Sony Music Entertainment |
| 407. | Michael Jackson | The Lady In My Life | SR0000041965 | Sony Music Entertainment |
| 408. | Michael Jackson | The Girl Is Mine | SR0000041013/SR0000042782 | Sony Music Entertainment |
| 409. | Michael Jackson | Butterflies | SR0000304780 | Sony Music Entertainment |
| 410. | Michael Jackson | Baby Be Mine | SR0000041965 | Sony Music Entertainment |
| 411. | Michael Jackson | Heal the World | SR0000178165 | Sony Music Entertainment |
| 412. | Michael Jackson | Earth Song | SR0000212660 | Sony Music Entertainment |

| | | | | |
|---|---|---|---|---|
| 413. | Michael Jackson | I Can't Help It | SR0000011120 | Sony Music Entertainment |
| 414. | Michael Jackson | I Just Can't Stop Loving You | SR0000822650 | Sony Music Entertainment |
| 415. | Michael Jackson | Workin' Day and Night | SR0000011120 | Sony Music Entertainment |
| 416. | Michael Jackson | Leave Me Alone | SR0000084255 | Sony Music Entertainment |
| 417. | Michael Jackson | Will You Be There | SR0000178165 | Sony Music Entertainment |
| 418. | Michael Jackson | Beat It (2008 with Fergie Remix) | SR0000613501 | Sony Music Entertainment |
| 419. | Michael Jackson | Dangerous | SR0000178165 | Sony Music Entertainment |
| 420. | Michael Jackson | Jam | SR0000178165 | Sony Music Entertainment |
| 421. | Michael Jackson | Liberian Girl | SR0000084256 | Sony Music Entertainment |
| 422. | Michael Jackson | She's Out Of My Life | SR0000011120 | Sony Music Entertainment |
| 423. | Michael Jackson | In the Closet | SR0000178165 | Sony Music Entertainment |
| 424. | Michael Jackson | Another Part Of Me | SR0000084256 | Sony Music Entertainment |
| 425. | Michael Jackson | Love Never Felt So Good | SR0000754292 | Sony Music Entertainment |
| 426. | Ray Charles | Two Old Cats Like Us | SR0000058443 | Sony Music Entertainment |
| 427. | Ray Charles | This Old Heart (Is Gonna Rise Again) | SR0000058443 | Sony Music Entertainment |
| 428. | Ray Charles | We Didn't See a Thing | SR0000058443 | Sony Music Entertainment |
| 429. | Ray Charles | Who Cares | SR0000058443 | Sony Music Entertainment |
| 430. | Ray Charles | Rock and Roll Shoes | SR0000057170 | Sony Music Entertainment |
| 431. | Ray Charles | Friendship | SR0000058443 | Sony Music Entertainment |
| 432. | Ray Charles | It Ain't Gonna Worry My Mind | SR0000058443 | Sony Music Entertainment |
| 433. | Ray Charles | Little Hotel Room | SR0000058443 | Sony Music Entertainment |
| 434. | Ray Charles | Crazy Old Soldier | SR0000058443 | Sony Music Entertainment |
| 435. | Ray Charles | Seven Spanish Angels | SR0000058443 | Sony Music Entertainment |
| 436. | ABBA | Andante, Andante | SR0000024153 | UMG Recordings, Inc. |
| 437. | ABBA | Angel Eyes | SR0000010318 | UMG Recordings, Inc. |

| | | | | |
|---|---|---|---|---|
| 438. | ABBA | Chiquitita | SR0000010318 | UMG Recordings, Inc. |
| 439. | ABBA | Dancing Queen | SR0000303039 | UMG Recordings, Inc. |
| 440. | ABBA | Does Your Mother Know | SR0000009415 | UMG Recordings, Inc. |
| 441. | ABBA | Eagle | SR0000000071 | UMG Recordings, Inc. |
