# EXHIBIT B

## Additional Suno Outputs Resembling Copyrighted Recordings

### I. Style and Melody Similarity

| Suno Output | Artist | Copyrighted Recording | Prompt | Relevant Timestamp |
|---|---|---|---|---|
| One, Two, Three O'Clock, Four O'Clock, r | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| Wun, Two, Three O'Clock, Four O'Clock, r | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| One, Two, Three O'Clock, Four O'Clock, r | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| Hey | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| Bun Two, Three O'Clock, Four O'Clock, ro | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| One, Two, Three O'Clock, Four O'Clock, r | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| One, Two, Three O'Clock, Four O'Clock, r | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| Hey | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| One, Two, Three O'Clock, Four O'Clock, r | Bill Haley & His Comets | Rock Around the Clock | 1954 rock and roll bill haley comets | Entire Output |
| The Thrill is Gone | B.B. King | The Thrill is Gone | slow minor blues, west coast blues, 12-bar blues, king of the blues, electric guitar, gritty confident voice, 1969 | 0:00-0:10 |
| The Thrill is Gone | B.B. King | The Thrill is Gone | slow minor blues, west coast blues, 12-bar blues, king of the blues, electric guitar, gritty confident voice, 1969 | 0:10-0:20 |
| The Thrill is Gone | B.B. King | The Thrill is Gone | slow minor-key blues, west coast blues, 12-bar blues, king of the blues, electric guitar, gritty confident voice, 1969 | 0:03-0:06 |

| | | | | |
|---|---|---|---|---|
| The Thrill is Gone | B.B. King | The Thrill is Gone | slow minor-key blues, west coast blues, 12-bar blues, king of the blues, electric guitar, gritty confident voice, 1969 | 0:28-0:31 |
| The Thrill is Gone | B.B. King | The Thrill is Gone | slow minor blues, west coast blues, 12-bar blues, king of the blues, electric guitar, gritty confident voice, 1969 | 0:03-0:05 |
| Thriller | Michael Jackson | Thriller | "post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, neverland" | 0:30-0:33 |
| Thriller | Michael Jackson | Thriller | "post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop, falsetto" | 0:10 ("dark"), 0:22 ("to scream"), 0:30 ("to freeze"), 0:42 ("no one's gonna save"), 0:45 ("fighting for your life") |
| Thriller | Michael Jackson | Thriller | "post-disco pop-rock funk electronic r&b thriller" | 0:34-0:36 |
| Tracks of My Fears | Smokey Robinson & The Miracles | The Tracks of My Tears | 60s r&b / soul | 0:00-0:04 |
| My Girl | The Temptations | My Girl | 1960s soul | 0:07-0:10 (bass line) |
| My Girl | The Temptations | My Girl | 60s soul | 0:00-0:04 ("I got sunshine") |
| My Girl | The Temptations | My Girl | 1960s soul | 0:11-0:13 ("I guess you'd say") |
| My Girl | The Temptations | My Girl | 1960s soul | 0:59-1:01 ("talkin' 'bout") |
| My Girl | The Temptations | My Girl | 1960s soul, motown, happy, melodic, romantic, warm, optimistic, sentimental, male vocalist, lush, love, rhythmic, vocal | 0:18-0:20 ("talkin' 'bout my girl") |
| Lets Go | Frou Frou | Let Go | Electropop | 0:00-0:03 |
| Michael Jackson Bad | Stevie Wonder | Superstition | rock and roll 60s | 0:00-0:09, 0:21-0:31, etc. (accompaniment riff) |
| Heroes | Enrique Iglesias | Hero | Latin pop | 0:00-0:05 |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |

| | | | | |
|---|---|---|---|---|
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |

| | | | | |
|---|---|---|---|---|
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |
| Deep Down in Louisiana Close to New Orle | Chuck Berry | Johnny B. Good | 1950s rock and roll, rhythm & blues, 12 bar blues, rockabilly, energetic male vocalist, singer guitarist | Entire Output |

| | | | | |
|---|---|---|---|---|
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:16 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:15 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:19 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:14 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:16 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:13 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:16 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:24 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:15 |
| You Shake My Nerves and You Rattle My Br | Jerry Lee Lewis | Great Balls of Fire | 1950s rock and roll, jerry lee lewis, sun studio | 0:00-0:19 |

## II. Style Similarity

| Suno Output | Vocals | Prompt | Relevant Timestamp |
|---|---|---|---|
| Abba – Thank Abba for the Music | ABBA | pop + abba 80s 70s + uptempo | Entire Output |
| Prancing Queen | ABBA | 70s pop | Entire Output |
| I don't wanna talk | ABBA | 70s swedish europop, melancholic breakup ballad | Entire Output |
| Yesterday | The Beatles | 60s british pop rock, liverpool, abbey road | Entire Output |
| Yesterday | The Beatles | 60s british pop rock, liverpool, abbey road | Entire Output |
| Yesterday | The Beatles | 60s british pop rock, liverpool, abbey road | Entire Output |
| Yesterday | The Beatles | 60s british pop rock, liverpool, abbey road | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, neverland | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop, falsetto | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop, falsetto | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop, falsetto | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop, falsetto | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop, falsetto | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop, falsetto | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop, falsetto | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop | Entire Output |
| Thriller | Michael Jackson | post-disco, pop-rock, funk, electronic, r&b, thriller, motown, famous male singer and dancer, king of pop | Entire Output |

| | | | |
|---|---|---|---|
| The Anthem | Blink-182 | a song by a band named blank-184 | Entire Output |
| Well | Ray Charles | 1954 ray rhythm and blues charles energetic fast atlanta | Entire Output |
| Well | Ray Charles | 1954 rhythm and blues ray | Entire Output |
| Well | Ray Charles | 1954 ray rhythm and blues charles atlanta | Entire Output |
| Well | Ray Charles | 1954 ray rhythm and blues charles atlanta | Entire Output |
| Well | Ray Charles | 1954 ray rhythm and blues charles | Entire Output |
| Well, I got a woman, way over town | Ray Charles | ray charles rhythm & blues soul 1954 atlantic georgia wexler | Entire Output |
| Well, I got a woman, way over town | Ray Charles | ray charles rhythm & blues soul 1954 atlantic georgia | Entire Output |
| Well, I got a woman, way over town | Ray Charles | ray charles rhythm & blues soul 1954 gospel frenetic atlanta georgia wexler | Entire Output |
| Well, I got a woman, way over town | Ray Charles | ray charles rhythm & blues soul 12 bar 1959 | Entire Output |
| Well, I got a woman, way over town | Ray Charles | ray charles rhythm & blues soul 1954 gospel frenetic atlanta My Jesus Is All the World to Me | Entire Output |
| Hey mama, don't you treat me wrong | Ray Charles | ray charles rhythm & blues soul 12 bar 1959 | Entire Output |
| i get around | The Beach Boys | 60s surf rock california beach boys | Entire Output |
| get around | The Beach Boys | 60s california surf rock by the beach boys | Entire Output |
| It's been a hard day's night, and I've b | The Beatles | 60s rock british | Entire Output |