# EXHIBIT C

# PHYSICAL EXHIBIT

(*Unchanged from Exhibit Accompanying Original Complaint*)