**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:24-cv-11611 (FDS) |

**DECLARATION OF KHOA D. NGUYEN**

I, Khoa D. Nguyen, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am an associate at the law firm of Hueston Hennigan LLP, 523 West 6th Street, Suite 400, Los Angeles, CA 90014, my office number is (213) 788-1142, and my email is knguyen@hueston.com.

2. I am admitted to practice law in the state of California. I am also admitted to practice before the United States District Court for the Central District of California.

3. I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2026

____________________________________
Khoa D. Nguyen