# EXHIBIT B

PageVault

| | |
|---|---|
| Document title: | Ed Newton-Rex on X: "she deleted the tweet so here is the full thing (I hadn't shared it in full earlier) https://t.co/84hpIWFm1w" / X |
| Capture URL: | https://x.com/ednewtonrex/status/2027156245858189390 |
| Page loaded at (UTC): | Fri, 23 Oct 2026 18:04:56 GMT |
| Capture timestamp (UTC): | Fri, 23 Oct 2026 18:04:59 GMT |
| Capture tool: | 11.12.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/152.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 24.21.0) |
| PDF length: | 3 |
| Capture ID: | 7LbeYruQxjWBkYXDeYD9SX |
| Display Name: | zkhan |

X
Home
Explore
Notifications
Follow
Chat
Calls
Grok
History
Creator Studio
Premium
Profile
More
Post

Dalton McAndrew
@DaltonMcandrew



Search

**Ed Newton-Rex** @ednewtonrex

she deleted the tweet

so here is the full thing (I hadn't shared it in full earlier)

**C.C. Gong** @CCgong · 4h
Congrats to @suno reaching $300M ARR with 2M paid subscribers in less than 2 years 🤯

What's remarkable isn't that Suno makes music generation easy. It's that it's changing the default relationship people have with music. Creation improves consumption.

For decades, we listened to what artists (*record labels) released.
Now, anyone can create exactly what they want to hear instantly.

I've personally shifted most of my listening to Suno. I was so tired of Spotify giving me the same overplayed recommendations. When everyone can create, the catalog becomes infinite and music becomes more personalized. Instead of competing for mainstream hits, AI unlocks an ever-expanding long tail, meaning everyone can find their song, not just a song.

I like salsa and German rap. Somehow Suno suggested German salsa songs to me which broke my brain. I didn't even know that genre could exist, and now I'm obsessed.

I've generated songs for friends that made them cry.
When I'm in a specific mood, I don't search for a song, I create it.

That's a fundamental shift, treating music as a catalog to music as a canvas.

Huge congrats to @MikeyShulman, @fut_ure, @GeorgKucsko and the Suno team. This is what it looks like when AI expands the surface area of human creativity, and builds a massive business in the process.

**Mikey** @MikeyShulman · 9h
We launched Suno 2 years ago to let the world feel the joy of making music

Since then, over 100M people all over the world have used Suno, from ... Show more

3 · 23 · 1.8K

**Ed Newton-Rex** @ednewtonrex · Feb 26
This tweet, from Suno's lead investor, will surely be used in court one day.

She says she has shifted her listening from Spotify to Suno. *This is a direct admission that Suno competes with the music it trains on.*...

@CCgong

Congrats to @suno reaching $300M ARR with 2M paid subscribers in less than 2 years 🤯

What's remarkable isn't that Suno makes music generation easy. It's that it's changing the default relationship people have with music. Creation improves consumption.

For decades, we listened to what artists (*record labels) released.
Now, anyone can create exactly what they want to hear instantly.

I've personally shifted most of my listening to Suno. I was so tired of Spotify giving me the same overplayed recommendations. When everyone can create, the catalog becomes infinite and music becomes more personalized. Instead of competing for mainstream hits, AI unlocks an ever-expanding long tail, meaning everyone can

10:58 PM · Feb 26, 2026 · **66.3K** Views

9 · 85 · 587 · 164

**Relevant people**

**Ed Newton-Rex** @ednewtonrex
Follow
CEO of @fairlytrained / Composer. Involuntary training data provider.

**What's happening**

**Call of Duty: Modern Warfare 4**
MW4 is Here!
Promoted by Call of Duty

Sports · Trending
**Tavius**

Trending in United States
**Fallout Day**

Politics · Trending
**As a Marine**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Calls
Grok
History
Creator Studio
Premium
Profile
More
Post

← Post

Now, anyone can create exactly what they want to hear instantly.

I've personally shifted most of my listening to Suno. I was so tired of Spotify giving me the same overplayed recommendations. When everyone can create, the catalog becomes infinite and music becomes more personalized. Instead of competing for mainstream hits, AI unlocks an ever-expanding long tail, meaning everyone can

10:58 PM · Feb 26, 2026 · **66.3K** Views

9 85 587 164

Relevant View quotes

Post your reply Reply

**Tony Parisi** @auradeluxe · Feb 27
Fuck Suno
2 201

**Swetlana AI** @Swetlanaai · Feb 26
Ok so what's your problem with this? That she won't listen to *your* (or someone else's) music? Feels like everyone who have a meltdown over this have some unhealed narcissistic trauma
5 8 2.6K

**Article 3 BILL OF RIGHTS** @BorgoniaBorgy · Feb 27
It's almost funny that she deleted her tweet, given that 1) if it's on social media, it's already too late and 2) her company is built on exploiting "publicly available" (not public domain) data using "fair use" as an argument. #suno #GenerativeAI
8 1.5K

**Diesel** @TheDeeezer · Feb 27
@CCgong yep. We see you. 👏

Will be able to use that in court one day for sure. @RCARecords @WBHomeEnt you guys take note. Let all of the money being generated go to lawyers to fight this silly fight.
4 964

**Ash temple** @ShhhTemple · Feb 27
I love that this happened and that it blew up tbh. She just accidentally told the whole truth
4 1.1K

**Alone Architect** 👁 @architect_alone · Feb 27
Fuck these ppl. They don't deserve to live in civilized society w actual humans. Send them all away post haste.
3 183

**missysenior** @missysenior · Feb 26
Good spot. 👍
1.5K

**Judash137** @Judash137777 · Feb 27
Of course as expected. That's the hint that she knew she has done

Dalton McAndrew
@DaltonMcandrew

Search

Relevant people
**Ed Newton-Rex** @ednewtonrex Follow
CEO of @fairlytrained / Composer. Involuntary training data provider.

What's happening
**Call of Duty: Modern Warfare 4**
MW4 is Here!
Promoted by Call of Duty
Sports · Trending
**Tavius**
Trending in United States
**Fallout Day**
Politics · Trending
**As a Marine**
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.