# EXHIBIT D

## RE: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

**From:** "Alexis Godfrey (NY)" <Alexis.Godfrey@lw.com>
**Sent:** Tuesday, October 20, 2026 5:23 PM ET
**To:** Harrison Meyer <hmeyer@hueston.com>, Joseph Aronsohn <jaronsohn@hueston.com>
**Cc:** Mariah Rivera <mrivera@hueston.com>, Alexander Perry <aperry@hueston.com>, #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Subject:** RE: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

---

Harry,

Suno has considered your position. We will agree not to file an opposition with the understanding that Plaintiffs will include the below italicized language in your motion for leave:

> ***Suno's Position.*** *Suno has adhered to the deadlines in the Court's Scheduling Order, including the September 30, 2026 close of fact discovery and the October 2, 2026 deadline to serve third-party subpoenas, and believes those deadlines should bind all parties equally. Suno recognizes, however, that whether good cause exists to permit discovery outside the schedule rests with the Court's sound discretion over the management of discovery. Suno therefore defers to the Court as to whether Plaintiffs should be permitted to pursue their subpoena to Ms. Gong, which followed Plaintiffs' subpoena to Menlo Ventures by 53 days, and was served 12 days after the deadline for the close of fact discovery not implicated by Plaintiffs' § 1201 claim.*
>
> *Suno takes no position on the subpoena's propriety and does not intend to limit any objection Ms. Gong or Menlo Ventures may raise, including by motion to quash.*

To the extent the Court grants Plaintiffs' requested relief and the subpoena is not otherwise quashed, Suno reserves the right to cross-notice Ms. Gong to participate in any deposition of her.

Best,

Alexis

**Alexis Kellert Godfrey**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1823

---

**From:** Harrison Meyer <hmeyer@hueston.com>
**Sent:** Monday, October 19, 2026 6:11 PM
**To:** Alexis Godfrey (NY) <Alexis.Godfrey@lw.com>; Joseph Aronsohn <jaronsohn@hueston.com>
**Cc:** Mariah Rivera <mrivera@hueston.com>; Alexander Perry <aperry@hueston.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Subject:** RE: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

Alexis,

Here are some of the cases on point for this issue: *In re Sulfuric Acid Antitrust Litig.*, 231 F.R.D. 331, 334, 342-43 (N.D. Ill. 2005); *Deetz Family, LLC v. Rust-Oleum Corp.*, 351 F. Supp. 3d 196, 197-98 (D. Mass 2019); *N. Am. Photon Infotech, Ltd. v. Acquia Inc.*, 2024 WL 3377827, at *3-4 (D. Mass. July 11, 2024).

Absent a response by tomorrow, we will proceed with requesting the court's leave.

Best,
Harry

**Harrison Meyer**

**HUESTON HENNIGAN LLP**

D: 646.583.3782
hmeyer@hueston.com
Biography

**From:** Alexis Godfrey (NY) <Alexis.Godfrey@lw.com>
**Sent:** Monday, October 19, 2026 1:49 PM
**To:** Harrison Meyer <hmeyer@hueston.com>; Joseph Aronsohn <jaronsohn@hueston.com>
**Cc:** Mariah Rivera <mrivera@hueston.com>; Alexander Perry <aperry@hueston.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Subject:** RE: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

Harry,

As you recall, Joseph said that you would send to us the case law that you are relying on directly after our Thursday call so that we could consider it with our client. We have not received that yet. Please advise when we can expect it. Upon review and discussion with our client, we will provide an update.

Best regards,

Alexis

**Alexis Kellert Godfrey**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1823

**From:** Harrison Meyer <hmeyer@hueston.com>
**Sent:** Monday, October 19, 2026 1:43 PM
**To:** Joseph Aronsohn <jaronsohn@hueston.com>; Alexis Godfrey (NY) <Alexis.Godfrey@lw.com>
**Cc:** Mariah Rivera <mrivera@hueston.com>; Alexander Perry <aperry@hueston.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Subject:** RE: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

Alexis,

Hope you had a nice weekend. I'm writing to follow up on our Thursday call. We had discussed whether Suno would agree not to oppose Plaintiffs' request for leave to take the deposition of CC Gong if Plaintiffs agreed not to oppose Suno's request for leave to notice one additional 30(b)(1) deposition. You requested until Friday to consider that offer. You agreed that any issues relating to Plaintiffs' alleged lack of diligence have been tolled since at least Wednesday of last week when the parties agreed to meet and confer on this issue.

We haven't yet heard back from you, so we are following up to ask for any update on your position concerning Plaintiffs' request for leave to take Ms. Gong's deposition. Absent a response by tomorrow at noon ET, we will proceed with requesting the court's leave, making note of the status of the parties' conferral regarding the issue.

