**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

Defendant.

Case No. 1:24-cv-11611 (FDS)

**DECLARATION OF HARRISON MEYER**

I, Harrison Meyer, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am an associate at the law firm of Hueston Hennigan LLP, 1 Little West 12th Street, 2nd Floor, New York, NY 10014, my office number is (646) 583-3782, and my email is hmeyer@hueston.com.

2. I am admitted to practice law in the state of New York.

3. I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026

Harrison Meyer