**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

vs.

SUNO, INC. and JOHN DOES 1-10,

Defendant.

Civil Action No. 1:24-cv-11611 (FDS)

# **NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment.

Dated: October 27, 2026

Respectfully submitted,

/s/ *Harrison Meyer*

Harrison Meyer (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
1 Little West 12th Street, 2nd Floor
New York, NY 10014
Telephone: (646) 583-3782
hmeyer@hueston.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on October 27, 2026.

*/s/ Harrison Meyer*
Harrison Meyer