**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, SONY MUSIC ENTERTAINMENT,

Plaintiffs,

vs.

SUNO, INC., and JOHN DOES 1-10,

Respondents.

Case No. 1:24-cv-11611-FDS

**NOTICE OF WITHDRAWAL OF APPEARANCE OF DEEKSHA KOHLI**

PLEASE TAKE NOTICE that Deeksha Kohli hereby withdraws as counsel for Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment in the above-captioned matter. Moez Kaba, Robert Klieger, Christina Von der Ahe Rayburn, Rajan Trehan, Mariah Rivera, Joseph Aronsohn, Alexander Perry, Lee Linderman, Samuel Givertz, Harrison Meyer, and Khoa Nguyen of Hueston Hennigan LLP, alongside Daniel Cloherty and Alexandra Arnold of Cloherty & Steinberg LLP and Jacob Tracer and Jonathan King of the Recording Industry Association of America, have entered appearances and will continue to represent Plaintiffs going forward.

Dated: November 23, 2026

Respectfully submitted,

/s/ *Deeksha Kohli*

Deeksha Kohli (*pro hac vice*)
HUESTON HENNIGAN LLP
526 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4281
dkohli@hueston.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on November 23, 2026 to those identified as non-registered participants.

*/s/ Deeksha Kohli*
Deeksha Kohli