| 442. | ABBA | Estoy Sonando | SR0000025354 | UMG Recordings, Inc. |
| 443. | ABBA | Fernando | SR0000025354 | UMG Recordings, Inc. |
| 444. | ABBA | Happy New Year | SR0000024153 | UMG Recordings, Inc. |
| 445. | ABBA | Head Over Heels | SR0000031826 | UMG Recordings, Inc. |
| 446. | ABBA | Honey, Honey | N00000016810 / RE0000867304 | UMG Recordings, Inc. |
| 447. | ABBA | I Do, I Do, I Do, I Do, I Do | SR0000040286 | UMG Recordings, Inc. |
| 448. | ABBA | I Have A Dream | SR0000010318 | UMG Recordings, Inc. |
| 449. | ABBA | If It Wasn't For The Nights | SR0000010318 | UMG Recordings, Inc. |
| 450. | ABBA | I've Been Waiting For You | SR0000303039 | UMG Recordings, Inc. |
| 451. | ABBA | Knowing Me, Knowing You | N000038737; SR0000814798 | UMG Recordings, Inc. |
| 452. | ABBA | Lay All Your Love On Me | SR0000024153 | UMG Recordings, Inc. |
| 453. | ABBA | Mamma Mia | N00000026084 | UMG Recordings, Inc. |
| 454. | ABBA | Money, Money, Money | N000038737 / SR0000814798 | UMG Recordings, Inc. |
| 455. | ABBA | My Love, My Life | N000038737 / SR0000814798 | UMG Recordings, Inc. |
| 456. | ABBA | On And On And On | SR0000024153 | UMG Recordings, Inc. |
| 457. | ABBA | One Of Us | SR0000031826 | UMG Recordings, Inc. |
| 458. | ABBA | Our Last Summer | SR0000024153 | UMG Recordings, Inc. |
| 459. | ABBA | Ring Ring | SR0000040286 / SR0000303049 | UMG Recordings, Inc. |
| 460. | ABBA | S.O.S. | N00000024436 | UMG Recordings, Inc. |
| 461. | ABBA | Slipping Through My Fingers | SR0000031826 | UMG Recordings, Inc. |
| 462. | ABBA | So Long | SR0000040286 | UMG Recordings, Inc. |

| | | | | |
|---|---|---|---|---|
| 463. | ABBA | Super Trouper | SR0000024153 | UMG Recordings, Inc. |
| 464. | ABBA | Take A Chance On Me | SR0000000071 | UMG Recordings, Inc. |
| 465. | ABBA | Thank You For The Music | SR0000000071 | UMG Recordings, Inc. |
| 466. | ABBA | The Day Before You Came | SR0000039662 | UMG Recordings, Inc. |
| 467. | ABBA | The Name Of The Game | SR0000000071 | UMG Recordings, Inc. |
| 468. | ABBA | The Winner Takes It All | SR0000054688 | UMG Recordings, Inc. |
| 469. | ABBA | Voulez-Vous | SR0000010318 | UMG Recordings, Inc. |
| 470. | ABBA | Waterloo | N00000016810 / RE0000867304 | UMG Recordings, Inc. |
| 471. | ABBA | When All Is Said And Done | SR0000031826 | UMG Recordings, Inc. |
| 472. | ABBA | When I Kissed The Teacher | N000038737/ SR0000814798 | UMG Recordings, Inc. |
| 473. | ABBA | Why Did It Have To Be Me? | N00000038737 | UMG Recordings, Inc. |
| 474. | B.B. King | The Thrill is Gone | Pre-1972 Sound Recording (ISRC - USUM70608474) | UMG Recordings, Inc. |
| 475. | Bill Haley & His Comets | (We're Gonna) Rock Around The Clock | 2021-04-08 - USMC15486163 | UMG Recordings, Inc. |
| 476. | Blink-182 | A New Hope | SR0000243969 | UMG Recordings, Inc. |
| 477. | Blink-182 | Adam's Song | SR0000279826 | UMG Recordings, Inc. |
| 478. | Blink-182 | After Midnight | SR0000685509 | UMG Recordings, Inc. |
| 479. | Blink-182 | Aliens Exist | SR0000279826 | UMG Recordings, Inc. |