Best,
Harry

**Harrison Meyer**

**HUESTON HENNIGAN LLP**

D: 646.583.3782
hmeyer@hueston.com
Biography

**From:** Joseph Aronsohn <jaronsohn@hueston.com>
**Sent:** Thursday, October 15, 2026 1:30 AM
**To:** Alexis.Godfrey@lw.com
**Cc:** Mariah Rivera <mrivera@hueston.com>; Alexander Perry <aperry@hueston.com>; Harrison Meyer <hmeyer@hueston.com>; SUNOUMGLITIGATION.LWTEAM@lw.com
**Subject:** Re: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

Thanks, just sent a calendar. Talk to you.

**Joseph Aronsohn**
D: 213.788.4375

---

**From:** Alexis.Godfrey@lw.com <Alexis.Godfrey@lw.com>
**Date:** Wednesday, October 14, 2026 at 6:41 PM
**To:** Joseph Aronsohn <jaronsohn@hueston.com>
**Cc:** Mariah Rivera <mrivera@hueston.com>; Alexander Perry <aperry@hueston.com>; Harrison Meyer <hmeyer@hueston.com>; SUNOUMGLITIGATION.LWTEAM@lw.com <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Subject:** RE: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

Joseph,

We can be available at 11:00 am PT/2:00 pm ET. If that works, please circulate a preferred dial invite.

Regards,

Alexis

**Alexis Kellert Godfrey**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1823

---

**From:** Joseph Aronsohn <jaronsohn@hueston.com>
**Sent:** Wednesday, October 14, 2026 6:18 PM
**To:** Kellert Godfrey, Alexis (NY) <Alexis.Godfrey@lw.com>
**Cc:** Mariah Rivera <mrivera@hueston.com>; Alexander Perry <aperry@hueston.com>; Harrison Meyer <hmeyer@hueston.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Subject:** Re: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

Alexis,

We respectfully disagree that there's been a meaningful meet and confer, but regardless, we appreciate your willingness to discuss these issues further. How about tomorrow 11:30 AM PT / 2:30 PM ET?

Yes, you are correct in understanding that the subpoena has not yet been served.

Thanks,

Joseph

**Joseph Aronsohn**

**HUESTON HENNIGAN LLP**

D: 213.788.4375
jaronsohn@hueston.com
Biography

---

**From:** Alexis.Godfrey@lw.com <Alexis.Godfrey@lw.com>
**Date:** Wednesday, October 14, 2026 at 2:17 PM
**To:** Joseph Aronsohn <jaronsohn@hueston.com>
**Cc:** Mariah Rivera <mrivera@hueston.com>; Alexander Perry <aperry@hueston.com>; Harrison Meyer <hmeyer@hueston.com>; SUNOUMGLITIGATION.LWTEAM@lw.com <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Subject:** RE: UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

Joseph,

As an initial matter, I take serious issue with your inaccurate characterization that Suno "is considering filing a motion today without first meeting and conferring." I met and conferred about the untimely subpoena to CC Gong with your colleague, Mariah Rivera, today, October 14, at 12:19 pm ET. We discussed Suno's concerns, which were also set forth in an email to Plaintiffs that went unanswered. During that discussion Ms. Rivera confirmed that Plaintiffs would not withdraw their subpoena, despite acknowledging its lateness.

That mischaracterization aside, we remain available to continue conferring and can discuss this issue tomorrow. Suno understands from your email below that Ms. Gong has not yet been served. Suno reserves all rights with respect to its objections and its ability to seek court intervention at a later time.

Best,

Alexis

**Alexis Kellert Godfrey**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1823

---

**From:** Joseph Aronsohn <jaronsohn@hueston.com>
**Sent:** Wednesday, October 14, 2026 1:02 PM
**To:** Kellert Godfrey, Alexis (NY) <Alexis.Godfrey@lw.com>; #C-M SUNO UMG LITIGATION - LW TEAM <SUNOUMGLITIGATION.LWTEAM@lw.com>
**Cc:** Mariah Rivera <mrivera@hueston.com>; Alexander Perry <aperry@hueston.com>; Harrison Meyer <hmeyer@hueston.com>
**Subject:** UMG Recordings Inc. v. Suno, Inc., Case No. 24-cv-1611

Counsel:

We'd like to meet and confer regarding Plaintiffs' subpoena to CC Gong. As you know, we previously served a deposition subpoena on Ms. Gong's former employer, Menlo Ventures, for testimony relating to Ms. Gong's public statements and conduct. This week, we were informed for the first time that Ms. Gong had left the company, and so we promptly provided notice of a 30(b)(1) subpoena, which we are attempting to serve through Menlo's counsel. We believe that these circumstances create good cause for a deposition of Ms. Gong, but I understand that Suno has concerns and is considering filing a motion today without first meeting and conferring.

We think the parties can work out any concerns, as we have done with other pending third-party discovery, without the need for court intervention. We are available to discuss tomorrow before 3:00 PM PT. Plaintiffs of course will not argue that Suno's agreement to meet and confer waives its right to seek court intervention at a later time if the parties cannot reach agreement. If Suno nevertheless proceeds with a filing before the parties have met and conferred, please attach this correspondence.

Best,

Joseph

**Joseph Aronsohn**

**HUESTON HENNIGAN LLP**

D: 213.788.4375
T: 213.788.4340
jaronsohn@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.