| 480. | Blink-182 | All Of This | SR0000345359 | UMG Recordings, Inc. |
| 481. | Blink-182 | All The Small Things | SR0000279826 | UMG Recordings, Inc. |
| 482. | Blink-182 | Always | SR0000345359 | UMG Recordings, Inc. |
| 483. | Blink-182 | Anthem | SR0000279826 | UMG Recordings, Inc. |
| 484. | Blink-182 | Anthem Pt. 2 | SR0000301317 | UMG Recordings, Inc. |
| 485. | Blink-182 | Apple Shampoo | SR0000243969 | UMG Recordings, Inc. |
| 486. | Blink-182 | Asthenia | SR0000345359 | UMG Recordings, Inc. |
| 487. | Blink-182 | Boring | SR0000243969 | UMG Recordings, Inc. |

| | | | | |
|---|---|---|---|---|
| 488. | Blink-182 | Dammit | SR0000243969 | UMG Recordings, Inc. |
| 489. | Blink-182 | Degenerate | SR0000243969 | UMG Recordings, Inc. |
| 490. | Blink-182 | Dick Lips | SR0000243969 | UMG Recordings, Inc. |
| 491. | Blink-182 | Don't Leave Me | SR0000279826 | UMG Recordings, Inc. |
| 492. | Blink-182 | Down | SR0000345359 | UMG Recordings, Inc. |
| 493. | Blink-182 | Dumpweed | SR0000279826 | UMG Recordings, Inc. |
| 494. | Blink-182 | Dysentery Gary | SR0000279826 | UMG Recordings, Inc. |
| 495. | Blink-182 | Easy Target | SR0000345359 | UMG Recordings, Inc. |
| 496. | Blink-182 | Emo | SR0000243969 | UMG Recordings, Inc. |
| 497. | Blink-182 | Enthused | SR0000243969 | UMG Recordings, Inc. |
| 498. | Blink-182 | Even If She Falls | SR0000685509 | UMG Recordings, Inc. |
| 499. | Blink-182 | Every Time I Look For You | SR0000301317 | UMG Recordings, Inc. |
| 500. | Blink-182 | Feeling This | SR0000345359 | UMG Recordings, Inc. |
| 501. | Blink-182 | Fighting The Gravity | SR0000685509 | UMG Recordings, Inc. |
| 502. | Blink-182 | First Date | SR0000301317 | UMG Recordings, Inc. |
| 503. | Blink-182 | Ghost On The Dance Floor | SR0000685509 | UMG Recordings, Inc. |
| 504. | Blink-182 | Give Me One Good Reason | SR0000301317 | UMG Recordings, Inc. |
| 505. | Blink-182 | Go | SR0000345359 | UMG Recordings, Inc. |
| 506. | Blink-182 | Going Away To College | SR0000279826 | UMG Recordings, Inc. |
| 507. | Blink-182 | Happy Holidays, You Bastard | SR0000301317 | UMG Recordings, Inc. |
| 508. | Blink-182 | Heart's All Gone | SR0000685509 | UMG Recordings, Inc. |
| 509. | Blink-182 | Here's Your Letter | SR0000345359 | UMG Recordings, Inc. |
| 510. | Blink-182 | I Miss You | SR0000345359 | UMG Recordings, Inc. |
| 511. | Blink-182 | I Won't Be Home For Christmas | SR0000303924 | UMG Recordings, Inc. |
| 512. | Blink-182 | I'm Lost Without You | SR0000345359 | UMG Recordings, Inc. |

| | | | | |
|---|---|---|---|---|
| 513. | Blink-182 | I'm Sorry | SR0000243969 | UMG Recordings, Inc. |
| 514. | Blink-182 | Josie | SR0000243969 | UMG Recordings, Inc. |
| 515. | Blink-182 | Kaleidoscope | SR0000685509 | UMG Recordings, Inc. |
| 516. | Blink-182 | Lemmings | SR0000243969 | UMG Recordings, Inc. |
| 517. | Blink-182 | Love Is Dangerous | SR0000685509 | UMG Recordings, Inc. |
| 518. | Blink-182 | Man Overboard | SR0000214761 | UMG Recordings, Inc. |
| 519. | Blink-182 | MH 4.18.2011 | SR0000685509 | UMG Recordings, Inc. |
| 520. | Blink-182 | Mutt | SR0000279826 | UMG Recordings, Inc. |
| 521. | Blink-182 | Natives | SR0000685509 | UMG Recordings, Inc. |
| 522. | Blink-182 | Obvious | SR0000345359 | UMG Recordings, Inc. |
| 523. | Blink-182 | Online Songs | SR0000301317 | UMG Recordings, Inc. |
| 524. | Blink-182 | Pathetic | SR0000243969 | UMG Recordings, Inc. |
| 525. | Blink-182 | Please Take Me Home | SR0000301317 | UMG Recordings, Inc. |
| 526. | Blink-182 | Reckless Abandon | SR0000301317 | UMG Recordings, Inc. |
| 527. | Blink-182 | Roller Coaster | SR0000301317 | UMG Recordings, Inc. |
| 528. | Blink-182 | Shut Up | SR0000301317 | UMG Recordings, Inc. |
| 529. | Blink-182 | Snake Charmer | SR0000685509 | UMG Recordings, Inc. |
| 530. | Blink-182 | Stay Together For The Kids | SR0000301317 | UMG Recordings, Inc. |
| 531. | Blink-182 | Stockholm Syndrome | SR0000345359 | UMG Recordings, Inc. |
| 532. | Blink-182 | Story Of A Lonely Guy | SR0000301317 | UMG Recordings, Inc. |
| 533. | Blink-182 | The Party Song | SR0000279826 | UMG Recordings, Inc. |
| 534. | Blink-182 | The Rock Show | SR0000301317 | UMG Recordings, Inc. |
| 535. | Blink-182 | This Is Home | SR0000685509 | UMG Recordings, Inc. |
| 536. | Blink-182 | Untitled | SR0000243969 | UMG Recordings, Inc. |
| 537. | Blink-182 | Up All Night | SR0000685510 | UMG Recordings, Inc. |

| | | | | |
|---|---|---|---|---|
| 538. | Blink-182 | Violence | SR0000345359 | UMG Recordings, Inc. |
| 539. | Blink-182 | Voyeur | SR0000243969 | UMG Recordings, Inc. |
| 540. | Blink-182 | Waggy | SR0000243969 | UMG Recordings, Inc. |
| 541. | Blink-182 | Wendy Clear | SR0000279826 | UMG Recordings, Inc. |
| 542. | Blink-182 | What'S My Age Again? | SR0000279826 | UMG Recordings, Inc. |
| 543. | Blink-182 | Wishing Well | SR0000685509 | UMG Recordings, Inc. |
| 544. | Chuck Berry | Johnny B. Goode | Pre-1972 Recording (indexed 2019-03-25) | UMG Recordings, Inc. |
| 545. | DaBaby | Pop Star (feat. Kevin Gates) | SR0000866566 | UMG Recordings, Inc. |
| 546. | Enrique Iglesias | Hero | SR0000303794 | UMG Recordings, Inc. |
| 547. | Frou Frou | Let Go | SR0000322873 | UMG Recordings, Inc. |
| 548. | Gloria Gaynor | I Will Survive | SR0000004986 / SR0000010931 | UMG Recordings, Inc. |
| 549. | James Brown | I Got You (I Feel Good) | 2019-11-26 - USPR36809924 | UMG Recordings, Inc. |
| 550. | James Brown & The Famous Flames | I Got You (I Feel Good) | 2019-11-26 - USPR36807121; USF066825010; USF066625050 | UMG Recordings, Inc. |
| 551. | Jerry Lee Lewis | Great Balls Of Fire | Pre-1972 Recording (indexed 2022-07-12 - USIR20400813) | UMG Recordings, Inc. |
| 552. | Pop Smoke | For The Night (feat. Lil Baby & DaBaby) | SR0000886562 | UMG Recordings, Inc. |
| 553. | Smokey Robinson & The Miracles | The Tracks of My Tears | 2020-03-26 - USMO16500449; USMO16500499; USMO16572026; USWWW0142397 | UMG Recordings, Inc. |
| 554. | Stevie Wonder | Superstition | N00000003886; RE0000852322 | UMG Recordings, Inc. |
| 555. | The Temptations | My Girl | UMG filed 6.10.2019 - USMO16490001 | UMG Recordings, Inc. |